# In The United States Court of Federal Claims

Cover Sheet

**07 - 155 - C**

Plaintiff(s) or Petitioner(s)
Geo-Seis Helicopters, Inc.

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

| | |
|---|---|
| Name of the attorney of record (See RCFC 83.1(c)): | Robert K. Stewart, Jr |
| Firm Name: | Davis Wright Tremaine LLP |
| Post Office Box: | |
| Street Address: | 701 W. 8th Avenue, Suite 800 |
| City-State-Zip: | Anchorage, Alaska 99501 |
| Telephone & Facsimile Numbers: | 907-257-5300 (Voice) 907-257-5399 (Fax) |

Is the attorney of record admitted to the Court of Federal Claims Bar?   ■ Yes   ☐ No

Does the attorney of record have a Court of Federal Claims ECF account?   ☐ Yes   ■ No
If not admitted to the court or enrolled in the court's ECF system, please call (202) 357-6406 for admission papers and/or enrollment instructions.

Nature of Suit Code:   [1] [4] [0]

Select only one (three digit) nature-of-suit code from the attached sheet. If 213, identify partnership or partnership group. If numbers 118, 134, 226, 312, 356, or 528 are used, please explain.   V

Agency Identification Code:   [N] [A] [V]
See attached sheet for three-digit codes.

Amount Claimed:   $_____
Use estimate if specific amount is not pleaded.

Disclosure Statement:
Is a RCFC 7.1 Disclosure Statement required?   ■ Yes   ☐ No
If yes, please note that two copies are necessary.

Bid Protest:
Indicate approximate dollar amount of procurement at issue: $ 92,977,822.00
Is plaintiff a small business?   ■ Yes   ☐ No

Vaccine Case:
Date of Vaccination: _____

Related Cases:
Is this case directly related to any pending or previous case?   ☐ Yes   ■ No
If yes, you are required to file a separate notice of directly related case(s). See RCFC 40.2.