IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 07-155C

(Filed: March 13, 2007)

GEO-SEIS HELICOPTERS, INC.

Plaintiff,

v.

UNITED STATES,

Defendant.

ORDER

Pending before the court is a motion to intervene, filed by applicant for intervention Presidential Airways, Inc., ("Presidential") on March 12, 2007. Presidential seeks to intervene as of right in this case pursuant to Rule 24(a)(2) of the Rules of the Court of Federal Claims. Presidential avers that neither the plaintiff nor the government opposes Presidential's intervention in this case. For good cause shown, Presidential's motion to intervene is **GRANTED**.

It is so **ORDERED**.

s/ Charles F. Lettow
Judge