Robert K. Stewart, Jr.
Davis Wright Tremaine LLP
701 West 8th Avenue, Suite 800
Anchorage, Alaska 99501
Phone: (907) 257-5300
Fax: (907) 257-5399

Attorneys for Plaintiff Geo-Seis Helicopters, Inc.

IN THE UNITED STATES COURT OF FEDERAL CLAIMS
Bid Protest

| | | |
|---|---|---|
| GEO-SEIS HELICOPTERS, INC., | ) | |
| Plaintiff, | ) | |
| vs. | ) | |
| THE UNITED STATES, | ) | Case No. 07-155 C |
| Defendant. | ) | (Judge Lettow) |

## MOTION FOR TEMPORARY RESTRAINING ORDER

COMES NOW Plaintiff Geo-Seis Helicopters, Inc., by and through its attorneys, Davis Wright Tremaine LLP, and moves the Court, pursuant to RCFC 65(b), for issuance of a temporary restraining order directing the United States Navy, Military Sealift Command to stay performance of and to terminate the contract it entered into with Presidential Airways, Inc. pursuant to Solicitation No. N00033-05-R-1004.

This motion is made on the basis of the memorandum in support, exhibits and affidavit to Ronald Black, filed herewith, and the files and records contained herein.

Davis Wright Tremaine LLP
LAW OFFICES
Suite 800 · 701 West 8th Avenue
Anchorage, Alaska 99501
(907) 257-5300 · Fax: (907) 257-5399

Pursuant to Section V, Paragraphs 10 and 11 of RCFC Appendix C, copies of this motion and all supporting documents have been served electronically on counsel for the United States and the intervenor, Presidential Airways, Inc.

Dated this 14th day of March, 2007.

Davis Wright Tremaine LLP
Attorneys for Plaintiff
Geo-Seis Helicopters, Inc.

By: /s/ Robert K. Stewart
Robert K. Stewart, Jr.
701 W 8th Avenue, Suite 800
Anchorage, Alaska 99501
Phone: (907) 257-5300
Fax: (907) 257-5399
bobstewart@dwt.com
Alaska Bar No. 8506082

Davis Wright Tremaine LLP
LAW OFFICES
Suite 800 · 701 West 8th Avenue
Anchorage, Alaska 99501
(907) 257-5300 · Fax: (907) 257-5399

# CERTIFICATE OF FILING

I hereby certify that on March 14, 2007, a copy of the foregoing Motion for Temporary Restraining Order on Same Date as Plaintiff Geo-Seis Helicopters, Inc. was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Robert K. Stewart, Jr.

**Davis Wright Tremaine LLP**
LAW OFFICES
Suite 800 · 701 West 8th Avenue
Anchorage, Alaska 99501
(907) 257-5300 · Fax: (907) 257-5399