Robert K. Stewart, Jr.
Davis Wright Tremaine LLP
701 West 8th Avenue, Suite 800
Anchorage, Alaska 99501
Phone: (907) 257-5300
Fax: (907) 257-5399

Attorneys for Plaintiff Geo-Seis Helicopters, Inc.

IN THE UNITED STATES COURT OF FEDERAL CLAIMS
Bid Protest

| | | |
|---|---|---|
| GEO-SEIS HELICOPTERS, INC., Plaintiff, vs. THE UNITED STATES, Defendant. | ) | Case No. 07-155 C (Judge Lettow) |

## TEMPORARY RESTRAINING ORDER

THIS MATTER having come on before the above-entitled Court on plaintiff Geo-Seis Helicopters, Inc.'s Motion for Temporary Restraining Order, the Court having reviewed the pleadings pertinent thereto, the files and records contained therein and being otherwise fully apprised in the premises,

NOW, WHEREFORE, it is hereby ordered that Geo-Seis Helicopters, Inc.'s Motion for Temporary Restraining Order is GRANTED, and

IT IS FURTHER ORDERED that the United States Navy, Military Sealift

Command is directed to stay any further performance of the contract it entered into with Presidential Airways, Inc. pursuant to Solicitation No. N00033-05-R-1004.

DONE this ____ day of ____________, 2007.

Charles F. Lettow
Judge

Davis Wright Tremaine LLP
LAW OFFICES
Suite 800 · 701 West 8th Avenue
Anchorage, Alaska 99501
(907) 257-5300 · Fax: (907) 257-5399

## CERTIFICATE OF FILING

I hereby certify that on March 14, 2007, a copy of the foregoing Temporary Restraining Order on Same Date as Plaintiff Geo-Seis Helicopters, Inc. was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Robert K. Stewart, Jr.

Davis Wright Tremaine LLP
LAW OFFICES
Suite 800 · 701 West 8th Avenue
Anchorage, Alaska 99501
(907) 257-5300 · Fax: (907) 257-5399