# SOLICITATION, OFFER AND AWARD

1. THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 700) | RATING | PAGE 1 OF PAGES 84

| 2. CONTRACT NO. | 3. SOLICITATION NO. | 4. TYPE OF SOLICITATION | 5. DATE ISSUED | 6. REQUISITION/PURCHASE NO. |
|---|---|---|---|---|
| | N00033-05-R-1004 | [ ] SEALED BID (IFB)<br>[X] NEGOTIATED (RFP) | 20 May 2005 | |

7. ISSUED BY — CODE N00033
MILITARY SEALIFT COMMAND, N1021/ PM1
CHARLES MORRIS COURT, SE
WASHINGTON NAVY YARD DC 20398
TEL: 202.685.5952
FAX: 202.685.5966

8. ADDRESS OFFER TO (If other than Item 7) CODE
**See Item 7**
TEL:
FAX:

NOTE: In sealed bid solicitations "offer" and "offeror" mean "bid" and "bidder".

## SOLICITATION

9. Sealed offers in original and ______ copies for furnishing the supplies or services in the Schedule will be received at the place specified in Item 8, or if handcarried, in the depository located in ______________ until 12:00 PM (Hour) local time 11 Jul 2005 (Date)

CAUTION - LATE Submissions, Modifications, and Withdrawals: See Section L, Provision No. 52.214-7 or 52.215-1. All offers are subject to all terms and conditions contained in this solicitation.

| 10. FOR INFORMATION CALL: | A. NAME | B. TELEPHONE (Include area code) (NO COLLECT CALLS) | C. E-MAIL ADDRESS |
|---|---|---|---|
| | MICHAEL VICORY | 202-685-0510 | michael.vicory@navy.mil |

### 11. TABLE OF CONTENTS



| (X) | SEC. | DESCRIPTION | PAGE(S) | (X) | SEC. | DESCRIPTION | PAGE(S) |
|---|---|---|---|---|---|---|---|
| | | **PART I - THE SCHEDULE** | | | | **PART II - CONTRACT CLAUSES** | |
| X | A | SOLICITATION/ CONTRACT FORM | | X | I | CONTRACT CLAUSES | |
| X | B | SUPPLIES OR SERVICES AND PRICES/ COSTS | | | | **PART III - LIST OF DOCUMENTS, EXHIBITS AND OTHER ATTACHMENTS** | |
| X | C | DESCRIPTION/ SPECS./ WORK STATEMENT | | X | J | LIST OF ATTACHMENTS | |
| X | D | PACKAGING AND MARKING | | | | **PART IV - REPRESENTATIONS AND INSTRUCTIONS** | |
| X | E | INSPECTION AND ACCEPTANCE | | X | K | REPRESENTATIONS, CERTIFICATIONS AND OTHER STATEMENTS OF OFFERORS | |
| X | F | DELIVERIES OR PERFORMANCE | | | | | |
| X | G | CONTRACT ADMINISTRATION DATA | | X | L | INSTRS., CONDS., AND NOTICES TO OFFERORS | |
| X | H | SPECIAL CONTRACT REQUIREMENTS | | X | M | EVALUATION FACTORS FOR AWARD | |



## OFFER (Must be fully completed by offeror)

NOTE: Item 12 does not apply if the solicitation includes the provisions at 52.214-16, Minimum Bid Acceptance Period.

12. In compliance with the above, the undersigned agrees, if this offer is accepted within __________ calendar days (60 calendar days unless a different period is inserted by the offeror) from the date for receipt of offers specified above, to furnish any or all items upon which prices are offered at the price set opposite each item, delivered at the designated point(s), within the time specified in the schedule.

13. DISCOUNT FOR PROMPT PAYMENT (See Section I, Clause No. 52.232-8)

14. ACKNOWLEDGMENT OF AMENDMENTS (The offeror acknowledges receipt of amendments to the SOLICITATION for offerors and related documents numbered and dated):

| AMENDMENT NO. | DATE | AMENDMENT NO. | DATE |
|---|---|---|---|
| | | | |
| | | | |

15A. NAME AND ADDRESS OF OFFEROR — CODE — FACILITY

16. NAME AND TITLE OF PERSON AUTHORIZED TO SIGN OFFER (Type or print)

15B. TELEPHONE NO (Include area code)

15C. CHECK IF REMITTANCE ADDRESS IS DIFFERENT FROM ABOVE - ENTER SUCH ADDRESS IN SCHEDULE. ☐

17. SIGNATURE

18. OFFER DATE

## AWARD (To be completed by Government)

19. ACCEPTED AS TO ITEMS NUMBERED

20. AMOUNT

21. ACCOUNTING AND APPROPRIATION

22. AUTHORITY FOR USING OTHER THAN FULL AND OPEN COMPETITION:
☐ 10 U.S.C. 2304(c)( ) ☐ 41 U.S.C. 253(c)( )

23. SUBMIT INVOICES TO ADDRESS SHOWN IN (4 copies unless otherwise specified) — ITEM

24. ADMINISTERED BY (If other than Item 7) — CODE

25. PAYMENT WILL BE MADE BY — CODE

26. NAME OF CONTRACTING OFFICER (Type or print)
EMAIL:

27. UNITED STATES OF AMERICA
(Signature of Contracting Officer)

28. AWARD DATE

IMPORTANT - Award will be made on this Form, or on Standard Form 26, or by other authorized official written notice.

Previous Edition is Unusable — 33-134 — STANDARD FORM 33 (REV. 9-97) Prescribed by GSA FAR (48 CFR) 53.214(c)

Exhibit 1

Section B - Supplies or Services and Prices

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0001 | RFP<br>FFP<br>Contract Line Items will be added at award. See Attachment A for Pricing.<br>FOB: Destination | | | | |

NET AMT

Section C - Descriptions and Specifications

STATEMENT OF WORK

## SECTION B Supplies or Services and Prices

### B1.0 GENERAL RATES

B1.1 The Government shall pay for services provided under this contract at the fully loaded applicable rates as set forth in the Rate Table. Said payments shall be considered payment in full for all services, equipment, personnel, supplies, training, travel costs and maintenance of aircraft including overtime, penalty time, bonuses, payments and emoluments payable to Contractor personnel irrespective of the geographic scope of said services and including the carriage of hazardous cargos.

### B2.0 DEFINITION OF RATES

B 2.1 Firm Period Rates:

B 2.1.1 Dynamic Interface Testing.

B 2.1.1.1 DIT Per Diem. This daily rate includes the price of aircraft, appropriate insurance, equipment, personnel and all other items involved in or necessary for DIT and not specifically payable under another Contract Line Item (CLIN) or rate of this contract.

B 2.1.1.2 DIT Flight Rate. This hourly rate includes prices associated with actual flight operations of the aircraft including fuel during DIT testing. Flight prices associated with DIT testing shall assume that the aircraft is piloted by a qualified U.S. Navy Test Pilot

B 2.1.1.3 DIT Delivery Price. This is a lumpsum price payable upon Government acceptance of the aircraft for DIT testing. It includes the price of transportation of the aircraft to the delivery location.

B 2.1.1.4 DIT Redelivery Price. This is a lumpsum price payable upon redelivery of the aircraft to the Contractor after DIT testing and transport of the aircraft to the delivery location for deployment.

B 2.1.2 Ground School Training.

B 2.1.2.1 This is a lumpsum price to include the price of the course, enrollment, use of aircraft, insurance, equipment, personnel and all other items not specifically payable under another CLIN or rate of this contract.

B 2.2 Option Period Rates:

B 2.2.1 Deployed Detachment

B 2.2.1.1 Detachment Per Diem (Ship-based). This daily rate applies when detachments are assigned aboard ship. This rate includes the price of two aircraft, maintenance, equipment, personnel and all other items not specifically payable under another CLIN or rate of this contract. This rate includes all costs associated with currency and proficiency rides.

B 2.2.1.2 Detachment Per Diem (Shore-based). This daily rate applies when detachments are assigned ashore. This rate includes the price of two aircraft, maintenance, equipment, berthing, victualling personnel and all other items not specifically payable under another CLIN or rate of this contract. This rate includes all costs associated with currency and proficiency rides.

B 2.2.1.3 Aircraft Flight Rate. This hourly rate includes prices associated with actual flight operations of the aircraft including fuel. The Defense Energy Support Center (DESC) value of any fuel the detachment receives from the Government will be credited against the contractor's invoices.

B 2.2.1.4 Delivery Price. This is a lumpsum price payable upon Government acceptance of the aircraft and includes the price to transport the aircraft to the delivery location.

B 2.2.1.5 Redelivery Price. This is a lumpsum price payable upon redelivery of the aircraft to the Contractor and includes the price of transportation from the redelivery location to the Contractor. The Government will not pay the redelivery price if the aircraft is not redelivered to the Contractor or its agents (e.g., an aircraft is lost or an option is declared that continues performance past the period of time covered).

B 2.2.1.6 Inspection Price. This is the price for third party inspections conducted on the aircraft under contract as outlined in Section E.

## B3.0 REIMBURSABLE SUPPLIES AND SERVICES (MAR 2005)

B3.1 The Government will reimburse the Contractor only for the actual price paid for those supplies and services that are expressly identified as reimbursable items by this contract. "Actual price" paid by the Contractor for such supplies and services, includes tax paid, if any, and reduced by any and all credits and rebates, whether accrued or realized, associated with the supplies and services provided. "Actual price" does not include material handling charges, overhead, general and administrative costs, profit, or any other indirect cost that is in any way associated with the Contractor's purchase or provision of such supplies and services. The parties expressly agree that the offered and accepted daily rate includes all costs incurred or paid by the Contractor, including but not limited to material handling charges, overhead, general and administrative costs, or profit, that are in any way associated with the Contractor's purchase or provision of such supplies and services.

B3.2 To be eligible to receive reimbursement for services and supplies identified in this contract as reimbursable items and obtained in support of this contract, the Contractor must obtain at least three quotes for each transaction in excess of $2,500 to ensure that adequate price competition was sought or the Contractor must provide an acceptable justification as to why it was impracticable to do so. In the case of fuel purchases, unless directed otherwise by the Contracting Officer, the Contractor shall provide the documentation listed in subparagraphs (i) through (iii) below to the Contracting Officer for approval prior to purchasing fuel. For purchases of services and supplies and other than fuel, the

Contractor need provide the aforementioned documentation only when requested by the Contracting Officer. The Contractor shall maintain documentation of all reimbursable purchases until three years after the contract is completed and shall provide access to and copies of such documentation when requested by the Contracting Officer.

(i) A description of the supplies or services to be subcontracted.

(ii) Identification of the proposed subcontractor and price.

(iii)Suppliers contacted and price quotes. Include other pertinent data such as price lists used if suppliers were not contacted and information regarding the selection if other than price-related factors were considered.

B3.3 The Contracting Officer may reduce the reimbursement by any amount above that which the Contracting Officer finds, in his/her sole discretion, is greater than that which is fair and reasonable for the supplies or services provided, giving due consideration to the facts and circumstances prevailing at the time that the Contractor procured the supplies and services. Disputes as to the amount by which any reimbursement is reduced shall be resolved in accordance with the "Disputes" clause of the contract. It shall be the Contractor's burden to demonstrate that the price it paid for reimbursable supplies and services was fair and reasonable.

B3.4 When the Contractor expects total funding expended for reimbursable items to reach 85 percent of the total funds available on each Reimbursable Supplies and Services CLIN, the Contractor shall notify the Contracting Officer and the COR and any other Government official identified by the Contracting Officer. The notice shall state the estimated amount of additional funds required to continue performance for the period specified in the Schedule. The Contractor shall not exceed or incur costs that exceed the amount of funding stated on each Reimbursable Supplies and Services CLIN at the time a reimbursable item is ordered.

B3.5 The Government is not obligated to reimburse the Contractor for otherwise reimbursable supplies and services in excess of the funded amount stated in the Schedule under each Reimbursable CLIN.

B3.6 The Contractor is not obligated to continue performance of any reimbursable work under this Contract or otherwise incur costs for reimbursable supplies or services in excess of the funded amount stated in the Schedule under each Reimbursable CLIN unless the Contracting Officer notifies the Contractor that the funded amount stated in the Schedule under the applicable Reimbursables CLIN has been increased. Notification shall be in writing. In the event notification is made orally, such notification shall be followed up in writing within two working days.

B3.7 No notice, communication, or representation from any person other than the Contracting Officer shall affect the Government's obligation to reimburse the Contractor.

B3.8 Change orders shall not be considered an authorization to exceed the funded amount stated in the Schedule under the Reimbursable CLIN unless they contain a statement expressly increasing the funded amount of the Reimbursables CLIN by a sufficient amount to cover the change order.

## B3.0 ESTIMATES

B3.1 All quantities are estimates unless specifically guaranteed and shall not be the basis for any claim.

## B4.0 FUNDING

B4.1 This contract incorporates FAR 52.232-18 (Availability of Funds).

## B5.0 RATE TABLE

B5.1 See Attachment A for Rate Table.

## SECTION C Descriptions and Specifications

### C 1.0 DEFINITIONS

C 1.1 **"ACO"** - Contracting Officers administering contracts.

C 1.2 **"AD" -** Aviation Directive

C 1.3 **"Aircraft"** - As proposed.

C 1.4 **"AIRLANT"** – Commander, Naval Air Forces, Atlantic

C 1.5 **"AIRPAC"** – Commander, Naval Air Forces, Pacific

C 1.6 **"All-up Weight"** - Total weight of the aircraft under defined conditions, or at a specific time during flight.

C 1.7 "**Alterations**" - Additions of equipment; changes to the configuration, location, type, or number of pieces of equipment or systems; changes in the arrangement and outfitting of the aircraft.

C 1.8 **"AMC Approval of Contractor"** – The date upon which Air Mobility Command (AMC) provides the contractor notice that it is approved for use by the Department of Defense through the Air-Carrier Review Board process.

C 1.9 **"Assigned Personnel"** - Those personnel, (corporate officers, pilots, maintenance crew, etc.) assigned to this contract and as approved by the Government.

C 1.10 "**Associated Equipment**" - Construed to include all Contractor-furnished or owned equipment necessary for performance under this Contract.

C 1.11 "**CAGE**" - Commercial and Governmental Entity Code.

C 1.12 "**CFE**" - Contractor-furnished equipment.

C 1.13 **"CFR"** – Code of Federal Regulations

C 1.14 "**Contract**" - An agreement resulting from the referenced solicitation.

C 1.15 "**Contract Date**" - Date of Contract Award.

C 1.16 "**COMSC**" - Commander, Military Sealift Command.

C 1.17 **"COMSEC"** – Communications Security

C 1.18 "**Contracting Officer**" - The MSC appointed representative that has the authority to enter into, administer, and/or terminate contracts or make related determinations and findings.

C 1.19 **"Contracting Officer's Representative" (COR)** - A person authorized by the Contracting Officer to act as an extension of the Contracting Officer. A COR will be located at COMSC-HQ, and aboard each vessel to which detachment shall be assigned.

C 1.20 "**Crew**" - Of the aircraft identified by name in the Contractor's proposal or in writing thereafter per Section C11.

C 1.21 **"Cross Deck"** – Transferring of all detachment personnel, equipment, tools, spare, aircraft, etc. from one vessel to another. This may take place in port or under way.

C 1.22 **"DESC"** – Defense Energy Support Center

C 1.23 **"Detachment"** - All Contractor personnel and equipment (including aircraft) deployed aboard a vessel, or ashore if the detachment is operating from a shore base, for purposes of performing the services called for in this contract.

C 1.24 "**DFARS**" - Department of Defense Federal Acquisition Regulation Supplement (issued by the Department of Defense).

C 1.25 **"DIT"** -- Dynamic Interface Testing

C 1.26 **"DLQ"** – Deck Landing Qualifications (Day and Night)

C 1.27 "**DOD**" - Department of Defense.

C 1.28 **"DSS"** – Defense Security Service

C 1.29 "**FAA**" - Federal Aviation Administration. In this document FAA may be assumed to include other international regulatory bodies, as appropriate.

C 1.30 "**FAR**" - Federal Acquisition Regulation, or Federal Aviation Regulations. Context shall dictate which applies.

C 1.31 "**FCC**" - Federal Communications Commission.

C 1.32 **"Flight Deck Safety Officer"** - The individual charged with the responsibility of ensuring the overall safety of the flight deck operations. This individual shall be Contractor personnel, and may serve as the VERTREP Control Officer as a collateral duty.

C 1.33 "**Ft**" - feet.

C 1.34 "**GFP**" or "**GFE**"- Government-Furnished Property or Government Furnished Equipment (see the clause incorporated by reference at Article I38 herein)

C 1.35 "**Government**" - The United States of America.

C 1.36 "**Government Personnel**" - All embarked personnel not employed by the Contractor, including military personnel and Government-employed civilians.

C 1.37 "**Helicopter Control Officer**" - (HCO). The HCO is responsible for the conduct of helicopter operations.

C 1.38 **"HOGE" -** Hover Out of Ground Effect.

C 1.39 "**IMC**" – Meteorological conditions expressed in terms of visibility, distance from clouds, and ceiling less than the minimum specified for visual meteorological conditions. *IMC conditions exist any time a visible horizon is not distinguishable.*

C 1.40 "**IFR**" – Instrument Flight Rules

C 1.41 "**Key Personnel**" Those Contractor personnel specified in Section C6.4.

C 1.42 "**Landing Signalman Enlisted**" - (LSE). The LSE is responsible for visually signaling to the helicopter, thus assisting the pilot in making a safe takeoff and/or approach and landing to the ship. This person is responsible for directing the pilot to the desired deck spot and for ensuring general safety conditions of the flight deck area, to include control of the flight deck crew. His signals are advisory in nature, with the exception of wave-off and hold, which are mandatory.

C 1.43 "**Maintenance Foreman**" - The individual charged with the responsibility of ensuring the airframes and associated equipment is maintained in accordance with this contract. This person shall be deployed with the detachment under his/her cognizance.

C 1.44 "**MSC**" - Interchangeable with "COMSC."

C 1.45 "**NFAF**" – Naval Fleet Auxiliary Force

C 1.46 "**NMCARS**" – Navy Marine Corp Acquisition Regulation Supplement

C 1.47 "**N.T.S.B.**" - National Transportation Safety Board

C 1.48 "**NWP**" – Naval Warfare Publication

C 1.49 "**P & I**" - Protection and indemnity insurance.

C 1.50 "**Paying Office**" - Office from which payments are issued.

C 1.51 "**Primary Mission**" - The missions identified in Section C2.4. All Detachments must be capable of performing these duties.

C 1.52 "**Program Manager - COMSC**" - The individual charged with the responsibility for overall management of the NFAF fleet, and deployed detachment.

C 1.53 "**Program Manager - Contractor**" - An individual charged with the responsibility for design, development, administration and Integrated Logistics Support of all services provided under this contract. This individual shall not be deployed as a part of a detachment.

C 1.54 **"Project Officer"** - An individual charged with the responsibility of shipboard or shore-based administration and personnel of a particular detachment. This individual shall be deployed with the detachment under his/her cognizance.

C 1.55 **"RFP"** - Request for Proposals; interchangeable with "solicitation."

C 1.56 **"ROS"** – Reduced Operating Status. The Contractor will not be called upon to provide any services during periods of ROS.

C 1.57 **Reserved**

C 1.58 **"Test Director"** Government's representative directing orientation process.

C 1.59 **"TIN"** - Taxpayer Identification Number.

C 1.60 **"Transient"** - Term to describe aircraft or personnel not officially part of a deployed detachment. Examples of this are: manufacturer maintenance personnel, aircraft being cycled into or out of a detachment, Contractor personnel with deployment for purposes of observing, etc.

C 1.61 **"Training Coordinator"** – The individual responsible for tracking and maintaining detachment personnel training, skill and certification currency.

C 1.62 **"U.S."** - United States of America.

C 1.63 **"USD"** - U.S. dollars.

C 1.64 **"VMC"** – Metrological conditions expressed in terms of visibility, cloud distance, and ceiling that are equal to or better than specified minimum. Basic weather conditions prescribed for flight under visual flight rules. (See Chapter 5 of OPNAVINST 3710.7)

C 1.65 **"VERTREP"** - Vertical Replenishment.

C 1.66 **"VERTREP Control Officer"** - Responsible to the Helicopter Control Officer (HCO) for cargo organization and supervision of cargo movement relative to the overall vertical transfer process. This person provides necessary directions for cargo spotting, determines the placement of loads on the flight deck, and determines the method of assembly packaging for transfer. The VERTREP control officer will be responsible for the following specific duties aboard the transferring ship:

(1) Provide necessary directions for cargo spotting and determine placement of loads on the flight deck and the methods of assembly packaging for transfer.

(2) Schedule deliveries to the various ships in accordance with the overall underway replenishment (UNREP)/VERTREP plan.

(3) Advise the HCO to alert each receiving ship via the helicopter control circuit prior to commencing the transfer (when within UHF range).

(4) Advise the flight deck cargo supervisor of the replenishment order and changes thereto so the proper cargo can be brought up to the deck and positioned.

(5) Determine from the helicopter pilot or other detachment pilot the maximum load the helicopter can lift, and pass this information to the cargo supervisor. This shall be accomplished prior to takeoff.

(6) Assist the HCO in coordinating all helicopter administrative flights and transfers scheduled during the replenishment operation.

(7) Keep the bridge informed of the progress and status of the operation, including number of lifts remaining and the estimated completion time.

(8) The HCO may perform the duties of VERTREP control officer.

C 1.67 **"VERTREP Cargo Supervisor"** - Directs the cargo handling and is responsible for assembly, packaging, and placement of all loads, as well as accounting for returned handling equipment. This person is responsible for weighing and marking all loads and shall ensure load weights are within the limits dictated by the VERTREP control officer.

C 1.68 **"VERTREP Hookup Person"** - For VERTREP operations, the hookup person is on the flight deck near the helicopter while it is hovering to pick up cargo. His primary responsibility is to ensure that the load to be hooked up is rigged correctly and that the pendant end is placed on the helicopter cargo hook.

C 1.69 **"VERTREP Load Spotter"** - The receiving ship may provide a load spotter. The load spotter's responsibility is to indicate the desired drop location to the pilot and crew of the VERTREP helicopter.

## C 2.0 OBJECTIVES, MISSIONS, CONDITIONS

C 2.1 <u>Statement of Work, Deployment and Control</u>

C 2.2 The Contractor shall provide helicopter detachments to provide ship-based and/or shore-based vertical replenishment services and other duties as outlined in this contract including applicable attachments and exhibits. Such services shall be supplied at any time, day or night, on a 24-hour per day basis. The Contractor shall not anticipate use of Government supplied services or supplies, other than those explicitly stated herein. The required service schedule is as follows:

C 2.2.1 Three Detachments:

(1) Alpha Detachment will be deployed December 2005 (est) for 10 months onboard ship each year.
(2) Bravo Detachment will be deployed October 2006 for 12 months onboard ship each year.
(3) Charlie Detachment will be deployed October 2007 for 12 months onboard ship each year.

C 2.2.2 It is anticipated the detachments will be used to meet in-theater 5th and 7th Fleet requirements. (Anticipated primary ports are listed in Attachment J8.)

C 2.2.3 It is anticipated that detachments will be forward deployed in theater, and therefore may cross-deck to relieving vessels as required when aboard ship.

C 2.2.4 While deployed the Contractor's detachments shall be under the operational control as follows:

(1) *Aboard Ship* the ship's Master, or other authority as delegated by the Contracting Officer or COR.

(2) *Detached Ashore* AIRLANT or AIRPAC, or other authority as delegated by the Contracting Officer or COR.

C 2.3 The Contractor shall perform all administrative and support functions as outlined herein.

C 2.4 Missions.

C 2.4.1 Detachment will be required to conduct the following missions. (These are absolute requirements that each detachment must be capable of performing.) Prices for these services are payable under the Per Diem rates, and hourly Flight Rates identified in Section B.

C 2.4.2 Day and night vertical replenishment services, to include movement of stores, ammunition, and other high value cargoes.

C 2.4.3 Visual Search and Rescue operations with non-swimmer assisted personnel recovery.

C 2.4.4 Performance and participation in Dynamic Interface Testing (DIT) and Wind over the Deck Testing, when directed by the Contracting Officer. This testing will be conducted in accordance with the Delivery and testing schedules outlined in Sections E and F. The Contractor will be required to present each aircraft as determined by the Government for this testing. For dual-piloted aircraft, the Second In Command (SIC) of the aircraft will be a U.S. Navy test pilot, in which case, the contractor's pilot shall retain ultimate control of the aircraft pursuant to Sections C9 and C18. In single pilot aircraft, the Pilot in Command (PIC) will be a Navy Test pilot. Any insurance costs associated with this shall be included in the daily rate. During this test period, the aircraft shall be configured as required under this contract. Once the test is completed, the aircraft and detachment will be released to the Contractor until they are subsequently delivered for acceptance and deployment in accordance with Section F, or for further testing. Rates associated with DIT testing are identified in Section B.

C 2.4.5 Internal Passenger transfer for MEDEVAC reasons (Minimum of patient and corpsman in addition to aircrew.)

C 2.4.6 Internal Passenger transfer (Minimum of five personnel in addition to aircrew.)

C 2.4.7 Internal cargo (Minimum capacity of one standard Navy pallet (40" x 48"); 2-ft high, totaling 2000 lbs.)

C 2.4.8 In performance of these missions, the detachment's aircraft may be required to work alone or in conjunction with other commercial, public, or military aircraft.

C 2.5 Meteorological and Flight Conditions

C 2.5.1 Detachment shall be capable of performing all required duties in both VMC and IMC.

C 2.5.2 Detachment shall be capable of performing all required duties in day and night conditions.

C 2.6 Operating Tempo

C 2.6.1 Detachment may be required to fly a maximum of 10 hours per aircraft in a 24-hour period.

C 2.6.2 Detachment will be deployed overseas for periods exceeding 6 months. Opportunities will be afforded for relief and replacement of detachment personnel consistent with operational and security concerns (See Section C13), and depot level maintenance; however, such shall not impact the operational capabilities of the detachment as outlined in this contract.

C 2.7 Detachment Response Time

C 2.7.1 The detachment's Project Officer shall coordinate with COR to ensure the detachment is ready and capable of performing all evolutions contained in the daily flight schedule (See Section C 15.7).

C 2.7.2 The detachment's Project Officer shall make every effort to coordinate with COR to ensure that the detachment is ready and capable of performing all unscheduled evolutions with six hours notice.

C 2.7.3 When attached to a vessel in port, the detachment shall be capable of manning aircraft and having it airborne within 12 hours, unless otherwise annotated on the daily flight schedule.

C 2.7.4 When attached to an ashore installation or command, the detachment shall be capable of manning aircraft and having it airborne within 24 hours, unless otherwise annotated on the daily flight schedule.

C 2.7.5 Notwithstanding the above, detachment shall make every effort to have helicopters airborne as quickly as possible, as directed by the COR or Master.

C 2.8 Performance Standard

C 2.8.1 The Contractor shall be required to perform 100% of the scheduled and unscheduled missions assigned to its detachments during any deployment, and in accordance with Section 2.7 above.

C 2.8.2 The Contractor is herein notified that a failure rate of 5% or more will result in the initiation of termination action against the Contractor, in accordance with the FAR 52.249-8 Alt. 1 (Default Clause) of this contract.

C 2.9 Government Furnished Services

C 2.9.1 Aboard Ship

(1) The Government shall provide berthing and victualling of detachment personnel while deployed aboard ship.

(2) The Government shall provide berthing and victualling for an additional two persons above the offered detachment size. This shall cover transient contractors performing relief, maintenance, observation, and other duties.

(3) The Government will provide stateroom cleaning for up to eight staterooms occupied by Contractor personnel. Remaining detachment personnel will not have stateroom-cleaning services provided. Linen laundering services will be provided for all personnel.

(4) Except where specifically noted within the contract, the Government will provide only minor administrative assistance to the Contractor during this contract. (The Contractor shall not assume it will receive Government assistance unless specifically identified otherwise within the contract).

(5) The Government shall provide the Contractor with shipboard facilities to transmit and receive emails (using Contractor's computers and at the cost of the Contractor). Provision of these services is contingent upon the threat condition of the vessel and security restrictions on its ability to receive and transmit unclassified messages.

C 2.9.2 Ashore

(1) The Government will provide necessary badges and security passes for entry on assigned military bases.

(2) The Contractor is responsible for the planning, storage and repair of aircraft on facilities ashore. Landing and / or ramp fees will be reimbursed in accordance with Section B.

(3) Except where specifically noted within the contract, the Government will provide only minor administrative assistance to the Contractor during this contract. (The Contractor shall not assume it will receive Government assistance unless specifically identified otherwise within the contract).

C 2.10 Government Furnished Property (IAW FAR 52.245-02)

C 2.10.1 The Government shall provide only those items outlined in Attachment J5 (EQUIPMENT) as "GFE." Contractor shall provide all equipment and supplies, other than those listed in Attachment J-5 necessary to perform services in accordance with this contract. (The Contractor shall not assume it will receive Government equipment unless specifically identified in Attachment J-5 as GFE.)

C 2.10.2 The Contractor is hereby notified that publications, navigational charts, and items necessary to perform flight operations will not be GFE. The Contractor will be required to obtain, store, and dispose of classified material, navigational charts, Navy publications and instructions. The Government shall provide a reasonable amount of storage and destruction capability on the ship aboard which the detachment is deployed.

C 2.10.3 The Contractor is responsible for obtaining and maintaining a Contractor COMSEC account. Using this account, the Contractor is required to obtain that equipment outlined in Attachment J5 (EQUIPMENT).

C 2.11 Contractor Furnished Ground School

C 2.11.1 The Contractor shall provide a Manufacturer Ground School for two (2) Navy Test Pilot(s) if required by the Government. The ground school training shall take no longer than 8 days, including 3 days of aircraft availability for flight training.

C 2.12 Pre-AMC Inspection Meeting The Contractor shall attend one meeting (date to be set after contract award) at Air Mobility Command Headquarters at Scott Air Force Base, Illinois. This meeting shall be prior to an AMC inspection and shall cover the contents of the inspection, the plan-of-action for the inspection and other topics as determined by AMC and the contractor. All costs associated with attending this meeting shall be contained in the Contractor's detachment per diem rate.

## C 3.0 GENERAL DETACHMENT SPECIFICATIONS

C 3.1 Manning.

C 3.1.1 Each detachment shall be composed of sufficient personnel to perform the services required under this contract without any interruptions or degradation of service.

C 3.1.2 Transient personnel will be allowed for certain duties, as required (e.g., depot level maintenance, etc.). Transient personnel will not be allowed to perform flight operations as pilot or aircrew unless he/she is qualified and current to perform these duties, and specifically allowed to do so by the Contracting Officer, cognizant authority ashore, the ship's Master, or his/her designee.

C 3.1.3 Detachment size shall not exceed 15 personnel. Up to two transient personnel are allowed aboard ship in addition to the detachment personnel.

C 3.1.4 Further manning and personnel requirements are outlined in Section C6.

C 3.2 Aircraft

C 3.2.1 Contractor shall have sufficient aircraft to perform the services required in this contract without any interruptions or degradation of service.

C 3.2.2 Each detachment shall have two aircraft. The Contracting Officer or his/her designee shall approve all transient aircraft that temporarily increase the detachment size to more than two aircraft.

C 3.2.3 Aircraft within a detachment need not be of the same Type/Model/Series, but each aircraft shall meet or exceed requirements of Section C4.0.

C 3.2.4 Further aircraft requirements are outlined in Sections C3.3 and C4.

C 3.3 Maintenance

C 3.3.1 Detachment shall have sufficient maintenance personnel, replacement and maintenance parts, equipment and tools to ensure aircraft are operationally capable for the duration of this contract without interruption or degradation of service.

C 3.3.2 Further maintenance requirements are outlined in Section C5.

C 3.4 Regulatory Compliance

C 3.4.1 The Contractor shall be a certificated commercial operator or Air Carrier and adhere to all applicable provisions of the Federal Aviation Regulations (FAR) to include Part 133, Part 135 and others, as necessary. The Contractor shall maintain this certification throughout the duration of the contract. The Contractor shall possess all applicable FAA certificates and shall be under FAA regulatory and safety oversight during the period of the contract when performing the Government mission.

C 3.4.2 Even if Contractor aircraft are used exclusively for Government missions, the Contractor shall continuously maintain those aircraft listed on the Contractor's Operations Specifications issued under the applicable provisions of the FAR. The Contractor shall conduct all maintenance of those aircraft and shall manage, train, and schedule all Contractor aircrews in accordance with the FAR. If the contract calls for the installation of any special equipment, the Contractor shall ensure that both the installation and equipment are FAA approved.

C 3.4.3 During performance of this contract, the aircraft provided by the Contractor for the satisfaction of contractual requirements may be determined to be "public aircraft" (see, e.g., 49 U.S.C.A. 40102(a)(37)). Regardless of such a determination by the Department of Transportation, or any other entities, the Contractor's performance in response to the requirements of this Contract shall at all times comply with all Federal Statutes, Regulations, Directives, Etc. applicable to the same or similar operations performed, for compensation or hire, outside the definition and concept of "public aircraft." The Contractor specifically agrees that regardless of any such determination of "public aircraft" status, it will remain contractually bound to adhere to all Federal statutes, Regulations, Ruling, Directive, Etc. applicable to a non-"public aircraft" performing same or similar operations, unless said contractually required compliance has been specifically waived in writing by the Contracting Officer.

C 3.4.4 The contractual waivers contemplated herein shall be granted at the sole discretion of the Contracting Officer. The waiver authority of the Contracting Officer shall not be delegated.

C 3.5 Readiness and General Warranty

C 3.5.1 The Contractor warrants that, beginning on the date of delivery of a detachment, the detachment shall be in an airworthy condition and as described in its offer. Should the actual performance or readiness condition of the detachment show any failure to satisfy one or more of such warranties or other contract requirements, the detachment may be fully or partially placed off-hire, as outlined in Section H6, for this contract to otherwise remain unaffected unless the contract is terminated for default.

C 3.5.2 The Contractor warrants it will take all precautions necessary to protect property and persons including third parties against injury or damage and be responsible for any such injury or damage that occurs as a result of its fault or negligence. (The term "third parties" is construed to include contract employees and representatives of the Government).

C 3.5.3 The Contractor warrants that it has insurance, as required by this contract.

C 3.6 Contractor Requests for Operational, Maintenance, Aircraft and Personnel Waivers

C 3.6.1 During the performance of this contract, if the Contractor seeks to waive any certification, currency, or other mandated requirement or specification, it shall submit a written waiver request, with supporting documentation and price impact, if appropriate, to the Contracting Officer for approval. (Waiver may be granted at the sole option of the Government; The Contractor shall not anticipate that waivers will be granted.)

C 3.6.2 During situations of extremis involving potential loss of life, the Contractor may submit to the Master, and the Master may temporarily grant, waivers to the requirements set forth in this contract, unless law mandates such requirement. The Contractor shall immediately notify the Contracting Officer if it requests such a waiver.

## C 4.0 AIRCRAFT SPECIFICATIONS

C 4.1 Specific Aircraft Warranty

C.4.1.1 Contractor warrants that the aircraft performing under this contract shall be U.S. Flag and fully conform to the specifications and requirements of this contract and the terms and conditions as included in the offeror's proposal from the time of delivery and for the duration of this contract.

C 4.2 Certification.

C 4.2.1 Helicopters shall have FAA standard airworthiness certificate to accomplish the required missions. Restriction on aircraft shall not affect its ability to perform the missions required under this contract.

C 4.2.2 Helicopters shall have IFR certification, and must have current certificates throughout the duration of this contract.

C 4.2.3 The Contractor shall have all current certificates needed to meet or exceed the requirements of Section C3.4, Regulatory Compliance.

C 4.3 Physical Particulars

C 4.3.1 All of a detachment's helicopters shall be capable of being simultaneously stored within the confines of the ship's hangars with the hangar doors closed. If a blade or tail-folding system is required, either a manual or a mechanical blade or tail-folding system is acceptable. If blade or tail-fold is not possible, and both aircraft cannot fit within a hangar's unmodified confines, the Contractor may propose minor alterations to the vessel's configuration. Unless specified in its offer, such configuration changes will be for the Contractor's account. See Attachment J2.

C 4.3.2 Aircraft must be compatible with T-AFS 8, T-AFS 1 and T-AE 26 Class aviation related facilities to include hangar, flight deck, electrical facilities, and support systems.

C 4.3.3 Each aircraft shall be capable of operating with JP-5, NATO F-44 fuel.

C 4.3.4 Each aircraft shall have the capability to be hot-refueled using an approved closed-circuit refueling nozzle. Fueling system shall be compatible with U.S. Navy aircraft shipboard refueling systems. See Attachment J1.

C 4.3.5 The aircrew of each aircraft involved in VERTREP shall be capable of visually monitoring (e.g., mirrors, etc.) the external load at all times during VERTREP missions.

C 4.3.6 Each aircraft shall be equipped with an operable mechanical rotor brake.

C 4.3.7 Each aircraft shall be capable of being fully secured at all times while on deck preventing more than nominal movement of the aircraft in all sea states, so as to ensure the safety of the aircraft, personnel and other property.

C 4.3.8 Each aircraft shall have one flight meter (Hobbs Model N- 1-69 or equivalent). The meter shall record flight time only.

C 4.3.9 Each aircraft shall be equipped with a cockpit heater, windshield wipers and window defogging system, as required by the FAA for aircraft certification.

C 4.3.10 Each aircraft shall be equipped with a chip detector system (as appropriate per FAA requirement).

C 4.3.11 Each aircraft shall have a fixed Emergency Locator Transmitter (ELT) installed in a conspicuously marked location.

C 4.4 Communications System

C 4.4.1 Each aircraft shall have VHF/UHF AM-FM Communications set (AN/ARC 182 or AN/ARC 210 or ARC-186 or equal) with capability which includes: (a) 6960 channels spaced 25 kHz apart; (b) AM or FM capability from 30 - 173.975 MHZ as follows:

(i) 30 - 87.975 MHZ FM, 2320 channels;
(ii) 108 - 117.975 MHZ, FM receiver only, (VOR capability), 400 channels;
(iii) 118 - 155.975 MHZ AM, 1520 channels;
(iv) 156 - 173.975 MHZ FM, 720 channels;
(v) Four Guard Frequencies at 40.5 MHZ FM; 121.5 MHZ AM; 156.8 MHZ FM; and 243 MHZ AM;

C 4.4.2 In the event that one radio is used to meet the requirements of Section C4.4.1, the aircraft shall have a second radio to ensure aircraft has two independent transceivers for communications with USNS and USS vessels.

C 4.4.3 Aircraft shall have a subdued color scheme. The Contractor shall submit proposals for changing the aircraft color scheme to the Contracting Officer for approval in advance. Color schemes consisting of non-subdued colors will not be approved.

C 4.4.4 Aircraft, crew and passengers shall have adequate equipment to meet the aviation life support requirements in accordance with OPNAVINST 3710.7, current series and OPNAVINST 3100.8 (paragraph n). Additionally, each aircraft shall also meet the emergency equipment requirements for extended over-water operations, as shown in 14 CFR, Part 135.

C 4.4.5 Each aircraft must have one Global Positioning System. This system must be specifically designed for aircraft installation with an approved fixed aircraft antenna.

C 4.4.6 Each aircraft shall have and be capable of using one Tactical Air Navigation Set (TACAN) operating on any of 252 channels; 126 in the x-band, and 126 in the y-band; with distance and bearing indicator.

C 4.4.7 Each aircraft shall have, at a minimum, an audio control system that can provide for selecting the following radios and systems:

(1) Transceiver identified in Section C 4.4.1 and 4.4.6.

C 4.4.8 Each aircraft shall have a Radar Altimeter (RADALT) with associated audio and visual alarms for height over ground.

C 4.4.9 Each aircraft shall have one Underwater Acoustic Beacon (pinger). The pinger shall be water activated, mounted to the aircraft's airframe, shall meet or exceed the requirements of FAA Advisory Circular 21-10A and shall be maintained in accordance with the manufacturer's specifications.

C 4.4.10 Each aircraft shall be equipped with an Air Traffic Control (ATC) transponder and an altitude reporting system meeting the requirements of the Federal Aviation Regulations and associated Code Of Federal Regulations (CFR). The ATC transponder shall also be Mode 4 capable and compatible with COMSEC GFE (e.g., Kit computer).

<u>C 4.5 Aircraft Performance Requirements</u>

C 4.5.1 Each aircraft shall be capable of performing VERTREP operations with an aggregate external lift and HOGE capacity of not less than 3,500 pounds. Conditions for this measure are: 32° C Outside Air Temperature (OAT); sea level; 90 minutes mission fuel onboard.

C 4.5.2 Each aircraft shall be capable of performing VERTREP operations with an aggregate external lift and HOGE capacity of not less than 4,500 pounds. Conditions for this measure are: 32° C OAT; sea level; 20 minutes of mission fuel onboard or 10% reserve, whichever is greater.

C 4.5.3 Aircraft shall be capable of performing VERTREP operations for a minimum period of 90 minutes, and shall have a minimum flight duration (with adequate fuel reserve), of 1.5 hours (VERTREP operations) or 2.0 hours (non-VERTREP).

C 4.5.4 Each helicopter shall be certified for and fully capable of operating in IMC conditions.

C 4.5.5 Each helicopter must be capable of taking off and landing with ± 2° pitch on deck; ± 4° roll on deck. Conditions for this measure are: 32° C OAT; aircraft maximum gross weight, excluding any internal cargo capacity not offered; at sea level.

C 4.5.6 Each helicopter must be capable of performing to a level of Level 1, Class 1 on T-AFS and T-AE class ships, and Level 1, Class 5 on all other Navy ships. Classes are defined in Shipboard Aviation Facilities Resumes (NAEC-ENG-7576).

C 4.5.7 Aircraft shall at least be capable of shipboard operations (landing and taking off) within all wind parameters/limitations as specified in the general launch and recovery wind limits delineated in NWP 3-04.1, or future wind limits that may be determined through Dynamic Interface Testing or other means approved by the Government for that aircraft's Type/Model/Series and ship combinations.

C 4.5.8 Aircraft shall be capable of performing VERTREP, as outlined in Sections C4.5.1 and C4.5.2 in headwinds of up to at least 35 knots at sea level, relative to the nose of the aircraft.

C 4.5.9 Each aircraft shall be equipped with a cargo hook system(s) rated at the helicopter's offered lift capacity. Hook shall be fully compatible with the VERTREP equipment utilized by the Navy as described in NWP 3-04.1M (Formerly NWP 42). Hook shall be capable of handling two Mk-105 multi-pole pendants simultaneously.

C4.5.10 Aircraft with wheels shall have working wheel brakes, actuated by a hydraulic system. Ground handling equipment for aircraft with skid configurations need not have braking systems.

<u>C 4.6 Change Notification</u>

C 4.6.1 The Contractor shall immediately notify the Contracting Officer or his/her authorized representative, of any proposed change to any engine, power train, flight control, or major airframe component; or of any repair following an incident or accident, including the circumstances involved.

C 4.6.2 Any changes that decrease the aircraft's capabilities must receive written Contracting Officer approval prior to effecting the change.

C 4.7 Internal Passenger Transfer

C 4.7.1 At least one of the aircraft in the detachment must have the ability to carry a minimum of five personnel in addition to the aircrew.

## C 5.0 MAINTENANCE AND CLEANLINESS SPECIFICATIONS

C 5.1 Specific Maintenance Warranty

C 5.1.1 Contractor warrants that all aircraft, avionics and associated equipment shall be maintained in accordance with the specifications of this contract, the manufacturer's specifications and all Federal Aviation Regulations (as if it were a civil aircraft). In instances where this contract conflicts with the manufacturer's specification and/or Federal Aviation Regulations, the manufacturer's specifications and the Federal Aviation Regulations take precedence. It is not anticipated that any waivers to maintenance requirements will be granted pursuant to Section C3.6.

C 5.1.2 Contractor warrants that personnel with appropriate, current FAA certifications will perform all maintenance and inspections.

C 5.2 Pack-up Kits

C5.2.1 Contractor must provide pack-up kit(s) able to support both airframe and detachment maintenance requirements for periods between scheduled resupply of the ship. The maximum pack-up kit allowance shall not exceed 5,760 cubic feet.

C 5.3 Appearance and Cleanliness

C 5.3.1 Aircraft shall be kept clean and neat, including exterior paint. The Contractor shall comply with all OSHA and EPA requirements regarding aircraft cleaning and painting operations and regarding the use, storage, and disposal of hazardous materials.

C 5.3.2 Detachment equipment shall be kept in a neat, safe and serviceable manner.

C 5.3.3 Detachment shall ensure that all shipboard or ashore spaces made available to the detachment, or assigned to the detachment remain in a neat, safe and serviceable state.

C 5.4 Maintenance Schedule

C 5.4.1 The aircraft shall be capable of performing its assigned mission(s) for a minimum of ten continuous flight hours between each scheduled maintenance and inspection interval.

C 5.4.2 All time-change components, including engines, shall be replaced upon reaching the factory recommended time, or FAA approved extension, if applicable.

C5.4.3 Aircraft operated with components and accessories on approved Time Before Overhaul (TBO) extension programs are acceptable provided, (1) the Contractor is the holder of the approved extension authorization (not the owner if the aircraft is leased), and, (2) the Contractor operates in accordance with the extension authorization.

C 5.5 Disruption of Operations Due to Maintenance

C 5.5.1 During the contract period, the Contractor shall perform all necessary aircraft maintenance. All maintenance iterations shall be accomplished in a manner which shall not disrupt the operations of the ship or ashore facility (including flight operations) or performance of duties by ship's crew or ashore personnel.

C 5.5.2 The COR shall be notified 48 hours prior to any planned maintenance action that will take any detachment aircraft out of service. This notification does not reduce the Government's rights under the Off-hire Clause, H6.

C 5.6 Spares/Tools/Support Equipment

C5.6.1 All matters and materials pertaining to the maintenance and operation of the aircraft and detachment, including transport of emergent needed parts, are the responsibility of the Contractor. The Contractor shall bring sufficient spares, tools, and support equipment to be used while maintaining full availability for operational requirements during the contract period.

C 5.7 Preventive Maintenance Performed by Pilot

C5.7.1 The pilot, under the terms of this contract, may perform preventive maintenance in accordance with applicable FAA regulations and associated CFRs on the aircraft that he/she is operating provided that he/she has been trained to properly conduct preventive maintenance, such maintenance does not conflict with any FAA-approved maintenance program, and the pilot approves the aircraft for return to service in accordance with applicable FAA regulations and associated CFRs.

C 5.8 Maintenance Test Flight

C5.8.1 All functional maintenance test flights shall be performed at the Contractor's expense. Such test flights shall be conducted as required by the FAA, as if it were a civil aircraft. This shall be accomplished before the aircraft resumes service under the contract. The pilot shall log the result of this functional test flight in the aircraft records.

C 5.9 Deficiencies at Commencement

C 5.9.1 Before the start date of each deployment, all maintenance deficiencies shall be corrected or deferred in accordance with the operator's Approved Maintenance Manual. Those deficiencies occurring during performance under the contract shall be corrected in accordance with appropriate Federal Aviation Regulations and the Approved Maintenance Manual.

C 5.10 Manuals / Records

C 5.10.1 The Contractor shall ensure that all maintenance performed on contract aircraft is recorded in the affected aircraft's maintenance record in accordance with applicable FAA regulations and associated CFRs.

C 5.10.2 A copy of the contract aircraft's current maintenance record, containing at a minimum the information required by applicable FAA regulations and associated CFRs, shall be kept at the primary duty location of the Contractor's Superintendent.

C 5.10.3 All applicable FAA ADs shall be complied with prior to the performance of this contract. Manufacturer's Mandatory Service Bulletins (MMSB) that are listed on the Contractor's FAA Operations Specification shall be complied with prior to the performance of this contract.

C 5.10.4 A list of FAA ADs and required manufacturer's MMSBs on Type/Model/Series of aircraft offered/utilized shall be a part of the maintenance records. Signature of persons verifying accuracy of list is required. All ADs and required MMSBs published during the contract shall be complied with as required by the FAA.

## C 6.0 PERSONNEL SPECIFICATIONS

C 6.1 Specific Personnel Warranty

C 6.1.1 The Contractor warrants it will provide trained (except as set out below), qualified, medically, and psychologically fit personnel consistent with the intended mission, duration, and projected area of operation. The contractor warrants that all personnel will be U.S. Citizens and fluent in English.

C 6.1.2 The Contractor warrants that the appearance, dress and behavior of Contractor personnel are appropriate. Accordingly, the Contractor shall establish and enforce appropriate dress and grooming standards for deployed personnel. Work and berthing areas of assigned personnel shall be maintained in a clean condition.

C 6.1.3 The Contractor warrants that all non-aircrew whose duty assignments necessitate frequent over water flights shall comply with water survival/physiology requirements. (ref. OPNAVINST 3710.7, current series).

C 6.1.4 The Contractor warrants that all detachment personnel shall be qualified and have current certifications for the duties they are assigned to perform before assuming the duties of the person they are to replace, except for temporary assignments resulting from emergency situations.

C 6.1.5 All personnel replacing detachment personnel shall have qualifications that equal or exceed the qualifications of the person being replaced.

C 6.2 Crew Replacement and Grounding

C 6.2.1 In the event the Government shall have any reason to be dissatisfied with the qualifications, conduct, or performance of any person employed by the Contractor, including, but not limited to, key personnel, the Contracting Officer will provide particulars to the Contractor who will promptly investigate and take the appropriate corrective action, including, but not limited to, making a change in the appointment.

C 6.2.2 All pilots involved in an aircraft accident or serious safety incident while operating under the contract, must be immediately suspended from performing pilot duties under this contract, and the COR immediately notified. The Contractor's Project Officer determines aircraft accident or serious safety incidents, for the purpose of this paragraph. Suspension will continue until rescinded by the Contractor's Project Officer, unless extended, with reason, by the Contracting Officer, ACO, or duly designated representative.

C 6.3 Prohibited Actions/Substances

C 6.3.1 Smoking policy is in accordance with applicable U.S. Navy regulations or as directed by the cognizant authority.

C 6.3.2 Vessel containing the detachment, and all equipment and personnel in the detachment may be subjected to random searches, subject to the rules and conditions of such searches as established by the appropriate authority. Searches may include, but are not limited to, persons, belongings and personal spaces.

C 6.3.3 The introduction, possession, or use of alcoholic beverages by any person onboard any ship or onboard the aircraft is prohibited except as authorized by Article 1150, U.S. Navy Regulations and COMSCINST 3121.9, Chapter 5, Section 4.

C 6.3.4 The introduction, possession, or use of narcotics, controlled substances, marijuana, or substances containing narcotics, or paraphernalia which are used to administer, dispense, or carry narcotics, except for authorized medical purposes, is prohibited onboard any ship or aircraft during the period of contract by Article 1151, U.S. Navy Regulations and COMSCINST 3121.9, Chapter 5, Sections 4 and 6, which shall apply to this contract.

C 6.3.5 The Contractor shall ensure all detachment personnel abide by applicable Navy and MSC regulations and directions of the Ship's Master.

C 6.4 Key Personnel

C 6.4.1 Key personnel are defined as those listed below and who are identified in the original offer. The Contractor must submit any changes in key personnel in writing to the Contracting Officer for approval. Substitute personnel must meet or exceed the qualifications of the personnel they are replacing.

C 6.4.2 Key personnel are as follows:

(1) Program Manager
(2) Pilots and aircrewmen (deployed)

(3) Chief Test Pilots
(4) Maintenance Foreman (deployed)
(5) Project Officer (deployed) (May be a shared responsibility of one of the deployed pilots).
(6) Training Coordinator (May be a shared responsibility of one of the above non-deployed, Key Personnel).

C 6.5 General Crew Requirements

C 6.5.1 For each detachment, the Contractor shall provide sufficient complete crews (e.g., pilots and aircrew as required by the aircraft and mission) with appropriate FAA qualifications relevant to all aircraft proposed/utilized, and with crews and personnel able to meet or exceed the requirements of this contract.

C 6.5.2 Contract aircrew shall conform to all FAA regulations for currency requirements. Notwithstanding this, if there is no FAA currency requirement, then the Contractor shall meet or exceed the currency standards of COMSCINST or Contractor's Standard Operating Procedures (SOP).

C 6.5.3 Contractor shall supply sufficient personnel to meet or exceed required missions and contract requirements (e.g., LSE, HCO, Flight Deck Safety Officer, and personnel to secure helicopters, as required).

C 6.6 Pilot Specific Requirements

C 6.6.1 Pilots shall have a current FAA commercial pilot certificate with the relevant rotorcraft type rating to perform missions contemplated.

C 6.6.2 Pilots shall have a current Helicopter Instrument Certificate that will be renewed and updated to remain current throughout the duration of the deployment (ashore or afloat) to which assigned.

C 6.6.3 Pilots shall hold a current medical certificate appropriate for the assigned duties under the provisions of the FAA, and will schedule renewal so as to ensure continued coverage throughout deployment schedule.

C 6.6.4 Pilots shall show evidence of satisfactorily passing an FAA currency flight check in accordance with provisions of applicable FAA regulations and associated CFRs, in the type/model/series offered for this contract within 12 months of deployment.

C 6.6.5 The Contractor shall verify pilot flying hours. Further verification of flying hours may be required at the discretion of the Contracting Officer or COR.

C 6.6.6 Pilots may be required to demonstrate their ability during a checkride at the Government's expense.

C 6.6.7 The precision placement of externally carried cargo on Naval vessels underway is an operational requirement of this contract. Pilots will be required to place cargo precisely where