requested while operating within the helicopter's capability. Contractor shall provide written evidence of qualification to transport external loads.

C 6.6.8 In addition to the above requirements, all aircrew must have appropriate FAA certifications/licenses to perform the mission utilizing all of the capabilities of the aircraft offered/utilized.

C 6.6.9 At a minimum, pilots must also meet or exceed the following requirements:

(1) In single or multi-piloted aircraft, the Pilot in Command (PIC) must hold a valid Commercial Pilot certificate with rotorcraft category and helicopter class rating; and Helicopter Instrument Rating Certificates with a rotorcraft category and a helicopter class rating for rotorcraft operations as defined by the applicable FAA regulations and associated CFRs.

(2) In multi-piloted aircraft, the pilot Second in Command (SIC) must hold a valid Commercial Pilot certificate with rotorcraft category and helicopter class rating; and Helicopter Instrument Rating certificates with a rotorcraft category; and a helicopter class rating for rotorcraft operations as defined by the Federal Aviation Regulations and associated CFRs.

(3) External load operations flight time requirements are:

(i) PICs must demonstrate at least 150 hours flight time in external load operations.

(ii) Second In Command (SIC) must demonstrate at least 100 hours flight time in external load operations.

(4) PIC's and SIC's must demonstrate at least 1500 hours flight time with rotary wing aircraft. 100 of these hours shall be within the past 12 months.

(5) PIC's and SIC's must demonstrate at least 50-hours flight time in type/model/series of aircraft offered--10 of these hours shall be within the past 12 months; or must have 25-hours flight time in type/model/series of aircraft offered (10 of these hours shall be within the past 12 months) with satisfactory completion of a manufacturer's approved flight training program.

(6) PIC's must demonstrate at least 50 hours of shipboard helicopter operations.

(7) SIC's, must demonstrate at least 25 hours of deployed shipboard helicopter operations during VERTREP or other Navy directed operations.

(8) PIC and SIC must be Deck Landing Qualified (Day and Night) and VERTREP Qualified (Day and Night) prior to deployment.

(9) PIC and SIC must each have 25 hours flight time at night.

C 6.7 Maintenance Crew Specific Requirements.

C 6.7.1 Each mechanic shall have and maintain a valid FAA mechanic certificate with all applicable ratings in accordance with FAA regulations and applicable CFR in order to meet or exceed all maintenance requirements for detachment aircraft. He/she must have held the certificates for a period of 24 months, or must demonstrate comparable experience performing such duties for the Department of Defense (DoD) or Department of Transportation (DOT) without having held such a certificate.

C 6.7.2 The maintenance crew shall perform all scheduled and unscheduled maintenance, fueling, aircraft movement, launch and recovery, and other duties as required.

C 6.8 Aircrew Training

C 6.8.1 The Contractor shall ensure that all personnel meet or exceed applicable FAA (as if it were a civil aircraft) and other training requirements specified herein needed for the services contemplated under this contract before reporting under this contract. Navy specific ground school training requirements are contained in OPNAVINST 3100.8 (Enclosure 3).

C 6.8.2 The Contractor is responsible for providing, coordinating and administering all training activities and evolutions. Such training shall be accomplished to ensure personnel are familiar and qualified to conduct duties as required under this contract. The Contractor is responsible for all scheduling and expenditures associated with training, including schooling made available by the Navy and other Government agency, except for the cost of the vessel used under Section C6.8.4 to perform DLQ/shipboard-qualifications certification/training.

C 6.8.3 USNS, USS and Overseas air fields shall not be considered available to the Contractor for performing reoccuring FAA training requirements.

C 6.8.4 The Government shall provide platforms for the performance of shipboard flight qualifications for the initial deployment. Subsequently, the Government will provide platforms so long as such training does not conflict with the operational needs of the Government. For both the initial and subsequent training, the Contractor shall attend a quarterly scheduling conference held in San Diego, CA to schedule dates and times for the shipboard training. The Government will not be held responsible for a lack of training platforms if the Contractor does not attend the scheduling conference.

C 6.8.5 The Contractor shall ensure all detachment personnel have successfully completed an Air-capable ship helicopter firefighting course that meets or exceeds US Navy standards (Chief of Naval Education and Training). The Contractor must certify that the training received is of the same content and standards as the Government course.

C 6.8.6 The Contractor shall ensure that all detachment personnel performing duties of an HCO, have completed a HCO course that meets or exceeds Navy standards, and are otherwise qualified to Navy standards, before assignment as HCO aboard a vessel.

C 6.8.7 The Contractor shall ensure that all detachment personnel performing duties of a LSE have completed a LSE course that meets Navy standards prior to assignment as a LSE aboard a vessel.

C 6.8.8 The Contractor shall ensure that all aircrew have completed an aviation physiology and water survival-training course that meets Navy standards at intervals of not greater than 48 months; the Contractor must ensure that its personnel will not exceed this 48-month limitation during any given deployment.

C 6.8.9 The Contractor shall ensure all personnel meet or exceed DOD and MSC requirements for Anti-Terrorist Force Protection training prior to duties away from CONUS. Training shall be for the geographical area anticipated to be operated in and such training shall be documented.

C 6.8.10 The Contractor shall develop a training program and secure training resources to meet the above training requirements and that demonstrates its ability to meet or exceed PIC and SIC DLQ and VERTREP Qualifications. The Government retains the right to attend any or all training sessions, with or without notice.

C 6.8.11 Contractor shall be allowed up to two pilot proficiency flight hours using deployed aircraft per week per pilot during extended periods (one week or more) when no scheduled flight operations are to occur. Hours shall be coordinated with the COR and shall be included in the daily flight schedule. Hours not used shall not be accumulated. At least one hour out of each 30-day period shall be in night conditions. Any dual-pilot capable aircraft shall have two pilots during proficiency flights. All aircraft flight time, regardless of which pilot is at the controls, shall be used to meet these proficiency flight hour requirements.

C 6.8.12 Detachment personnel will receive, and shall participate in, emergent training (e.g., Chemical Biological Radiological-Defense training) provided by the Government to the general crew of the vessel(s) on which they are deployed. Participation in such training will be at no cost to the Government, and the Contractor will not be charged any tuition/registration.

C 6.8.13 Pilots shall have completed instruction/standardization in shipboard cargo handling procedures and signals prior to deployment.

C 6.9 Security Clearances

C6.9.1 The Contractor shall adhere to all specifications of the Form DD 254 and the DoD Industrial Security Manual. This includes, but is not limited to, the Contractor obtaining a Secret-level facility clearance from DSS and all Contractor key personnel being properly processed and granted at least Secret-level security clearances from DSS prior to commencement of performance.

C 6.10 Medical

C 6.10.1 All deployed Contractor personnel staying aboard a vessel for more than one week must be qualified to be onboard USNS ships. The Contractor shall provide all embarked personnel assigned to this contract with pre-employment drug screening in accordance with 46 CFR Part 16. The Contractor shall provide all embarked key personnel with medical multiphasic screening physical examinations in accordance with COMSCINST 6000.1B, Chapter 4

(Procedures) and Chapter 5 (Minimum Standards). The physical examination should be recent enough so that it will not lapse during the performance of this contract. To ensure that all elements of multiphasic screening have been satisfied, the following statement of fitness must be certified on all assigned personnel Physical Examinations Reports above the signature of the Designated Maritime Physician:

(1) (Name and Social Security Number) has been examined and found to be physically and psychologically qualified for duty at sea in an isolated environment in accordance with COMSCINST 6000.1B."

C 6.10.2 Deployed personnel shall not be accepted for employment if previously repatriated for a medical condition, unless a complete report from a physician provides verification that the predisposing condition has been corrected or cured, and the Contractor's licensed physician has approved such report. The Contractor shall not supply personnel who have any existing health condition that constitutes a hazard to such person or others aboard the ship or aircraft even though the condition may be under control of medication. A high-risk medical condition shall subject the individual to immediate repatriation. All deployed personnel shall be carefully screened during pre-employment multiphasic physical examinations so as to ensure that they are in good physical condition, do not have a history of injuries, and do not have a history of inability to perform the position's physical requirements, and will be able to perform deployed duties during an extended cruise.

C 6.10.3 Each crewmember shall maintain a medical record sufficient to allow for medical treatment. All deployed personnel shall carry with them a copy of their medical and dental records. Further, the Contractor shall maintain (ashore) a copy of all deployed shipboard personnel medical and dental records.

C 6.10.4 Immunizations. U.S. flag helicopter services supporting vessels operated under the command of the Military Sealift Command are considered essential contractor services to the Department of Defense in support of military and associated support missions. As a result, helicopter crewmembers and other individuals who are embarked on such vessels for Contractor's purposes, including but not limited to subcontractors, are considered contractor personnel performing mission essential services under DODI 3020.37, November 6, 1990, (Change 1, January 26, 1996), and are subject to the following:

(1) General – Helicopter crewmembers that are embarked on any vessel subject to this contract shall have received current immunizations in accordance with BUMEDINST 6230.15, as amended, prior to assignment to the vessel.

(2) In addition to the foregoing, helicopter crewmembers and other individuals, as described above, must be medically pre-screened and immunized in accordance with Commander, Military Sealift Command (COMSC) policy, and any changes thereto, in effect or made during the period of this contract, including any options or extensions. Contractor shall ensure that all helicopter crewmembers and other individuals embarked on any vessel subject to this contract comply with all such COMSC immunization programs. This shall include, but not be limited to, notification to the Contracting Officer of the immunization status of the helicopter's crew and any supporting subcontractor or other civilian personnel as provided herein.

(3) Any helicopter crewmember or other individual embarked on a vessel who refuses to comply with the immunization requirements, or is ineligible for a particular required immunization as provided in subparagraph 2, shall be removed by Contractor from the vessel as soon as possible, but not later than the next port call unless authorized by the Contracting Officer, and replaced with personnel who either have the required immunization or are eligible and will comply with the policy. Any removal and replacement of personnel pursuant to this clause shall be solely at Contractor's expense, including, but not limited to, travel, per diem, wages and associated administrative expenses.

(4) When immunizations are required pursuant to subparagraph 2 herein, Contractor must provide notification, as directed by the Contracting Officer, of the immunization status of all helicopter crewmembers and other individuals no later than 96 hours prior to assignment to a vessel. Further, at any time during the contract period, the immunization status of any relief personnel scheduled to board the vessel is required no later than 96 hours prior to the personnel change, unless authorized otherwise by the Contracting Officer. The Contracting Officer herein shall provide notification of immunization requirements pursuant to subparagraph 2 to the Contractor.

(5) Helicopter crew shortages or service defaults resulting from the application of this section may subject the Contractor to default.

C 6.10.5 All deployed personnel shall have at least a 6-month supply of required medical supplies and medication and at minimum an additional pair of glasses, if corrective eyeglasses are necessary for work performed under this contract.

C 6.10.6 All Government provided emergency medical services used during deployment over $500 in value (per incident), as priced by the Government and provided to Contractor employees are for the Contractor's account. This shall not include immunizations ordered by the Government (e.g., Smallpox).

C 6.10.7 No Contractor personnel shall perform any duties when taking medications or other substances that would impair his/her ability to properly and safely perform assigned duties.

C 6.10.8 All aircrew medical groundings shall be brought to the attention of the ship's Master, or his/her designee, and the Contracting Officer.

## C 7.0 OPERATIONS

C 7.1 Specific Operations Warranty

C 7.1.1 The Contractor warrants it will operate in accordance with its approved FAA Operations Specifications and that such Operations Specifications specifically identify all missions/tasks to be performed under this contract (e.g., VERTREP; Personnel transfer).

C7.1.2 The Contractor warrants its Operation Specifications shall authorize operation of the category and class of aircraft, conditions of flight and regions required under this contract. Contractors who do not have OPSPEC authorization to operate under IFR with passenger carriage at time of award, must specifically note that this currently cannot be performed, and warrant that they will have such included in their OPSPEC within 12 months from award. Between the date of award and the date the OPSPEC is amended to include IFR, use of the aircraft for passenger operations shall be restricted to non-IFR. All these requirements shall be met as if it were a civil aircraft, unless waived in accordance with Section C3.4.

C 7.2 Operations

C 7.2.1 Contractor shall create and maintain a COMSC approved detachment Standard Operating Procedure (SOP). SOP will be approved by COMSC prior to deployment. All changes to the SOP must be forwarded to COMSC for review and approval in a timely manner.

C 7.2.2 All shipboard detachment and flight operating procedures unique to naval operations shall be conducted in accordance with Commander-in-Chief policy and procedures and applicable CV, LHA/LPH/LPD, Naval Air Training, and Operating Procedures Standardization (NATOPS), and helicopter operating procedures for air capable ships (NWP 3-04.1M). If a conflict exists with the FAA and Naval procedures, the Contracting Officer, or his/her designee, shall determine, in writing, which procedure takes precedence. Such changes shall be incorporated in the detachment SOP.

C 7.3 Adherence to Flight Procedures and Patterns

C7.3.1 Contractor shall ensure detachments operate in compliance with published regulations and procedures when operating from military owned/operated bases and vessels. At sea, this requirement includes all applicable NWP, Joint publications, OPNAV and NATOPS publications governing flight operations, patterns, and procedures for all ship classes including CV, LHA/LPH/LPD, and other air capable ships.

## C 8.0 CONTRACTOR CERTIFICATIONS AND LICENSES

C 8.1 The Contractor shall be certificated under Part 133, External Load Ops and Part 135, Commuter and On Demand Operations and all other applicable provisions for all operational matters required in this Statement of work.

C 8.2 The Contractor shall possess current Aviation Facility Licenses authorizing operations (as appropriate) at Naval Air Stations and Air Force Bases in the intended areas of operations. Responsibility for obtaining these licenses remains with the Contractor.

C 8.3 Contractor shall be in compliance with and have those certificates and licenses outlined in Section C3.4.

C 8.4 Contractor shall maintain a satisfactory Air Mobility Command (AMC) certification for carrying Government passengers and cargo.

## C 9.0 SAFETY AND CONTROL

C 9.1 The Contractor shall use the aircraft furnished hereunder according to the instructions of the COR or ACO, it being understood that the Contractor shall exert every reasonable effort to begin and complete all flights on the schedules requested. The Contractor's Pilot-in-Command shall be the sole judge of flying safety for the aircraft.

C 9.2 The Contractor's Pilot-in-Command of the aircraft at the time shall have complete power and authority to make, and shall make, all decisions concerning the condition of the aircraft for flight, loading of the aircraft, the manner of flight, and all other factors affecting flight safety. Additionally, the ship's Master or his designated representative shall have authority to halt or cancel flight operations at any time for safety reasons.

## C 10.0 CARRIAGE OF PASSENGERS AND CARGOES

C 10.1 The pilot shall not permit any passenger to ride in the aircraft or any cargo to be loaded therein unless specifically authorized by the ACO or COR, or included in the daily flight schedule.

C 10.2 Contractor requests to carry passengers and cargoes for its account shall submit requests for authorization to the ACO or COR in a timely manner, or included in the daily flight schedule.

## C 11.0 CREW MEMBER FLIGHT TIME AND DUTY PERIOD LIMITATIONS AND REST REQUIREMENTS

C 11.1 <u>Duty Limitation</u>

C 11.1.1 Duty includes flight-time, ground duty of any kind, and standby or alert status. Local travel up to a maximum of 30 minutes each way between the work site and place of lodging will not be considered duty time. Flight crewmembers will be subject to duty hour limitations as described in 14 CFR.

C 11.2 <u>Flight Time Reporting and Computation</u>

C 11.2.1 Flight time to and from a duty station as a flight crew member (commuting) will be reported and counted toward limitations if it is flown on a duty day. Flight time includes, but is not limited to, military flight time, charter, flight instruction, biennial flight review, flight examinations by FAA designees, any flight time for which a flight crew member is compensated, or any other flight time of a commercial nature whether compensated or not. Pilot flight time computation shall begin at liftoff and end at touchdown, whether PIC or SIC.

## C 12.0 MECHANICS DUTY LIMITATION

C 12.1 Mechanics will not exceed the duty time limitations as described in 14 CFR.

C 12.2 Duty time includes work or alert status at any job site.

## C 13.0 CREW ROTATION

C 13.1 Contractor shall ensure crew rotation during deployment does not adversely affect the detachment's ability and capability to perform required missions.

C 13.2 Adequate transition training shall be performed to ensure new crewmembers familiarization with operations.

C 13.3 The costs associated with rotation of crew shall be solely for the Contractor's account.

C 13.4 The Contractor shall notify the cognizant COMSC office of any crew rotations prior to the crew departing from their home location to the vessel.

## C 14.0 FUEL AND LUBRICANTS

C 14.1 All aircraft fuel, lubricants and hydraulic fluids to be used by the aircraft during the contract period shall be supplied and disposed of by the Contractor. The Contractor MUST comply with all EPA regulations.

C 14.2 The Government shall make aircraft fuel available to the Contractor when the detachment is assigned to an underway vessel.

C 14.3 When fuel is provided pursuant to C14.2, or otherwise, it will be at cost to the Contractor by the Government when not commercially available (e.g., aboard ship). The cost for such fuel will be at the Defense Energy Supply Center (DESC) rate current at the time (this rate is currently $1.36 per gallon). Flight time to obtain fuel at other than Government facilities will not be for the Government's account. Fuel received from the Government shall appear as a credit against invoices submitted for per diem.

## C 15.0 CONTRACT DATA REQUIREMENTS LIST

C 15.1 Reports shall be provided as outlined in Attachment J3 (Contract Data Requirements List (CDRL)). All reports shall be copied to COMSC PM1, the Contracting Officer and the COR. All data and reports arising under this contract are Government property. These reports are as follows:

C 15.2 Qualification/Medical/Resumes of Replacement Key Personnel.

C 15.2.1 If changes in key personnel are contemplated, the Contractor shall forward resumes, including training, and qualification records of prospective key personnel to the Contracting Officer for approval at least one week prior to actual deployment to a ship or assumption of

shore-based duties. The Contractor shall forward medical records to the appropriate ship personnel for approval at least one week prior to actual deployment to a ship.

C 15.2.2 The Contractor shall provide a summary statement of a key personnel replacement's qualifications that clearly compares these qualifications and skills to those of the incumbent key personnel.

C 15.3 Activity Reports and Quarterly Reports

C 15.3.1 The Contractor shall provide to the Contracting Officer, COR and designated Navy activities, a monthly activity report. An initial report shall be submitted prior to detachment deployment. Any reporting to DOT, FAA, or other Federal or State agencies shall be copied to the Contracting Officer at the same time. The report, at a minimum, shall contain the information shown in Attachment J7. (Two of the "other designated Navy Activities" shall be COMSC PM1, COMSCEUR N3 and CTF 63.)

C 15.3.2 The Contractor shall attend quarterly meetings at MSC Headquarters, Washington, DC. These meetings shall be attended by the Contractor's Program Manager, and shall cover usage of the helicopters, detachment problems, lessons learned, flight hours, evolutions completed, maintenance performed, shipboard interoperability problems experienced, proposed changes, detachment status, proposed Value Engineering changes, and other items of importance that the Contractor or the Government wish to raise. All costs associated with attending this meeting shall be contained in the Contractor's detachment per diem rate described in Section B.

C 15.4 Casualty Reporting

C 15.4.1 The Government/aircraft operator reports and updates casualties (equipment/machinery) through the filing of Casualty Reports as necessary. The Government also informs the U.S. Coast Guard of all accidents or occurrences resulting in damage by or to the aircraft, gear or cargo, or injury or loss of life within 24 hours of the incident. The Government's Memorandum of Agreement with the U.S. Coast Guard requires reporting of all marine casualties in accordance with 46 CFR 196.07. The U.S. Coast Guard investigates all casualties meeting reporting requirements.

C 15.4.2 The Contractor shall cooperate, using best efforts, in providing all requested assistance, coordination, and contribution to any of the above required reports and/or investigations.

C 15.4.3 The Contractor shall report all aviation mishaps as follows:

(1) Aircraft accidents and serious incidents as defined by FAA shall be reported immediately by the most expeditious means to the Master of the ship or COR, and the Contracting Officer.
(2) Incidents (other than serious), aviation hazards, and maintenance deficiencies shall be reported to the COR and the Contracting Officer as soon as practicable.

C 15.4.4 Contractor must meet or exceed all FAA and NTSB reporting requirements.

C 15.4.5 Contractor shall cooperate fully with all Government investigations relating to its operation, crew or aircraft.

C 15.5 Procedure and Policy Manuals

C 15.5.1 If requested by the Government, a copy of the Contractor's Procedures Manuals, as required by the FAA, shall be furnished to the Contracting Officer or his / her authorized representative. Revisions made during the period of this contract shall be forwarded to the Contracting Officer or his / her authorized representative.

C 15.6 Mishap Prevention Reporting

C 15.6.1 The Contractor shall maintain an accurate record and submit a Mishap Prevention Report of all aircraft accidents, incidents, aviation hazards, and injuries to Contractor or Government personnel arising in the course of performance under this contract. The report shall describe the incident and the actions the Contractor is taking or has taken to prevent recurrence of the incident. Further, the Contractor fully agrees to make available personnel, personnel records, aircraft records, all applicable incident/accident reports, and any equipment, damaged or undamaged, deemed necessary by the Contracting Officer.

C 15.6.2 The Contractor shall not permit removal or alteration of the aircraft, aircraft equipment or records following an accident, or serious incident as defined by FAA resulting in any damage to the aircraft, property or injury to personnel until authorized to do so by the Contracting Officer or the designated representative.

C 15.7 Daily Flight Schedules

C 15.7.1 The Contractor shall prepare a daily flight schedule, as required in OPNAVINST 3710.7, which outlines all planned flight activity/operations.

C 15.7.2 The Contractor and the ship's Master, or his/her designee shall sign the daily flight schedule, before the effective date of the flight schedule.

C 15.8 Weekly Service / Flight Hour and Fuel Reports

C 15.8.1 The Contractor shall prepare a report for the actual flight hours performed for DIT testing and the Contractor shall prepare a bi-monthly report for the actual flight hours performed by a detachment for certification by the ACO or COR. The Contractor shall keep a full and accurate log of each flight performance and provide interim reports as required by COMSC.

C 15.8.2 The Contractor shall prepare a bi-monthly report listing all fuel received from a Government source. The report shall list the type and quantity of the fuel received.

C 15.8.3 All flight time, regardless of how or where performed, will be recorded by the Contractor and be used to administer flight time and duty time limitations.

C 15.9 Training Plan

C 15.9.1 The Contractor shall submit a Training Plan outlining all detachment training to the Contracting Officer 90 days after contract award.

C 15.9.2 The Contractor shall submit any changes to the training plan within two weeks of the effective date of the change.

C 15.10 <u>Personnel Action Report</u>

C 15.10.1 The Contractor will provide the Contracting Officer with written information detailing the action taken and the basis for such action resulting from Section C6.2.1.

C 15.10.2 This report shall be provided in a timely manner, but no later than 2 weeks after the action is taken.

C 15.11 <u>Periodic Inspection Report</u>

C 15.11.1 After each inspection, the Contractor shall furnish a copy of the inspector's report to the Contracting Officer, required by Section E, no later than 15 days after the inspection and/or follow-on inspection is accomplished.

C 15.12 <u>Aircraft Pre-Testing Information</u>

C 15.12.1 The Contractor shall provide the following information on each Type/Model/Series of aircraft 7 days after contract award and subsequent to any alteration made to the aircraft:

(1) Aircraft(s) Footprint Diagram.

(2) Aircraft(s) Tire contact patches.

(3) Aircraft(s) weight distribution on each landing gear/tire for maximum gross weight and nominal center of gravity.

(4) Aircraft(s) trim flight control positions (i.e., collective, pedal, lateral cyclic, longitudinal cyclic) showing margins in forward, sideward and rearward flight.

(5) Aircraft(s) dynamic tipover constraints or analysis.

(6) Aircraft(s) turning radii for deck spotting.

(7) Aircraft(s) plots showing any associated down-wash hazard-areas and any electromagnetic hazard-areas.

(8) Aircraft(s)' pilot's rectilinear vision plot (i.e., field of view plot).

(9) Aircraft(s) tie down analysis.

(10) Information relating to the aircraft's Electro-Magnetic (EM) Interference, EM compatibility, EM vulnerability.

## C 16.0 TRAVEL

C 16.1 Travel costs associated with the performance of this contract are to be included in the Detachment Per Diem Rate.

## C 17.0 AGENCY AND DEMISE

C 17.1 Nothing herein contained shall be construed as establishing an agency relationship with the Contractor.

C 17.2 Nothing herein contained shall be construed as creating a demise of the helicopter/detachment to the Government, the Owner under this contract retaining complete and exclusive possession and control of the helicopter and its navigation.

## C 18.0 LAWS GOVERNING

C 18.1 The interpretation of this contract and the rights and obligations of the parties thereto shall be governed by the laws of the United States.

C 18.2 Incidents of property damage or personal injury shall be considered an "Admiralty Incident."

# SECTION D Packaging and Marking

## D 1.0 MARKING OF REPORTS

D 1.1 Reports shall be submitted in accordance with Section C, Statement of Work. All reports shall be identified with the contract number.

## D 2.0 PACKING -- COMMERCIAL FOR DOMESTIC SHIPMENT

D 1.2 Material shall be packed for shipment in a manner to ensure acceptance by common carrier and safe delivery at destination. Containers and closures shall comply with the Interstate Commerce Commission regulations, Uniform Freight Classification Rules or regulations of other carriers as applicable to the mode of transportation.

## D 3.0 PACKING MATERIAL

D 3.0 The use of shredded paper, whether newspaper, office scrap, computer sheets, or wax paper in packing material for shipment to Navy activities is prohibited.

## D 4.0 MARKINGS OF SHIPMENTS

D 4.1 Classified material shall be prepared for shipment in accordance with the Industrial Security Manual, DoD 5120.22M. Outer containers shall not disclose the name of classified matter contained within the envelope or package, even though the name itself may not be classified.

D 4.2 If it is necessary that the outer container include or have attached thereto a list of the contents, unclassified code numbers of generic terms shall be used which will not disclose the specific contents. The Contractor shall mark all shipments under this contract in accordance with the edition of MIL-STD129. "Marking for Shipments and Storage," in effect on the date of the solicitation.

# SECTION E Inspection and Acceptance

## E1.0 INSPECTION

E 1.1 General.

E 1.1.1 The aircraft and associated equipment may be subject to the Government's inspection as to suitability for the required service and ability to meet or exceed performance (e.g., lift) criteria (to include Dynamic Interface Testing (DIT) to ensure compatibility with required ships and facilities) prior to delivery or acceptance and subject to subsequent inspections at any time during this contract to determine the continuing suitability of the aircraft for the services required as well as to determine whether the material condition of the aircraft and associated equipment will prevent effective and safe operation under this contract.

E 1.1.2 The Government reserves the right to have the aircraft surveyed at any time by an independent surveyor or a Government inspector, and/or may place an observer in the aircraft during flight to validate operations/capabilities.

E 1.1.3 If the independent surveyor/Government inspector determine deficiencies exist that cause the aircraft to be unsuitable for the services assigned or unsafe, a cure notice will be issued by the Contracting Officer pursuant to FAR 52.249-8 Default (Fixed Price Suppy and Service) Alternate I (APR 1984) in Section I of this contract.

E 1.1.4 The Government intends to inspect the aircraft and requires a demonstration of all aircraft capabilities offered before delivery and initial acceptance by the Government, in accordance with the following schedule:

- No later than 14 days before DIT aircraft shall be available for general condition inspection.
- During DIT testing:
  - The aircraft will demonstrate its capabilities.
  - The aircraft will undergo acceptance inspection for testing period.
- Upon delivery for deployment:
  - The aircraft will undergo acceptance inspection for deployment.

E 1.1.5 Nothing contained in this article shall be construed in derogation of any additional rights of the Government under the terms of the FAR provisions incorporated at Article E3 of this contract.

E 1.2 Prior to using the Contractor to carry Government personnel or cargo, the contractor will undergo, and must pass, an AMC inspection.

## E 2.0 PERIODIC INSPECTIONS

E 2.1 The Contractor shall have a third party or other Government agency inspect the aircraft to ensure it is safe to conduct the missions and conforms to the requirements of this contract.

E 2.2 The first inspection shall be completed prior to deployment and thereafter, shall be at intervals of approximately six months from the end of the month of the last inspection.

E 2.3 These inspections do not affect the Government's right to conduct other inspections and reviews pursuant to governing regulations or this contract.

## E 3.0 CLAUSES INCORPORATED BY REFERENCE

| | | |
|---|---|---|
| FAR 52.246-4 | Inspection Of Services—Fixed Price | AUG 1996 |

## SECTION F Deliveries or Performance

### F 1.0 PERIOD OF PERFORMANCE

F 1.1 The contract is anticipated to be for one firm period with five optional periods as shown in F1.2, below. Total contract period shall not exceed six years from the date of award. **The anticipated start of performance is 1 December 2005.**

F 1.2 The length and characteristic of each period and detachment are as follows:

ALPHA DETACHMENT:

| Period Name | Characteristic | Length | Description |
|---|---|---|---|
| Pre-DeliveryAMC Inspection Period | Firm | From date of award to the date of on-hire. Estimated: 6 months, but not to exceed 12 months. | This period allows the awardee to obtain and outfit both aircraft and crews, and to under-go AMC inspections, if required. No daily hire will be paid during this period. |
| Pre-Deployment Testing | Firm (Conditioned upon results of AMC inspection) | From the date of on-hire for DIT testing until DIT testing is completed by NAVAIR, Pax River. Estimated: 30 days, but not to exceed 90 days. | This period of time will allow for the testing for Ship-resume compatibility, wind envelope, and electro-magnetic vulnerabilities, as required by NAVAIR, Pax River. At the end of this period, the aircraft will be returned to the contractor for a pre-deployment work-up. |
| First Deployment | Option 1 | From the date of on-hire for deployment through the end of the then current fiscal year. Estimated: 12 months. | This period will cover the first deployment of the detachment. |
| Subsequent Deployments | Options 2 - 5 | A 12-month period commencing on the beginning of the Fiscal Year. | These option periods will cover four 12-month deployments of the detachment. |

BRAVO DETACHMENT:

| Period Name | Characteristic | Length | Description |
|---|---|---|---|
| First Deployment | Option 2 | From the date of on-hire for deployment through the end of the then current fiscal year. Estimated: 12 months. | This period will cover the first deployment of Bravo optional detachment. |
| Subsequent Deployments | Options 3-5 | A 12-month period commencing on the beginning of the Fiscal Year. Fiscal Year. | These option periods will cover three 12-month deployments of Charlie detachment. |

CHARLIE DETACHMENT:

| Period Name | Characteristic | Length | Description |
|---|---|---|---|
| First Deployment | Option 3 | From the date of on-hire for deployment through the end of the then current fiscal year. Estimated: 12 months. | This period will cover the first deployment of Charlie detachment. |
| Subsequent Deployments | Options 4-5 | A 12-month period commencing on the beginning of the Fiscal Year. | These option periods will cover two 12-month deployments of Charlie detachment. |

F 1.3 The actual period of performance of the contract may vary to account for the completion of a detachment's deployment when the original contract end-date is reached, or to account for not commencing on deployments that will start within the final 90 days of the final contract period. For the purposes of this clause "final period" may mean the firm period or any option period so long as no subsequent optional periods are exercised. In no event shall the term of the contract exceed six years.

## F 2.0 DELIVERY

F 2.1 The aircraft, associated equipment and crew shall be delivered to the location specified in Section F4. Delivery shall be no earlier than 0800 and no later than 1600 hour local time. The Contractor shall give the appropriate Government representative six working hours prior a written

Notice of Readiness at the place of delivery (Saturdays, Sundays and U.S. Government holidays excluded).

F 2.2 The Government's acceptance of the Notice of Readiness of the aircraft and detachment for DIT shall not be construed as acceptance of the aircraft for performance of any other mission. A separate acceptance will take place for the deployment delivery.

F 2.3 Use of the aircraft for the performance of ground school shall be limited to making an FAA approved aircraft of the same make/model/series as that to be deployed available for Navy Test Pilots to fly. No notice of readiness or inspection beyond verifying FAA certification will be required.

## F 3.0 REDELIVERY

F 3.1 At the end of this contract the detachment then on-hire shall be redelivered to the delivery location, or a location of mutual agreement pursuant to the Changes clause. All prices associated with the release and movement of the aircraft and equipment away from the agreed upon delivery location are for the Contractor's account.

F 3.2 The Detachment shall be allowed a period of up to one week, prior to the end of the contract to have GFE removed, inventoried and returned to the Government. Further all CMS (Cryptological Materiel Systems) accounts shall be closed.

## F 4.0 DELIVERY/REDELIVERY LOCATIONS AND SCHEDULE

F 4.1 Unless otherwise directed, aircraft shall be provided at the location and schedule shown below:

ALPHA DETACHMENT:

| Period Name | Location (delivery / redelivery) | Schedule |
|---|---|---|
| Pre-Deployment Testing | NAS Patuxent River, MD | Earliest: 2 weeks after AMC approval of contractor.<br>Latest: 30 days after AMC approval of contractor.<br>Specific dates to be mutually agreed upon by both parties within 7 days of AMC approval of contractor. |
| Aircraft for Ground School | Within commuting distance of the location where the ground school is being taught | Aircraft of the same type/model as awarded contract shall be available during ground school. Specific dates to be mutually agreed upon by both parties as required. |

| | | |
|---|---|---|
| Deployment | Guam | Earliest: 2 weeks after AMC approval of contractor.<br>Latest: 120 days after AMC approval of contractor.<br>Specific dates to be mutually agreed upon by both parties within 7 days of AMC approval of contractor. |

BRAVO DETACHMENT:

| Period Name | Location (delivery / redelivery) | Schedule |
|---|---|---|
| Deployment | Guam | October 2006 |

CHARLIE DETACHMENT:

| Period Name | Location (delivery / redelivery) | Schedule |
|---|---|---|
| Deployment | Guam | October 2007 |

F 4.2 The Contractor shall furnish the Ground School within 7 days of AMC approval of contractor.

F 4.3 The Contractor shall furnish the Aircraft Pre-Testing Information (See Section C15.12) within seven days after contract award.

F 4.4 At the government's discretion, an opportune lift may be available in which a government-owned ship can transport the aircraft from CONUS to the location specified in Section F4. If an oportune lift is available, any cost savings associated with that lift will be realized by the government in the form of a price reduction in the firm period delivery / redelivery price.

## F 5.0 NOTIFICATION OF AIRCRAFT STATUS

F 5.1 The Contractor shall notify the Contracting Officer immediately if the offered aircraft become unavailable for any reason.

## F 6.0 NOTIFICATION OF DELIVERY FOR DECK LANDING QUALIFICATIONS

F 6.1 In accordance with Section C6.8.4 the Government intends to make a USNS vessel available for Deck Landing Qualification Training during the period for Pre-Delivery testing.

F 6.2 The Contractor may use the vessel to qualify its personnel for deck landings.

F 6.3 In accordance with Section C6.8.2 any monetary outlay for Deck Landing Qualifications shall be for the Contractor's account and will not be reimbursed by the Government.

F 6.4 A pre-inspection of any aircraft and personnel associated with the Deck Landing Qualifications may be conducted by the Government which reserves the right to refuse, with reason, to allow either or both to participate in such qualifications. The inspection does not constitute any form of acceptance of the aircraft under this contract, and does not constitute a review of airworthiness of the aircraft.

## F7.0 CLAUSES INCORPORATED BY FULL TEXT

### FAR 52.242-15 STOP-WORK ORDER (AUG 1989)

(a) The Contracting Officer may, at any time, by written order to the Contractor, require the Contractor to stop all, or any part, of the work called for by this contract for a period of 90 days after the order is delivered to the Contractor, and for any further period to which the parties may agree. The order shall be specifically identified as a stop-work order issued under this clause. Upon receipt of the order, the Contractor shall immediately comply with its terms and take all reasonable steps to minimize the incurrence of costs allocable to the work covered by the order during the period of work stoppage. Within a period of 90 days after a stop-work is delivered to the Contractor, or within any extension of that period to which the parties shall have agreed, the Contracting Officer shall either--

1) Cancel the stop-work order; or

2) Terminate the work covered by the order as provided in the Default, or the Termination for Convenience of the Government, clause of this contract.

(b) If a stop-work order issued under this clause is canceled or the period of the order or any extension thereof expires, the Contractor shall resume work. The Contracting Officer shall make an equitable adjustment in the delivery schedule or contract price, or both, and the contract shall be modified, in writing, accordingly, if--

1) The stop-work order results in an increase in the time required for, or in the Contractor's cost properly allocable to, the performance of any part of this contract; and

2) The Contractor asserts its right to the adjustment within 30 days after the end of the period of work stoppage; provided, that, if the Contracting Officer decides the facts justify the action, the Contracting Officer may receive and act upon the claim submitted at any time before final payment under this contract.

(c) If a stop-work order is not canceled and the work covered by the order is terminated for the convenience of the Government, the Contracting Officer shall allow reasonable costs resulting from the stop-work order in arriving at the termination settlement.

(d) If a stop-work order is not canceled and the work covered by the order is terminated for default, the Contracting Officer shall allow, by equitable adjustment or otherwise, reasonable costs resulting from the stop-work order.

# SECTION G Contract Administration Data

## G 1.0 CLAUSES INCORPORATED BY REFERENCE:

| | | |
|---|---|---|
| FAR 52.232-25 | Prompt Payment | OCT 2003 |
| FAR 52.232-33 | Payment by Electronic Funds Transfer--Central Contractor Registration | OCT 2003 |

## G2.0 INVOICE REQUIREMENTS

The Contractor shall submit an original invoice and three copies (or electronic invoice, if authorized) to the address designated below:

Comptroller, N86
Military Sealift Command
914 Charles Morris Court, SE
Washington Navy Yard, DC 20398

An invoice must include –

1) Name and address of the Contractor;

2) Invoice date and number;

3) Contract number, contract line item number and, if applicable, the order number;

4) Description, quantity, unit of measure, unit price and extended price of the items delivered;

5) Terms of any discount for prompt payment offered;

6) Name and address of official to whom payment is to be sent;

7) Name, title, and phone number of person to notify in event of defective invoice; and

8) Taxpayer Identification Number (TIN). The Contractor shall include its TIN on the invoice only if required elsewhere in this contract.

9) Electronic funds transfer (EFT) banking information.

(a) The Contractor shall include EFT banking information on the invoice only if required elsewhere in this contract.

(b) If EFT banking information is not required to be on the invoice, in order for the invoice to be a proper invoice, the Contractor shall have submitted correct EFT banking information in accordance with the applicable solicitation provision, contract clause (*e.g.*, 52.232-33, Payment by Electronic Funds Transfer—Central Contractor Registration, or 52.232-34, Payment by Electronic Funds Transfer—Other Than Central Contractor Registration), or applicable agency procedures.

(c) EFT banking information is not required if the Government waived the requirement to pay by EFT.

Invoices will be handled in accordance with the Prompt Payment Act (31 U.S.C. 3903) and Office of Management and Budget (OMB) prompt payment regulations at 5 CFR part 1315.

## SECTION H Special Contract Requirements

### H 1.0 POLLUTION AVOIDANCE

H 1.1 The Contractor warrants that the detachment will avoid all pollution and is in compliance with all the latest State and Federal regulations. The Contractor further warrants that it will comply with all U.S. Navy shipboard procedures/requirements for hazardous material handling and hazardous waste management.

### H 2.0 INSURANCE

H 2.1 During performance of this contract, the Contractor shall, at his own expense, procure insurance from a financially and legally responsible insurance company or companies, and maintain such insurance at the minimum amounts as set forth below:

H 2.1.1 The Contractor hereby certifies that it maintains liability insurance in the amount of at least $10,000,000 per aircraft to cover its obligations set forth herein and that the United States is names as an additional assured with respect to said performance with waiver of subrogation.

H 2.1.2 Liability for Bodily Injury to or Death of Aircraft Passengers/Crew: The Contractor shall have a minimum amount of insurance for each person of at least $1,000,000 per aircraft and a limit for each occurrence in any one aircraft of at least an amount equal to the sum produced by multiplying $1,000,000 by 75% of the number of aircraft seats.

H 2.1.3 Liability for Bodily Injury or Death of Persons (excluding passengers): The Contractor shall have a minimum amount of insurance of at least $1,000,000 per aircraft for each person in any one accident and a limit of at least $2,000,000 for each accident.

H 2.1.4 Liability for Loss of or Damage to Property: The Contractor will be carrying high value cargo. The Contractor shall have a minimum amount of insurance of at least $7,000,000 per aircraft for each accident.

H 2.1.5 If Combined Single Limit Liability is used, the amount is to be at least equal to the combined minimum amounts prescribed above for the various categories of split limits coverage.

H 2.1.6 Liability payment insurance purchased pursuant to the requirements of this clause shall cover payment to the U. S. Government pursuant to the subrogation provisions of the Medical Care Recovery Act (42 U.S.C 2651-3) and, within the liability limitations of this contract, the price of U.S. Government provided medical care to the extent that said insurance would cover payment of the price of medical care in the absence of any U.S. Government obligation to provide medical care.

H 2.2 The Contractor shall provide proof to the Contracting Officer of compliance with these provisions not later than 30 days prior to commencement of performance.

H 2.3 At the sole discretion of the Government, war risk insurance may be provided pursuant to 14 CFR 198 as required. If the Government does not provide war risk insurance, the Contractor shall be responsible for obtaining commercial war risk insurance at its expense.

H 2.4 In the event all or any part of the insurance required by this clause, which as been placed by the Contractor, shall become vitiated, suspended, lapsed or terminated from any cause arising out of, or as a result of orders, acts or omissions of the Government in its sovereign or contractual capacity, the Government shall not indemnify the Contractor against any loss, damage, or expense suffered or sustained by it as a result of such vitiation, suspension, lapse or termination; provided, however, that the Contractor shall credit the Government with any and all savings in respect to premiums or charges from the time of such vitiation, suspension, lapse or termination.

## H 3.0 HOSTILITIES

H 3.1 The Contractor, his employees and/or agents agree to obey the lawful orders emanating from the Secretary of the Navy, Secretary of Defense and/or President of the United States in all cases relating to unusual emergency, natural disaster, contingency, mobilization, war or other hostilities.

H 3.2 If the aircraft under this contract is deployed to an area, port, place, zone or route involved in a state of war, warlike operations, civil strife, piracy, natural disaster or other hostilities (whether there be a declaration of war or not), it shall be unreasonable for the Contractor not to continue performance of this contract if insurance is available commercially or under a Government program.

## H 4.0 ALTERATIONS

H 4.1 The Contractor shall cooperate fully with the Government and use best efforts to alter the aircraft to perform the service requirements of the contract. This may also include installation of special equipment beyond that required by the Contract. The price of any alteration will be negotiated pursuant to the Changes clause of this contract.

## H 5.0 PRE-ACCEPTANCE SUBSTITUTION

H 5.1 The Contractor may at any time prior to presentation for acceptance propose to substitute an aircraft for that proposed or under contract. The nominated substitute shall be of the same or similar make/model/series and shall meet or exceed the capabilities of the proposed/contract aircraft. Substitutions shall always be subject to the Contracting Officer's sole discretion and approval.

H 5.2 The Contractor shall request Government inspection of substitute personnel or equipment in writing, at least 14 days prior to delivery unless approved at the initial (DIT) inspection. The Government will give the Contractor at least seven days advance notification of acceptance or rejection of substitution requests.

H 5.3 Transportation of substitute aircraft and/or personnel to the point of use will be at the Contractor's expense. When pilots are exchanged or replaced after the initial pilot approval, any

training or familiarization flight time, up to three hours for each replacement pilot as deemed necessary by the Government, shall be accomplished at the Contractor's expense.

H 5.4 The Contractor shall be liable for all expenses incurred in the following:

H 5.4.1 Inspection of personnel or equipment that did not comply with contract specifications upon initial inspection.

H 5.4.2 Inspection of substitute personnel or equipment.

H 5.4.3 Such expenses shall include but not be limited to, transportation and subsistence of the inspector(s), if required inspections are to be performed at a location greater than 50 miles from the point of delivery.

## H 6.0 OFF-HIRE

H 6.1 In the event of loss of time resulting from deficiency and/or default of Contractor employees including but not limited to misconduct, illness, injury, strikes, FAA Grounding, labor disruptions, lockouts; or deficiency of stores; fire; breakdown of or damages to aircraft, machinery or equipment; detention by authorities; repairs; inspections; or deviation for the purpose of landing any ill or injured person on board other than any passenger, supercargo, or military personnel aboard the helicopter at the Government's request; or by any other cause whatsoever preventing the full working of any detachment, the payment of Per Diem, Aircraft Flight Rate and reimbursables shall cease for all time lost until the detachment is again ready and in a fully operational state to resume its service from a position not less favorable to the Government than that at which such loss of time commenced.

H 6.2 Should any helicopter deviate from or proceed contrary to the orders or directions of the Government, the detachment's Per Diem and Aircraft Flight Rate will be partially suspended from the time of its deviation until it is again ready and in a fully operational state to resume its service from a position not less favorable to the Government than that at which such loss of time commenced. The Per Diem and Aircraft Flight Rate deduction may be waived if the Government determines that the deviation occurred for safety reasons and was beyond the control of the Contractor.

H 6.3 When the period of time lost to the Government on any one occasion is less than two consecutive hours, the deductions shall not be taken. Notwithstanding this, if the aircraft or detachment fails to meet a scheduled evolution, it will be placed off-hire for the entire evolution.

H 6.4 Expenses incurred while the helicopter is off-hire, as well as all airport charges incurred upon the putting in to any airport or place other than to which the helicopter was bound prior to being placed Off-Hire, shall be for the Contractor's account.

## H 7.0 POST ACCEPTANCE SUBSTITUTION

H 7.1 Emergency Substitution.