L 6.3 The technical offer shall key information and narratives provided to the specific portion of Section C it intends to discuss. The technical proposal must be organized into the following chapters and each chapter must contain the information described below:

L 6.3.1 SECTION 1: *Detachment Specifications*

(1) *Aircraft Specification* – This section shall consist of a completed Attachment J-6 accompanied by a narrative of the aircraft's capabilities (keyed to the appropriate sections of Section C) and any supporting documentation that demonstrates testing conducted to ensure the aircraft meets the performance specifications of the solicitation. This section shall also include any proposed vessel modifications required for the aircraft to fit into the vessel hangar.

(2) *Mission Capability* – Discuss how the proposed detachment meets or exceeds the mission requirements stated in Section C.

(3) *Delivery* – Describe the delivery schedule for each detachment including a listing of when each detachment's aircraft will be available for the inspection and testing outlined in Section F.

L 6.3.2 SECTION 2: *Support Concepts and Experience*

(1) *Maintenance Plan* – Provide a discussion of how the risk of non-performance to the Government will be minimized, discussing the offeror's experience with maintaining aircraft at remote sites, the performance of routine and depot level maintenance during the contract period, how the offeror will comply with the FAA maintenance requirements and a listing of proposed major subcontractors ($500K+).

(a) *Pre-Acceptance Aircraft Maintenance Issues* – Provide a listing of current maintenance deficiencies on proposed aircraft and how these will be addressed/corrected prior to testing/deployment.

(2) *Logistics Plan* – Provide a comprehensive narrative describing how the offeror intends to support the maintenance and equipage needs of the detachment during the period of performance. The narrative shall include the offeror's relevant experience with resupplying aircraft at remote sites and a discussion of how the risk of non-performance to the Government will be minimized by this logistics plan.

(3) *Personnel Plan* – The offeror shall describe the labor pool from which it intends to draw employees for this contract and a crew rotation plan. The offeror shall provide a strike contingency plan, resumes for proposed key personnel (to include flight hours, license suspension or revocations and accident history for the last five years for pilots). The offeror shall discuss how this personnel plan will minimize the risk of non-performance to the Government.

(4) *Casualty Plan* – The offeror shall describe how it will continue contract performance in the event of a major personnel and/or aircraft casualty. The offeror shall discuss how its plan minimizes the risk of non-performance to the Government.

(5) *Safety Plan* – Provide a comprehensive narrative describing the offeror's safety plan as it relates to aircraft maintenance, personnel and operations, and how this safety plan minimizes the risk of non-performance to the Government.

L 6.3.3 SECTION 3: *Certifications/ Documentation/ Drawings*:

(1) *Aircraft Certification* – Provide documentation of the proposed aircraft certification status.

(2) *Aircraft Drawings* – Provide aircraft plan and side view.

(3) *Aircraft Operation Envelopes* – Provide copies of the FAA land-based operating wind envelopes for the proposed aircraft.

(4) *Aircraft Ownership* -- Provide proof of ownership by the offeror or a binding agreement to purchase/charter the aircraft if awarded the contract.

(5) *Insurance* – Provide copies of the offeror's relevant insurance policies.

(6) *AMC Certification* – Provide copies of any relevant AMC certification for the carriage of Government personnel and/or cargo.

## L 7.0 PAST PERFORMANCE INFORMATION CONTENT.

L.7.1 Offerors shall provide information on previous contracts whose effort was current and relevant to the effort required by this solicitation. Current is defined as a contract (or subcontract) in-progress or completed within the last five years. (The information provided must be clear whether the work by the offeror was done as the prime contractor or as a subcontract). Relevant is defined as a contract that is of similar scope, magnitude and complexity to the requirements as set forth in this solicitation. Offerors who describe similar contracts and subcontracts should provide a detailed explanation demonstrating the similarity of the contracts to the requirements of this solicitation.

(a) The nature of the effort
(b) The tasks performed, including the deliverables, as they relate to Section C
(c) The extent of involvement (as a prime versus a subcontractor)
(d) The period of performance
(e) The utilization of subcontractor technical support versus in-house technical support
(f) Remote site management experience
(g) Value of contract or subcontract
(h) Point of contact, phone and fax number for each contract listed
(i) The following information must be included:

- Aircraft Casualties – List all aircraft accidents by number per one-thousand flight hours for all aircraft (fixed and rotor wing) flown by the offeror over the past five years. Include all aircraft owned, leased or bailed to the offeror. The offeror may outline the reasons for the casualty and any corrective action taken to prevent reoccurrence.

- Personnel Fatalities – List all offeror's aircraft related fatalities over the past five years. Include operations relating to all aircraft owned, leased or bailed to the offeror. The offeror may outline the reason for the fatality and any corrective action taken to prevent reoccurrence.

- Large business offerorors shall address compliance with FAR 52.219-8 (Utilization of Small Business Concerns) and FAR 52.219-9 (Small Business Subcontracting Plan) and DFARS 252.219-7003 (Small, Small Disadvantaged and Women-Owned Small Business Subcontracting Plan (DOD Contracts) under prior Federal Government contracts, as applicable.

L 7.2 The offeror shall provide Past Performance Information as described above. Failure to submit the required information shall be considered certification (by signature on the proposal) that the Contractor has no past performance for similar items for the Government to evaluate. Offerors are urged to verify accuracy of all information provided. Past performance information regarding predecessor companies, key personnel who have relevant experience and subcontractors that will perform major or critical aspects of the requirement may be provided as past performance submissions.

L 7.3 In addition to the information request above, offerors shall contact their past performance references to request that each reference complete Attachment B (Past Performance Questionnaire) and e-mail or fax the completed questionnaire directly to:

Michael Vicory
Military Sealift Command
914 Charles Morris Court SE
Washington Navy Yard, DC 20398

e-mail michael.vicory@navy.mil

FAX: 202-685-5966

RETURNED QUESTIONNAIRES NEED TO BE RECEIVED BEFORE THE CLOSING DATE OF THIS SOLITICATION. Acceptance of late questionnaire submissions will be solely at the Government's option. Offerors are responsible for ensuring that at least three but no more than five references respond to the Government with a completed questionnaire. If fewer than three completed questionnaires are received by the Government, the offeror rwill receive a *Neutral* rating for past performance. If more than five are received, the Government will evaluate only the first five received regardless of relevancy.

L 7.4 The Government reserves the right to request evaluations from sources other than those provided by the offeror and to use information available to it in evaluating past performance.

L 7.5 Failure by an offeror to disclose a relevant Government contract with poor past performance may affect the Contractor's Past Performance rating.

**L 8.0 SOCIO-ECONOMIC INFORMATION (For Large Business Offerors)**

L 8.1 The large business offeror shall address the extent to which it identifies and commits to small business, HUBZone small business, small disadvantaged business, and women-owned business concerns in the performance of this contract, whether as a joint venture, teaming arrangement, or subcontracting. *Note: All large business offerors shall address this section. Offerors that do not certify within their proposals to be a small business under NAICS Code 481212, must include a Small, Small Disadvantaged and Women-Owned Business Subcontracting Plan in this section of the proposal.*

L 8.2 Large business offerors are required to propose a minimum of 1% of the contract value to be performed by small business entities. The higher the percentage of socio-economic participation the higher the rating the large business offeror will receive.

L 8.3 Small Business Concerns shall receive the highest possible rating for this factor.

**L 9.0 GOVERNMENT POINTS OF CONTACT**

L 9.1 All questions, comments and/or inspection requests shall be directed to the Contracting Officer. No discussions, comments, or other communications regarding this procurement shall be held with ANY other US Navy personnel.

**L 10.0 CLAUSES INCORPORATED BY FULL TEXT**

FAR 52.211-4 AVAILABILITY FOR EXAMINATION OF SPECIFICATIONS NOT LISTED IN THE GSA INDEX OF FEDERAL SPECIFICATIONS, STANDARDS AND COMMERCIAL ITEM DESCRIPTIONS (JUN 1988)

Referenced Navy publications may be reviewed at Military Sealift Command (Naval Station, Washington, Washington D. C. 20398) between issuance of this RFP and its closing date. Subsequent to closing, such publications may be reviewed only by those offerors that submitted offers. Requests to review these publications shall be directed to the Contracting Officer.

Referenced OPNAV Directives may be obtained from the following website:
http://neds.nebt.daps.mil/

(End of provision)

FAR 52.216-1 TYPE OF CONTRACT (APR 1984)

The Government contemplates award of a Firm Fixed Price contract resulting from this solicitation.
(End of clause)

FAR 52.233-2 SERVICE OF PROTEST (AUG 1996)

(a) Protests, as defined in section 33.101 of the Federal Acquisition Regulation, that are filed directly with an agency, and copies of any protests that are filed with the General Accounting Office (GAO), shall be

served on the Contracting Officer (addressed as follows) by obtaining written and dated acknowledgment of receipt from Ms. Cathy Stangler, COMSC N1021, located at 914 Charles Morris Court SE, Washington Navy Yard, 20398. Interested parties may request an independent review of their protest as an alternative to consideration by the Contracting Officer or as an appeal of the Contracting Officer's decision on their protest. See FAR 33.103 Requests for independent review shall be addressed to the Director, Contracts & Business Management Directorate, Code N10, Military Sealift Command, 914 Charles Morris Court SE, Washington Navy Yard, DC 20398. MSC encourages potential protesters to discuss their concerns with the Contracting Officer prior to filing a protest.

(b) The copy of any protest shall be received in the office designated above within one day of filing a protest with the GAO.
(end of provision)

# SECTION M Evaluation Factors for Award

## M 1.0 AWARD

M 1.1 Basis For Award. Award will be made to the one responsible offeror whose offer, conforming to the solicitation, represents the best overall value to the Government, given the outcome of the Government's evaluation of each offeror's proposal as related to technical quality, price, decreased risk of nonperformance, past performance and percentage of socio-economic participation (for large businesses).

M 1.2 Award Selection. In selecting the best overall offer, the Government will consider the technical quality offered for the evaluated price and the offeror's past performance. For large businesses, socio-economic participation will be considered. The relative technical quality of offers will be based upon the evaluation of each offeror's ability to exceed the minimum performance requirements of this solicitation and the associated risks of nonperformance, defective performance or late performance under the resulting contract. The technical quality of offers and past performance of offerors will be compared to the differences in the overall price to the Government.

M 1.3 The Government reserves the right to award based on an alternate proposal that provides the best overall value to the Government.

## M 2.0 EVALUATION FACTORS

M 2.1 **General.** In selecting the best overall offer, the following factors will be considered:

(1) **Technical Quality**
(2) **Price to the Government**
(3) **Past Performance**
(4) **Socio-Economic Considerations (For large business offerors)**

M 2.1.1 **Relative weight.** Factors are listed in descending order of importance. Non-price factors, when combined, are more important than price. The importance of price in the evaluation will increase with the degree of equality of the proposals or when the price is so significantly high as to diminish the value of the technical superiority to the Government.

M 2.1.2 **Technical Quality.**

(1) A best technical quality determination will be made considering the two technical subfactors listed below. Evaluation of each subfactor is based on the minimum technical requirements of this solicitation, as set forth in Section C, and in conformance with the terms and conditions of this solicitation. Offers will be evaluated on the extent to which they exceed the requirements, and the risks associated with their approach. Technical subfactors 1.0 and 2.0 are of equal importance. Technical sub-sub factors 1.1 and 1.2 are of equal importance, and technical sub-sub factors 2.1, 2.2, 2.3, 2.4, 2.5 and 2.6 are of equal importance.

1.0 Detachment Specifications

1.1 Airframe Specifications
1.2 Mission Capability

Note: Those offers calculated to be at a greater risk of non-performance (e.g., detachments at a higher risk of not meeting all mission requirements due to one aircraft being lost or grounded) will receive a lower value rating.

2.0 Support Concept and Experience
2.1 Maintenance Plan
2.2 Logistics Plan
2.3 Personnel Plan
2.4 Casualty Plan
2.5 Quality Plan
2.6 Safety Plan

M 2.1.3 **Price.** The price evaluation will consider the rates offered by each offeror given the quantities in Attachment A, Rate Table and any other expenses to the Government that can be directly attributed to implementing the offer (e.g., modification to vessels' hangars to accommodate aircraft, DIT testing see below). Evaluation of price will include all options. $250,000.00 in reimbursables will be added to the evaluated price. Price will not be a numerically weighted factor in the evaluation of proposals and the importance of price does not bear a direct numerical relationship to the importance of the other evaluation factors.

(1) *DIT Testing.*

(a) The DIT rates (per diem, flight hour etc.) requested in Attachment A does not apply to previously DIT tested airframes.

(b) Previously DIT Tested commercial airframes are as follows:

- Aerospatiale SA330J Puma

(2) Price analysis techniques will be used to determine price reasonableness. Adequate price competition is expected. A realism analysis will be conducted, the results of which will be used in assessing performance risks. Proposals will not be adjusted based on the results of realism analysis. Materially unbalanced offers will not be considered for award.

(3) Unrealistically low (or high) pricing may be grounds for eliminating a proposal from competition on either basis that the offeror does not understand the requirements or that it has made an unrealistic proposal.

M 2.1.4 **Past Performance**. Past Performance will be used to evaluate an offeror's ability to perform the contract successfully. To develop an overall rating for Past Performance, the Government will evaluate past performance (quality of product or service, timeliness or scheduling of service/deliveries, business relations/customer satisfaction, key personnel and staffing (including subcontractors). Evaluation of Past Performance includes a Contractor's relevant experience with providing the goods or services as described in the Statement of Work.

(a) Offerors shall submit at least three but no more than five past performance questionnaires. If an offeror does not have a record of relevant past performance or when information on past performance is not available or when fewer than three completed questionnaires are received, the offeror will be given a *Neutral* rating for this factor. If more than five questionnaires are received, the Government will evaluate only the first five received in order of submission regardless of relevancy.

(b) The Government will consider current and relevant contracts (as defined in L7.1) for efforts similar to the requirements of this RFP. The Government will also consider information provided by offerors on problems it encountered on the identified contract and associated corrective actions taken by the Contractor. The Government may consider information obtained from any other sources when evaluating past performance. Failure of an offeror to disclose a relevant Government contract with poor past performance may affect the contractor's past performance rating.

(c) The Government may consider past performance information regarding predecessor companies, key personnel who have relevant experience or subcontractors that will perform major or critical aspects of the requirement.

(d) For large business offerors, evaluation of past performance will include an evaluation of offeror's past performance in complying with the requirements of FAR clauses 52.219-5, 52.219-9 and DFARS 252.219-7003, as applicable. This includes an evaluation of an offeror's past performance in complying with subcontracting plan goals for small disadvantaged business concerns, monetary targets for SDB participation and notifications submitted under FAR 19.1202-4(b).

M 2.1.5 **Socio-Economic Considerations (For large business offerors).** Participation of Small Businesses, Hub Zone Small Businesses, Small Disadvantaged Businesses, and Women-Owned Business Concerns in Performance of the Contract (Participation).

(a) All large business offerors will be evaluated on the degree to which the offeror demonstrates subcontracting with Small Business, Hub Zone Small Businesses, Small Disadvantaged Businesses, and Women-Owned Business Concerns, including joint ventures and teaming arrangements. The Government will evaluate the small business subcontracting plan submitted in accordance with FAR 52.219-9 to determine the extent to which the Contractor proposes to participate in Socio-Economic Programs. Offerors are required to propose a minimum of 1% of the contract value to be performed by small business entities. The higher the percentage of socio-economic participation the higher the rating the large business offeror will receive.

(b) Small Business Concerns shall receive the highest possible rating for this factor.

## M 3.0 SINGLE AWARD FOR ALL ITEMS

Due to the interrelationship of services to be provided hereunder, the Government intends to make a single award under this solicitation. Therefore, offers proposing less than the entire effort specified herein shall be determined to be unacceptable.

## M4.0 AWARD WITHOUT DISCUSSIONS

The Government reserves the right to evaluate proposals and award a contract without discussions with offerors (except clarifications as described in FAR 15.306(a)). Therefore, the offeror's initial proposal should contain the offeror's best terms from a price and technical standpoint.

## M5.0 FAR 52.217-5 EVALUATION OF OPTIONS (JUL 1990)

Except when it is determined in accordance with FAR 17.206(b) not to be in the Government's best interests, the Government will evaluate offers for award purposes by adding the total price for all options to the total price for the basic requirement. Evaluation of options will not obligate the Government to exercise the option(s).

(End of Provision)

**ATTACHMENT J-1**
**Hot Fueling Specifications**

ADMINISTRATIVE MESSAGE

ROUTINE

R 300904Z JUN 98 ZYB PSN 907973M35

FM NAVAIRWARCENACDIV LAKEHURST NJ//4.8.10.4//

TO COMNAVSURFLANT NORFOLK VA//N42/N425//
COMNAVAIRLANT NORFOLK VA//N433D/N414//
COMSCLANT NORFOLK VA//N3//
COMLANTAREA COGARD PORTSMOUTH VA//AOFC//
COMNAVSURFPAC SAN DIEGO CA//N2/N424//
COMNAVAIRPAC SAN DIEGO CA//N4355/N735//
COMSCPAC OAKLAND CA//N3/N7//
COMPACAREA COGARD ALAMEDA CA//POC/POF//

INFO COMNAVAIRSYSCOM PATUXENT RIVER MD//PMA251/4.4.5//
NAVAIRWARCENACDIV DET FTS NORFOLK VA//4.8.11.1//
COMREGSUPPGRU MAYPORT FL//JJJ//
NAVAIRWARCENACDIV DET FTS SAN DIEGO CA//4.8.11.2//
COMNAVSURFGRU PACNORWEST//N61/N611//
COMNAVSURFGRU MIDPAC//N6//
NAVSHIPREPFAC YOKOSUKA JA//ASIR//
COMSC WASHINGTON DC//PM1//
COMDT COGARD WASHINGTON DC//G-OCA/G-ENE//

UNCLAS //N13800//

MSGID/GENADMIN/NAVAIRWARCENACDIVLKE//

SUBJ/USA/USAF HELICOPTER FUELING NOZZLES//

REF/A/MTG/SURAVNCONF/06MAY98//

REF/B/MSG/COMNAVAIRSYSCOM/161235ZJAN98/NOTAL//

NARR/REF A ACTION ITEM 98-13, DIRECTS THAT A CAUTIONARY STATEMENT BE ADDED TO THE HELO OPERATIONS BILL OF ALL SHIPS CAPABLE OF FUELING HELICOPTERS. REF B AUTHORIZED HOT REFUELING AND PROVIDES PROPER PROCEDURES FOR REFUELING OF SPECIFIC MODELS OF USA AND COMMERCIAL HELICOPTERS.//
POC/D. JEWELL/4.8.10.4/-/-/TEL:732-323-1166/TEL:624-1166//

RMKS/1. PRESSURE FUELING AND HOT REFUELING OF USA (UH1, OH58, OR

**ATTACHMENT J-1**
**Hot Fueling Specifications**

OH6) HELICOPTERS AND MSC CONTRACT (BELL 212, BELL 214 OR K-MAX 1200) COMMERCIAL HELICOPTERS REQUIRES THE USE OF A CCR NOZZLE WHICH REGULATES NOZZLE PRESSURE AT 15 PSI. SINCE THESE NOZZLES ARE NOT PART OF SHIPS ALLOWANCE EQUIPAGE LIST (AEL), THE VISITING HELICOPTERS SHALL PROVIDE A COMPATABLE NOZZLE FOR PRESSURE FUELING OR WILL BE RESTRICTED TO GRAVITY FUELING.

PRESSURE FUELING SHALL BE ACCOMPLISHED IAW PROCEDURES SPECIFIED IN REF B.

EACH SHIP WITH FUELING CAPABILITY SHALL INSERT INTO THEIR RESPECTIVE HELO OPERATIONS BILL THE FOL STATEMENT:
"FUELING OF USA (UH1, OH58, OR OH6) HELICOPTERS AND MSC CONTRACT (BELL 212, BELL 214 OR K-MAX 1200) COMMERCIAL HELICOPTERS IS LIMITED TO COMPATABLE CCR NOZZLES REGULATED AT 15 PSI. IF COMPATABLE CCR NOZZLES ARE NOT AVAILABLE THEN THESE HELICOPTERS SHALL BE RESTRICTED TO GRAVITY FUELING ONLY."

REQUEST ACTION ADDEES DISSEMINATE THIS MESSAGE TO ALL AIR CAPABLE, AMPHIBIOUS AVIATION, AND AVIATION SHIPS CAPABLE OF FUELING HELICOPTERS.//

BT

**Attachment J-2**

# HANGER MEASUREMENTS

## T-AFS MEASUREMENT

# Attachment J-2

# HANGER MEASUREMENTS




The attached drawings are to be used in conjunction with site visits to assist contractors with determining the configuration and measurements of the hangers in which aircraft will be placed during performance of the contract. The is no implied warranty on the accuracy of these drawing, and the Government will not be responsible for any errors in the drawings. All offerors are encourage to participate in site visits to view and measure the hangers.

**Attachment J-2**

**HANGER MEASUREMENTS**

**T-AE MEASUREMENT**

**Attachment J-2**
**HANGER MEASUREMENTS**




LENGTH: 51' / WIDTH: 38'

**Attachment J-2**

**HANGER MEASUREMENTS**



# Attachment J-3
# CONTRACTS DATA REQUIREMENTS LISTS
## (see Section C15)

**CONTRACT DATA REQUIREMENTS LIST**
**(1 Data Item)**

Form Approved
OMB No. 0704-0188

Public reporting burden for this collection of information is estimated to average 220 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to Department of Defense, Washington Headquarters Services, Directorate for Information Operations and Reports, 1215 Jefferson Davis Highway, Suite 12104, Arlington VA 22202-4302, and to the Office of Management and Budget, Paperwork Reduction Project (0704-0188), Washington, DC 20503. Please DO NOT RETURN your form to either of these addresses. Send completed form to the Government Issuing contracting Officer for the Contract/PR No. listed in Block E.

A. CONTRACT LINE ITEM NO.:

B. EXHIBIT:

C. CATEGORY: TDP: ____ TM: ____ OTHER: X

D. SYSTEM/ITEM:

E. CONTRACT/PR NO.: N00033-05-R-1004

F. CONTRACTOR:

1. DATA ITEM NO.: 0001

2. TITLE OF DATA ITEM: QUALIFICATIONS / MEDICAL / RESUMES OF REPLACEMENT KEY PERSONNEL

3. SUBTITLE: N/A

17. PRICE GROUP:

4. AUTHORITY (Data Acquisition Document No.):

5. CONTRACT REFERENCE: C 15.2

6. REQUIRING OFFICE: COMSC PM1

18. ESTIMATED TOTAL PRICE:

7. DD 250 REQ.: Letter of Transmittal

8. APP CODE: N/A

9. DIST STATEMENT REQUIRED:

10. FREQUENCY: ASREQ

11. AS OF DATE: ASREQ

12. DATE OF FIRST SUBMISSION: ONE WEEK PRIOR TO DEPLOYMENT

13. DATE OF SUBSEQUENT SUBMISSION: ASREQ

14. DISTRIBUTION

| a. ADDRESSEE | b. COPIES: DRAFT | FINAL: REG | FINAL: REPRO |
|---|---|---|---|
| PM1 | | 1 | |
| COR | | | 1 |
| N102 | | | 1 |
| 15. TOTAL | | 1 | 2 |

16. REMARKS:

G. PREPARED BY: MIKE VICORY

H. DATE: 3 1 2005

I. APPROVED BY:

J. DATE:

DD Form 1423-2 Jun 90
(1059/183)
Computer Generated

Previous editions are obsolete

Page 1 of 1 Pages

# Attachment J-3
# CONTRACTS DATA REQUIREMENTS LISTS
## (see Section C15)

**CONTRACT DATA REQUIREMENTS LIST**
**(1 Data Item)**

Form Approved
OMB No. 0704-0188

Public reporting burden for this collection of information is estimated to average 220 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to Department of Defense, Washington Headquarters Services, Directorate for Information Operations and Reports, 1215 Jefferson Davis Highway, Suite 12104, Arlington VA 22202-4302, and to the Office of Management and Budget, Paperwork Reduction Project (0704-0188), Washington, DC 20503. Please DO NOT RETURN your form to either of these addresses. Send completed form to the Government Issuing contracting Officer for the Contract PR No. listed in Block E.

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY |
|---|---|---|
| | | TDP: ____ TM: ____ OTHER: X |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| | N00033-05-R-1004 | |

| 1. DATA ITEM NO. | 2. TITLE OF DATA ITEM | 3. SUBTITLE | 17. PRICE GROUP |
|---|---|---|---|
| 0002 | ACITVITY REPORTS AND QUARTERLY REPORT | N/A | |

| 4. AUTHORITY (Data Acquisition Document No.) | 5. CONTRACT REFERENCE | 6. REQUIRING OFFICE | 18. ESTIMATED TOTAL PRICE |
|---|---|---|---|
| | C 15.3 | COMSC PM1 | |

| 7. DD 250 REQ. | 9. DIST STATEMENT REQUIRED | 10. FREQUENCY | 12. DATE OF FIRST SUBMISSION |
|---|---|---|---|
| Letter of Transmittal | | MONTHLY (ASREQ PER C.15.3) | INITIAL REPORT PRIOR TO DEPLOYMENT |
| **8. APP CODE** | | **11. AS OF DATE** | **13. DATE OF SUBSEQUENT SUBMISSION** |
| N/A | | MONTHLY | MONTHLY |

14. DISTRIBUTION

| a. ADDRESSEE | b. COPIES: DRAFT | FINAL: REG | FINAL: REPRO |
|---|---|---|---|
| PM1 | | 1 | |
| COR | | | 1 |
| N102 | | | 1 |
| 15. TOTAL | | 1 | 2 |

16. REMARKS

| G. PREPARED BY | H. DATE | I. APPROVED BY | J. DATE |
|---|---|---|---|
| MIKE VICORY | 3/1/2005 | | |

DD Form 1423-2 Jun 90
(1059/183)
Computer Generated

Previous editions are obsolete

Page 1 of 1 Pages

# Attachment J-3
# CONTRACTS DATA REQUIREMENTS LISTS
## (see Section C15)

| CONTRACT DATA REQUIREMENTS LIST (1 Data Item) | Form Approved OMB No. 0704-0188 |
|---|---|

Public reporting burden for this collection of information is estimated to average 220 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to Department of Defense, Washington Headquarters Services, Directorate for Information Operations and Reports, 1215 Jefferson Davis Highway, Suite 12104, Arlington VA 22202-4302, and to the Office of Management and Budget, Paperwork Reduction Project (0704-0188), Washington, DC 20503. Please DO NOT RETURN your form to either of these addresses. Send completed form to the Government Issuing contracting Officer for the Contract/PR No. listed in Block E.

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY TDP: ______ TM: ______ OTHER: X |
|---|---|---|

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. N00033-05-R-1004 | F. CONTRACTOR |
|---|---|---|

| 1. DATA ITEM NO. 0003 | 2. TITLE OF DATA ITEM CASUALTY REPORTS | 3. SUBTITLE N/A | 17. PRICE GROUP |
|---|---|---|---|

| 4. AUTHORITY (Data Acquisition Document No.) | 5. CONTRACT REFERENCE C 15.4 | 6. REQUIRING OFFICE COMSC PM1 | 18. ESTIMATED TOTAL PRICE |
|---|---|---|---|

| | | | |
|---|---|---|---|
| 7. DD 250 REQ. Letter of Transmittal | 9. DIST STATEMENT REQUIRED | 10. FREQUENCY ASREQ | 12. DATE OF FIRST SUBMISSION ASREQ |
| 8. APP CODE N/A | | 11. AS OF DATE ASREQ | 13. DATE OF SUBSEQUENT SUBMISSION ASREQ |

14. DISTRIBUTION

| a. ADDRESSEE | b. COPIES DRAFT | FINAL REG | FINAL REPRO |
|---|---|---|---|
| PM1 | | 1 | |
| COR | | | 1 |
| N102 | | | 1 |
| 15. TOTAL | | 1 | 2 |

16. REMARKS

| G. PREPARED BY | H. DATE | I. APPROVED BY | J. DATE |
|---|---|---|---|
| MIKE VICORY | 3 1 2005 | | |

DD Form 1423-2 Jun 90
(1059/183)
Computer Generated

Previous editions are obsolete

Page 1 of 1 Pages

# Attachment J-3
# CONTRACTS DATA REQUIREMENTS LISTS
## (see Section C15)

**CONTRACT DATA REQUIREMENTS LIST**
**(1 Data Item)**

Form Approved
OMB No. 0704-0188

Public reporting burden for this collection of information is estimated to average 220 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to Department of Defense, Washington Headquarters Services, Directorate for Information Operations and Reports, 1215 Jefferson Davis Highway, Suite 12104, Arlington VA 22202-4302, and to the Office of Management and Budget, Paperwork Reduction Project (0704-0188), Washington, DC 20503. Please DO NOT RETURN your form to either of these addresses. Send completed form to the Government Issuing contracting Officer for the Contract PR No. listed in Block E.

| | | |
|---|---|---|
| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY TDP: ____ TM: ____ OTHER: __X__ |
| D. SYSTEM/ITEM | E. CONTRACT/PR NO. N00033-05-R-1004 | F. CONTRACTOR |
| 1. DATA ITEM NO. 0004 | 2. TITLE OF DATA ITEM PROCEDURES AND POLICY MANUALS | 3. SUBTITLE N/A |
| 4. AUTHORITY (Data Acquisition Document No.) | 5. CONTRACT REFERENCE C 15.5 | 6. REQUIRING OFFICE COMSC PM1 |

| | |
|---|---|
| 7. DD 250 REQ. | Letter of Transmittal |
| 8. APP CODE | N/A |
| 9. DIST STATEMENT REQUIRED | |
| 10. FREQUENCY | ASREQ |
| 11. AS OF DATE | ASREQ |
| 12. DATE OF FIRST SUBMISSION | ASREQ |
| 13. DATE OF SUBSEQUENT SUBMISSION | ASREQ |
| 16. REMARKS | |

14. DISTRIBUTION

| a. ADDRESSEE | b. COPIES DRAFT | FINAL REG | FINAL REPRO |
|---|---|---|---|
| PM1 | | 1 | |
| COR | | | 1 |
| N102 | | | 1 |
| 15. TOTAL | | 1 | 2 |

17. PRICE GROUP

18. ESTIMATED TOTAL PRICE

| G. PREPARED BY | H. DATE | I. APPROVED BY | J. DATE |
|---|---|---|---|
| MIKE VICORY | 3 1 2005 | | |

DD Form 1423-2 Jun 90
(1059 183)
Computer Generated

Previous editions are obsolete

Page 1 of 1 Pages

# Attachment J-3
# CONTRACTS DATA REQUIREMENTS LISTS
## (see Section C15)

**CONTRACT DATA REQUIREMENTS LIST**
**(1 Data Item)**

Form Approved
OMB No. 0704-0188

Public reporting burden for this collection of information is estimated to average 220 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to Department of Defense, Washington Headquarters Services, Directorate for Information Operations and Reports, 1215 Jefferson Davis Highway, Suite 12104, Arlington VA 22202-4302, and to the Office of Management and Budget, Paperwork Reduction Project (0704-0188), Washington, DC 20503. Please DO NOT RETURN your form to either of these addresses. Send completed form to the Government Issuing contracting Officer for the Contract/PR No. listed in Block E.

A. CONTRACT LINE ITEM NO.

B. EXHIBIT

C. CATEGORY
TDP: ______ TM: ______ OTHER: __X__

D. SYSTEM/ITEM

E. CONTRACT/PR NO.
N00033-05-R-1004

F. CONTRACTOR

1. DATA ITEM NO.
0005

2. TITLE OF DATA ITEM
MISHAP PREVENTION REPORTING

3. SUBTITLE
N/A

17. PRICE GROUP

18. ESTIMATED TOTAL PRICE

4. AUTHORITY (Data Acquisition Document No.)

5. CONTRACT REFERENCE
C 15.6

6. REQUIRING OFFICE
COMSC PM1

7. DD 250 REQ.
Letter of Transmittal

8. APP CODE
N/A

9. DIST STATEMENT REQUIRED

10. FREQUENCY
ASREQ

11. AS OF DATE
ASREQ

12. DATE OF FIRST SUBMISSION
ASREQ

13. DATE OF SUBSEQUENT SUBMISSION
ASREQ

14. DISTRIBUTION

| a. ADDRESSEE | b. COPIES DRAFT | FINAL REG | FINAL REPRO |
|---|---|---|---|
| PM1 | | 1 | |
| COR | | | 1 |
| N102 | | | 1 |
| 15. TOTAL | | 1 | 2 |

16. REMARKS

G. PREPARED BY
MIKE VICORY

H. DATE
3/1/2005

I. APPROVED BY

J. DATE

DD Form 1423-2 Jun 90
(1059 183)
Computer Generated

Previous editions are obsolete

Page 1 of 1 Pages

# Attachment J-3
# CONTRACTS DATA REQUIREMENTS LISTS
## (see Section C15)

**CONTRACT DATA REQUIREMENTS LIST (1 Data Item)**

Form Approved
OMB No. 0704-0188

Public reporting burden for this collection of information is estimated to average 220 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to Department of Defense, Washington Headquarters Services, Directorate for Information Operations and Reports, 1215 Jefferson Davis Highway, Suite 12104, Arlington VA 22202-4302, and to the Office of Management and Budget, Paperwork Reduction Project (0704-0188), Washington, DC 20503. Please DO NOT RETURN your form to either of these addresses. Send completed form to the Government Issuing contracting Officer for the Contract PR No. listed in Block E.

| | | |
|---|---|---|
| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY<br>TDP: ______ TM: ______ OTHER: __X__ |
| D. SYSTEM/ITEM | E. CONTRACT/PR NO.<br>N00033-05-R-1004 | F. CONTRACTOR |
| 1. DATA ITEM NO.<br>0006 | 2. TITLE OF DATA ITEM<br>DAILY FLIGHT SCHEDULES | 3. SUBTITLE<br>N/A |
| 4. AUTHORITY (Data Acquisition Document No.) | 5. CONTRACT REFERENCE<br>C 15.7 | 6. REQUIRING OFFICE<br>COMSC PM1 |

17. PRICE GROUP

18. ESTIMATED TOTAL PRICE

| | | | |
|---|---|---|---|
| 7. DD 250 REQ.<br>Letter of Transmittal | 9. DIST STATEMENT REQUIRED | 10. FREQUENCY<br>DAILY | 12. DATE OF FIRST SUBMISSION<br>UPON DEPLOYMENT AND DURING ANY DIT TESTING |
| 8. APP CODE<br>N/A | | 11. AS OF DATE<br>ASREQ | 13. DATE OF SUBSEQUENT SUBMISSION<br>ASREQ |

14. DISTRIBUTION

| a. ADDRESSEE | b. COPIES DRAFT | FINAL REG | FINAL REPRO |
|---|---|---|---|
| PM1 | | 1 | |
| COR | | | 1 |
| N102 | | | 1 |
| 15. TOTAL | | 1 | 2 |

16. REMARKS

| | | | |
|---|---|---|---|
| G. PREPARED BY<br>MIKE VICORY | H. DATE<br>3/1/2005 | I. APPROVED BY | J. DATE |

DD Form 1423-2 Jun 90
(1059/183)
Computer Generated

Previous editions are obsolete

**Attachment J-3**

# CONTRACTS DATA REQUIREMENTS LISTS

**(see Section C15)**

## CONTRACT DATA REQUIREMENTS LIST (1 Data Item)

Form Approved
OMB No. 0704-0188

Public reporting burden for this collection of information is estimated to average 220 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to Department of Defense, Washington Headquarters Services, Directorate for Information Operations and Reports, 1215 Jefferson Davis Highway, Suite 12104, Arlington VA 22202-4302, and to the Office of Management and Budget, Paperwork Reduction Project (0704-0188), Washington, DC 20503. Please DO NOT RETURN your form to either of these addresses. Send completed form to the Government Issuing contracting Officer for the Contract/PR No. listed in Block E.

A. CONTRACT LINE ITEM NO.

B. EXHIBIT

C. CATEGORY
TDP:_____ TM:_____ OTHER: X

D. SYSTEM/ITEM

E. CONTRACT/PR NO.
N00033-05-R-1004

F. CONTRACTOR

1. DATA ITEM NO.
0007

2. TITLE OF DATA ITEM
WEEKLY SERVICE VOUCHERS

3. SUBTITLE
N/A

17. PRICE GROUP

4. AUTHORITY (Data Acquisition Document No.)

5. CONTRACT REFERENCE
C 15.8

6. REQUIRING OFFICE
COMSC PM1

18. ESTIMATED TOTAL PRICE

7. DD 250 REQ.
Letter of Transmittal

8. APP CODE
N/A

9. DIST STATEMENT REQUIRED

10. FREQUENCY
WEEKLY

11. AS OF DATE
ASREQ

12. DATE OF FIRST SUBMISSION
UPON DEPLOYMENT AND ANY DIT TESTING

13. DATE OF SUBSEQUENT SUBMISSION
ASREQ

14. DISTRIBUTION

| a. ADDRESSEE | b. COPIES DRAFT | FINAL REG | FINAL REPRO |
|---|---|---|---|
| PM1 | | | 1 |
| COR | | 1 | |
| N102 | | | 1 |
| 15. TOTAL | | 1 | 1 |

16. REMARKS

SHALL BE SUBMITTED ON A DD1155 WITH SUPPORTING INFORMATION

G. PREPARED BY
MIKE VICORY

H. DATE
3/1/2005

I. APPROVED BY

J. DATE

DD Form 1423-2 Jun 90
(1059/183)
Computer Generated

Previous editions are obsolete

# Attachment J-3

# CONTRACTS DATA REQUIREMENTS LISTS

## (see Section C15)

| CONTRACT DATA REQUIREMENTS LIST (1 Data Item) | Form Approved OMB No. 0704-0188 |
|---|---|

Public reporting burden for this collection of information is estimated to average 220 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to Department of Defense, Washington Headquarters Services, Directorate for Information Operations and Reports, 1215 Jefferson Davis Highway, Suite 12104, Arlington VA 22202-4302, and to the Office of Management and Budget, Paperwork Reduction Project (0704-0188), Washington, DC 20503. Please DO NOT RETURN your form to either of these addresses. Send completed form to the Government Issuing contracting Officer for the Contract/PR No. listed in Block E.

| | | |
|---|---|---|
| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY TDP: ____ TM: ____ OTHER: X |
| D. SYSTEM/ITEM | E. CONTRACT/PR NO. N00033-05-R-1004 | F. CONTRACTOR |
| 1. DATA ITEM NO. 0008 | 2. TITLE OF DATA ITEM TRAINING PLAN | 3. SUBTITLE N/A |
| 4. AUTHORITY (Data Acquisition Document No.) | 5. CONTRACT REFERENCE C 15.9 | 6. REQUIRING OFFICE COMSC PM1 |

| | |
|---|---|
| 17. PRICE GROUP | |
| 18. ESTIMATED TOTAL PRICE | |

| | | | | |
|---|---|---|---|---|
| 7. DD 250 REQ. Letter of Transmittal | 9. DIST STATEMENT REQUIRED | 10. FREQUENCY AS PLAN IS CHANGED | 12. DATE OF FIRST SUBMISSION AS PLAN IS CHANGED | 14. DISTRIBUTION |
| 8. APP CODE N/A | | 11. AS OF DATE ASREQ | 13. DATE OF SUBSEQUENT SUBMISSION TWO WEEK AFTER CHANGE DATE | |

| a. ADDRESSEE | b. COPIES DRAFT | FINAL REG | FINAL REPRO |
|---|---|---|---|
| PM1 | | 1 | |
| COR | | | 1 |
| N102 | | | 1 |
| 15. TOTAL | | 1 | 2 |

16. REMARKS

MUST BE SUBMITTED AS OFFERED TRAINING PLAN IS CHANGED/AMENDED/MODIFIED.

| | | | |
|---|---|---|---|
| G. PREPARED BY MIKE VICORY | H. DATE 3/1/2005 | I. APPROVED BY | J. DATE |

DD Form 1423-2 Jun 90
(1059/183)
Computer Generated

Previous editions are obsolete

# Attachment J-3
# CONTRACTS DATA REQUIREMENTS LISTS
## (see Section C15)

| CONTRACT DATA REQUIREMENTS LIST (1 Data Item) | Form Approved OMB No. 0704-0188 |
|---|---|

Public reporting burden for this collection of information is estimated to average 220 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to Department of Defense, Washington Headquarters Services, Directorate for Information Operations and Reports, 1215 Jefferson Davis Highway, Suite 12104, Arlington VA 22202-4302, and to the Office of Management and Budget, Paperwork Reduction Project (0704-0188), Washington, DC 20503. Please DO NOT RETURN your form to either of these addresses. Send completed form to the Government Issuing contracting Officer for the Contract/PR No. listed in Block E.

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY TDP: ____ TM: ____ OTHER: X |
|---|---|---|

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. N00033-05-R-1004 | F. CONTRACTOR |
|---|---|---|

| 1. DATA ITEM NO. 0009 | 2. TITLE OF DATA ITEM CREW ACTION REPORT | 3. SUBTITLE N/A | 17. PRICE GROUP |
|---|---|---|---|

| 4. AUTHORITY (Data Acquisition Document No.) | 5. CONTRACT REFERENCE C 15.10 | 6. REQUIRING OFFICE COMSC PM1 | 18. ESTIMATED TOTAL PRICE |
|---|---|---|---|

| 7. DD 250 REQ. Letter of Transmittal | 9. DIST STATEMENT REQUIRED | 10. FREQUENCY TWO WEEK AFTER PERSONNEL ACTION IS TAKEN | 12. DATE OF FIRST SUBMISSION ASREQ | 14. DISTRIBUTION |
|---|---|---|---|---|
| 8. APP CODE N/A | | 11. AS OF DATE ASREQ | 13. DATE OF SUBSEQUENT SUBMISSION ASREQ | |

| a. ADDRESSEE | b. COPIES DRAFT | FINAL REG | FINAL REPRO |
|---|---|---|---|
| PM1 | | 1 | |
| COR | | | 1 |
| N102 | | | 1 |
| 15. TOTAL | | 1 | 2 |

16. REMARKS

| G. PREPARED BY | H. DATE | I. APPROVED BY | J. DATE |
|---|---|---|---|
| MIKE VICORY | 3 1 2005 | | |

DD Form 1423-2 Jun 90
(1059/183)
Computer Generated

Previous editions are obsolete

Page 1 of 1 Pages