# Attachment J-3
# CONTRACTS DATA REQUIREMENTS LISTS
## (see Section C15)

| CONTRACT DATA REQUIREMENTS LIST (1 Data Item) | Form Approved OMB No. 0704-0188 |
|---|---|

Public reporting burden for this collection of information is estimated to average 220 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to Department of Defense, Washington Headquarters Services, Directorate for Information Operations and Reports, 1215 Jefferson Davis Highway, Suite 12104, Arlington VA 22202-4302, and to the Office of Management and Budget, Paperwork Reduction Project (0704-0188), Washington, DC 20503. Please DO NOT RETURN your form to either of these addresses. Send completed form to the Government Issuing contracting Officer for the Contract PR No. listed in Block E.

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY TDP: ______ TM: ______ OTHER: __X__ |
|---|---|---|

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. N00033-05-R-1004 | F. CONTRACTOR |
|---|---|---|

| 1. DATA ITEM NO. | 2. TITLE OF DATA ITEM | 3. SUBTITLE |
|---|---|---|
| 0010 | PERIODIC INSPECTION REPORT | N/A |

| 4. AUTHORITY (Data Acquisition Document No.) | 5. CONTRACT REFERENCE | 6. REQUIRING OFFICE |
|---|---|---|
| | C 15.11 | COMSC PM1 |

| 7. DD 250 REQ. | 9. DIST STATEMENT REQUIRED | 10. FREQUENCY | 12. DATE OF FIRST SUBMISSION | 14. DISTRIBUTION |
|---|---|---|---|---|
| Letter of Transmittal | | PER INSPECTION | 15 DAYS AFTER FIRST INSPECTION | |
| **8. APP CODE** | | **11. AS OF DATE** | **13. DATE OF SUBSEQUENT SUBMISSION** | |
| N/A | | 15 DAYS AFTER FIRST INSPECTION | 15 DAYS AFTER ANY FOLLOW-ON INSPECTION | |

| a. ADDRESSEE | b. COPIES: DRAFT | FINAL: REG | FINAL: REPRO |
|---|---|---|---|
| PM1 | | 1 | |
| COR | | | 1 |
| N102 | | | 1 |
| 15. TOTAL | | 1 | 2 |

16. REMARKS

| 17. PRICE GROUP | 18. ESTIMATED TOTAL PRICE |
|---|---|
| | |

| G. PREPARED BY | H. DATE | I. APPROVED BY | J. DATE |
|---|---|---|---|
| MIKE VICORY | 3.1.2005 | | |

DD Form 1423-2 Jun 90
(1059 183)
Computer Generated

Previous editions are obsolete

# Attachment J-3
# CONTRACTS DATA REQUIREMENTS LISTS
## (see Section C15)

**CONTRACT DATA REQUIREMENTS LIST**
**(1 Data Item)**

Form Approved
OMB No. 0704-0188

Public reporting burden for this collection of information is estimated to average 220 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to Department of Defense, Washington Headquarters Services, Directorate for Information Operations and Reports, 1215 Jefferson Davis Highway, Suite 1204, Arlington VA 22202-4302, and to the Office of Management and Budget, Paperwork Reduction Project (0704-0188), Washington, DC 20503. Please DO NOT RETURN your form to either of these addresses. Send completed form to the Government Issuing contracting Officer for the Contract/PR No. listed in Block E.

A. CONTRACT LINE ITEM NO.:

B. EXHIBIT:

C. CATEGORY: TDP: ______ TM: ______ OTHER: X

D. SYSTEM/ITEM:

E. CONTRACT/PR NO.: N00033-05-R-1004

F. CONTRACTOR:

1. DATA ITEM NO.: 00011

2. TITLE OF DATA ITEM: AIRCRAFT PRE TESTING INFORMATION

3. SUBTITLE: N/A

4. AUTHORITY (Data Acquisition Document No.):

5. CONTRACT REFERENCE: C 15.12

6. REQUIRING OFFICE: COMSC PM1

7. DD 250 REQ.: Letter of Transmittal

8. APP CODE: N/A

9. DIST STATEMENT REQUIRED:

10. FREQUENCY: ONCE PER AIRCRAFT

11. AS OF DATE:

12. DATE OF FIRST SUBMISSION: 7 DAYS AFTER AWARD

13. DATE OF SUBSEQUENT SUBMISSION: AS AIRCRAFT IS CHANGED

14. DISTRIBUTION

| a. ADDRESSEE | b. COPIES: DRAFT | FINAL: REG | FINAL: REPRO |
|---|---|---|---|
| PM1 | | 1 | |
| | | | |
| N102 | | | 1 |
| 15. TOTAL | | 1 | 1 |

16. REMARKS:

17. PRICE GROUP:

18. ESTIMATED TOTAL PRICE:

G. PREPARED BY: MIKE VICORY

H. DATE: 3/1/2005

I. APPROVED BY:

J. DATE:

DD Form 1423-2 Jun 90
(1059/183)
Computer Generated

Previous editions are obsolete

**Attachment J-4**

**WAGE DETERMINATION**

**NOT APPLICABLE**

## LISTING OF GOVERNMENT FURNISHED EQUIPMENT

Kit C1 Rack

## LISTING OF COMSEC EQUIPMENT CONTRACTOR MUST OBTAIN

IFF TRANSPONDER

**Attachment J-6**

**AIRCRAFT SPECIFICATION**

# HELICOPTER AND MISSION SUMMARY:

| | |
|---|---|
| a. Registered owner: | b. Flag<br>c. Year built: |
| d. Tail number (N-number) | e. Call letters |
| f. Aircraft Type/Model/Series: | g. Landing Gear Type (Wheel or Skids): |
| h. Color Scheme: | |
| **External Dimensions:** | |
| i. Main Rotor diameter: | j. Tail Rotor Diameter: |
| k. Length Overall (Rotors turning): | l. Length Overall (Fuselage): |
| m. Height Overall (Highest Point): | n. Width Overall (Airframe): |
| o. Length Folded or Hangared (If applicable and different from box, h, above): | p. Sail Area: |
| **Internal Dimensions: (Shall exclude cockpit or other non-useable cargo/PAX areas)** | |
| q. Cabin Length (Maximum): | r. Cabin width (Maximum): |
| s. Cabin height (Minimum): | t. Useable Cargo Capacity ($ft^3$): |
| u. Offered Internal Cargo Capacity($ft^3$): | v. Offered Medical Litter Capability: |
| w. Cargo Loading Port Measurements (Width and Height): | x. Maximum Passenger Capability: |
| y. Offered Passenger Capability: | z. Maximum Medical Litter Capability: |
| **Weight:** | |
| aa. Maximum Gross Weight: | ab. Maximum Take-off Weight: |
| ac. Maximum Internal Cargo Weight: | ad. Maximum External Load Weight: |
| ae. Offered Internal Cargo Weight: | |
| af. Cargo Hook Capacity (Safe Working Load): | ag. Cargo Hook Capacity (Maximum): |
| **Propulsion:** | |
| ah. Engine Manufacturer: | ai. Engine Type: |
| aj. Number of Engines: | |
| ak. Manufacturer's Mean Time Between Engine Failures: *(Mechanical Failure Statistics):* | |

## Attachment J-6

## AIRCRAFT SPECIFICATION

**Fuel:**

| | Yes | No |
|---|---|---|
| al. Can Use JP-5: | ☐ | ☐ |
| am. Can Use NATO F-44: | ☐ | ☐ |
| an. Can Hot Refuel Using Approved Close-Circuit System: | ☐ | ☐ |

**Performance:** *(At 32 deg OAT; Sea Level; Max Standard Fuel with no reserves, unless otherwise noted; and Aircraft configured and equipped for overwater missions.)*

| | |
|---|---|
| ao. Maximum Range (NM): | ap. Maximum Endurance non-VERTREP (minutes): |
| aq. Maximum Endurance VERTREP (Minutes): | |
| ar. Maximum VERTREP Load (90 minutes fuel): | as. Maximum VERTREP Load (10% Fuel): |
| at. Maximum VERTREP Load (20 minutes mission Fuel): | |

**Aircraft Certification:**

| | |
|---|---|
| au. IFR Certification Date: | av. Airworthiness Certificate Date: |

**Aircraft Physical Particulars/Specification:**

| | Yes | No | To be Installed | Citation in offer |
|---|---|---|---|---|
| av. Can External Loads Be Visually Monitored: | ☐ | ☐ | ☐ | |
| aw. Mechanical Rotor Brake: | ☐ | ☐ | ☐ | |
| ax. Blade Fold System: | ☐ | ☐ | ☐ | |
| ay. Can Aircraft Be Secured To Deck: | ☐ | ☐ | ☐ | |
| az. Aircraft has Working Wheel Brake: Accentuated by an Independent Hydraulic System: | ☐ | ☐ | ☐ | |
| ba. Aircraft Has A Flight Time Meter: | ☐ | ☐ | ☐ | |
| bb. Aircraft Has Cockpit Heater: | ☐ | ☐ | ☐ | |
| bc. Aircraft Has Window Defogging System: | ☐ | ☐ | ☐ | |
| bd. Aircraft Has Windshield Wipers: | ☐ | ☐ | ☐ | |
| be. Aircraft Has Chip Detector Systems: | ☐ | ☐ | ☐ | |
| bf. Aircraft has Fixed ELT: | ☐ | ☐ | ☐ | |
| bg. Aircraft has Transceiver(s) Meeting Section C4.3.12 | ☐ | ☐ | ☐ | |
| bh. Aircraft Has Installed GPS With Fixed Antenna: | ☐ | ☐ | ☐ | |
| bi. Aircraft Has TACAN System: | ☐ | ☐ | ☐ | |
| bj. Aircraft Has VOR/LOC Receiver: | ☐ | ☐ | ☐ | |
| bk. Aircraft Has ACS Meeting Section C4.3.18 | ☐ | ☐ | ☐ | |
| bl. Aircraft Has Radar Altimeter: | ☐ | ☐ | ☐ | |
| bm. Aircraft Has Underwater Acoustic Beacon: | ☐ | ☐ | ☐ | |
| bn. Aircraft Has An Air Traffic Control Transponder and altitude reporting system | ☐ | ☐ | ☐ | |
| bo. ATC Transponder is Mode IV Capable: | | | | |

**Aircraft Primary Mission Compatibility, Per Section C2.2.1:**

Aircraft is offered to provide the following services (Check those that apply):

| | Yes | No | Citation in offer |
|---|---|---|---|
| bp.Day/Night and VFR/IFR Vertical Replenishment Services: | ☐ | ☐ | |
| bq. Visual Search and Rescue: | ☐ | ☐ | |
| br. Non-swimmer Assisted Personnel Recovery: | ☐ | ☐ | |
| br. Internal Cargo | ☐ | ☐ | |
| br. Internal Passengers | ☐ | ☐ | |

**Attachment J-7**

**REPORT CONTENTS**

THE FOLLOWING MONTHLY CRUISE REPORT IS SUBMITTED FOR THE PERIOD OF ______________.

1. UNIT IDENTIFICATION:
   DETACHMENT
   USNS ___________
   AREA OF OPERATIONS: ______________________

2. CHRONOLOGICAL LIST OF SIGNIFICANT EVENTS:

3. FLIGHT SUMMARY DATA:
   A. TOTAL FLIGHT HOURS (DAY, NIGHT, MONTH, RUNNING TOTAL FOR DEPLOYMENT):

   TOTAL FLY DAYS: ____
   OPERATIONAL HOURS (DAY, NIGHT, MONTH, RUNNING TOTAL):
   TRAINING (DAY, NIGHT, MONTH, RUNNING TOTAL) :
   FCF:

   B. DISEMBARKED DATA:
   DAYS ASHORE: _____
   OPERATIONAL HOURS: ____ TRAINING HOURS: ____
   FCF HOURS: ____
   DAY HOURS: ____ NIGHT HOURS: ____

   C. EMBARKED DATA:
   DAYS UNDERWAY: ____ DAYS WITH CVBG/ARG: ____
   OPERATIONAL HOURS: ____ TRAINING HOURS: ____
   FCF HOURS: ____
   DAY HOURS: ____ NIGHT HOURS: ____
   DAY SSS/MSS: ____ NIGHT SSS/MSS: ____

4. OPERATIONAL LOGISTICS DATA:
   TOTAL EXTERNAL (TONS): ____ MAIL (TONS): ____
   TOTAL INTERNAL (TONS): ____ HOISTS: ____
   TOTAL PAX: ____
   SAR/SEARCHES/MEDEVACS: ____/____/____

5. MISSION COMPLETION DATA:
   OPERATIONAL/TRAINING SORTIES SCHEDULED: ____
   OPERATIONAL/TRAINING SORTIES COMPLETED: ____
   OPERATIONAL/TRAINING PERCENT COMPLETED: ____
   PERFORMANCE STANDARD (percent of scheduled and unscheduled missions completed during deployment) ____

6. PILOT PROFICIENCY REPORT:

**Attachment J-7**

**REPORT CONTENTS**

PILOT FLT HRS INST NIGHT LNDGS(D/N) APP PICKS(D/N) DROPS(D/N)
PILOT 1
PILOT 2
PILOT 3
PILOT 4
PILOT5
PILOT6

7. AIRCREW PROFICIENCY REPORT:
AIRCREW FLT HRS PICKS(D/N) DROPS(D/N)
AIRCREW 1
AIRCREW 2
AIRCREW 3
AIRCREW 4
AIRCREW 5
AIRCREW 6

8. EXCERCISE PARTICIPATION:

9. CONTINGENCY SUPPORT:

10. SHIP/UNIT SUPPORT DATA:
UNIT and SUPPORT DATA

11. INITIATIVES TO IMPROVE/ENHANCE CONTRACT:

12. REPAIRABLE / MAJOR COMPONENTS CHANGED:

NOMEN PART NO. NSN QTY

13. NARRATIVE.

14. OIC REMARKS:

EXAMPLE REPORT

RMKS/1. PER REF A, THE FOLLOWING MONTHLY CRUISE REPORT IS SUBMITTED
FOR THE PERIOD OF _______________.
A. UNIT IDENTIFICATION:
DETACHMENT _____
USNS SATURN
AORS: XING, MED, RED SEA, ARABIAN GULF

**Attachment J-7**

**REPORT CONTENTS**

2. CHRONOLOGICAL LIST OF SIGNIFICANT EVENTS:

30JAN DETACHMENT FLY ON
09FEB USNS CONCORD TURNOVER
10FEB PMC, MEDEVAC TO ROTA, SPAIN
16FEB USS NIMITZ V/R
19FEB USS LASALLE V/R
20FEB USS SIMON LAKE V/R

3. FLIGHT SUMMARY DATA:
   A. TOTAL FLIGHT HOURS (DAY, NIGHT, MONTH, RUNNING TOTAL FOR DEPLOYMENT)
   TOTAL FLY DAYS: 80
   OPERATIONAL HOURS (DAY, NIGHT, MONTH, RUNNING TOTAL)
   TRAINING (DAY, NIGHT, MONTH, RUNNING TOTAL)
   FCF:

B. DISEMBARKED DATA:
   DAYS ASHORE: 6
   OPERATIONAL HOURS: 1.0 TRAINING HOURS: 20.8
   FCF HOURS: 1.2
   DAY HOURS: 18.4 NIGHT HOURS: 4.6

C. EMBARKED DATA:
   DAYS UNDERWAY: 109 DAYS WITH CVBG/ARG: 16
   OPERATIONAL HOURS: 280.4 TRAINING HOURS: 86.9
   FCF HOURS: 28.0
   DAY HOURS: 354.3 NIGHT HOURS: 41.0
   DAY SSS/MSS: 531/62 NIGHT SSS/MSS: 184/0

4. OPERATIONAL LOGISTICS DATA:
   TOTAL EXTERNAL (TONS): 3428.5 MAIL (TONS): 5.2
   TOTAL INTERNAL (TONS): 12.2 HOISTS: 0
   TOTAL PAX: 517
   SAR/SEARCHES/MEDEVACS: 0/2/1

5. MISSION COMPLETION DATA:
   OPERATIONAL/TRAINING SORTIES SCHEDULED: 80/41
   OPERATIONAL/TRAINING SORTIES COMPLETED: 92/39
   OPERATIONAL/TRAINING PERCENT COMPLETED: 115/95

6. PILOT PROFICIENCY REPORT:

| PILOT | FLT HRS | INST | NIGHT | LNDGS | APP | PICKS(D/N) | DROPS(D/N) |
|---|---|---|---|---|---|---|---|
| PILOT 1 | | | | | | | |
| PILOT 2 | | | | | | | |

**Attachment J-7**

**REPORT CONTENTS**

PILOT 3
PILOT 4
PILOT5
PILOT6

7. AIRCREW PROFICIENCY REPORT:

| AIRCREW | FLT HRS | PICKS |
|---|---|---|
| AIRCREW 1 | | |
| AIRCREW 2 | | |
| AIRCREW 3 | | |
| AIRCREW 4 | | |
| AIRCREW 5 | | |
| AIRCREW 6 | | |

8. EXCERCISE PARTICIPATION: SOUTHERN WATCH 14-19 FEB

9. CONTINGENCY SUPPORT: NONE.

10. SHIP/UNIT SUPPORT DATA:

USS GEORGE WASHINGTON - 1 USNS KILAUEA- 1
USS JOHN C. STENNIS - 7 USNS PATUXENT - 3

11. INITIATIVES TO IMPROVE/ENHANCE CONTARACT:

12. REPAIRABLE / MAJOR COMPONENTS CHANGED:

| NOMEN | PART NO. | NSN | | QTY |
|---|---|---|---|---|
| SWASHPLATE | 107R3504-11 | 1615012168051 | 7R | 1 |
| BLADE | A02R1702-3 | 1615014399549 | 7R | 1 |

13. NARRATIVE: HELICOPTER DETACHMENT ONE DEPLOYED ON USNS SATURN (T-AFS 10) ON 30 JAN 98. SATURN PROVIDED LOGISTIC SUPPORT TO USN SHIPS OPERATING IN THE COMSIXTHFLT AOR. WHILE IN THE MEDITERRANEAN, SERVICED 13 SHIPS. IN DIRECT SUPPORT OF OPERATION SOUTHERN WATCH,

DETACHMENT SIX TRANSPORTED OVER 20 PASSENGERS AND DELIVERED OVER 250 TONS OF SUPPLIES VIA VERTREP. UNIQUE OPERATIONS INCLUDED AIRBORNE SUPPORT FOR THE RECOVERY OF 14 UNKNOWN PERSONS WHO LOST THEIR LIVES....

**Attachment J-8**

**PRIMARY LOGISTICS PORTS**

## PRIMARY PORTS

Given below is a list of the primary logistics ports that are likely to be used during the term of any contract resulting from this RFP. This list is for demonstration only and is not a guarantee of logistics ports, and may not be all-inclusive.

**5th FLEET:**

Jebel Ali, UAE
Sitrah, Bahrain

**7th FLEET:**

Singapore
Yokusuka, Japan
Sasebo, Japan
Okinawa, Japan
Guam
Diego Garcia

**Attachment J-9**
**DD254**

## SEE ATTACHED SHEETS

Complete DD254 and submit with Proposal

# DEPARTMENT OF DEFENSE
# CONTRACT SECURITY CLASSIFICATION SPECIFICATION

*(The requirements of the DoD Industrial Security Manual apply to all security aspects of this effort.)*

**1. CLEARANCE AND SAFEGUARDING**

a. FACILITY CLEARANCE REQUIRED: SECRET

b. LEVEL OF SAFEGUARDING REQUIRED: SECRET

**2. THIS SPECIFICATION IS FOR:** *(X and complete as applicable)*

| X | Item | DUE DATE *(YYYYMMDD)* |
|---|---|---|
| | a. PRIME CONTRACT NUMBER | |
| | b. SUBCONTRACT NUMBER | |
| X | c. SOLICITATION OR OTHER NUMBER N00033-05-R-1004 | |

**3. THIS SPECIFICATION IS:** *(X and complete as applicable)*

| X | Item | REVISION NO. | DATE *(YYYYMMDD)* |
|---|---|---|---|
| X | a. ORIGINAL *(Complete date in all cases)* | | 3/1/2005 |
| | b. REVISED *(Supersedes all previous specs)* | | |
| | c. FINAL *(Complete Item 5 in all cases)* | | |

**4. IS THIS A FOLLOW-ON CONTRACT?** ☐ YES ☒ NO. If Yes, complete the following:

Classified material received or generated under ______ *(Preceding Contract Number)* is transferred to this follow-on contract.

**5. IS THIS A FINAL DD FORM 254?** ☐ YES ☒ NO. If Yes, complete the following:

In response to the contractor's request dated ______, retention of the classified material is authorized for the period of ______

**6. CONTRACTOR** *(Include Commercial and Government Entity (CAGE) Code)*

| a. NAME, ADDRESS, AND ZIP CODE | b. CAGE CODE | c. COGNIZANT SECURITY OFFICE *(Name, Address, and Zip Code)* |
|---|---|---|
| | | |

**7. SUBCONTRACTOR**

| a. NAME, ADDRESS, AND ZIP CODE | b. CAGE CODE | c. COGNIZANT SECURITY OFFICE *(Name, Address, and Zip Code)* |
|---|---|---|
| | | |

**8. ACTUAL PERFORMANCE**

| a. LOCATION | b. CAGE CODE | c. COGNIZANT SECURITY OFFICE *(Name, Address, and Zip Code)* |
|---|---|---|
| Navy Vessels Worldwide | | |

**9. GENERAL IDENTIFICATION OF THIS PROCUREMENT**

Helicopter Logistics Services to meet 5th and 7th Fleet Requirements. Contractor personnel require access to classified material for the coordination of logistics operations. Contractor personnel (deployed) will be a local user of USNS ships' COMSEC accounts.

| 10. CONTRACTOR WILL REQUIRE ACCESS TO: | YES | NO |
|---|---|---|
| a. COMMUNICATIONS SECURITY (COMSEC) INFORMATION | X | |
| b. RESTRICTED DATA | | X |
| c. CRITICAL NUCLEAR WEAPON DESIGN INFORMATION | | X |
| d. FORMERLY RESTRICTED DATA | | X |
| e. INTELLIGENCE INFORMATION | | |
| (1) Sensitive Compartmented Information (SCI) | | X |
| (2) Non-SCI | | X |
| f. SPECIAL ACCESS INFORMATION | | X |
| g. NATO INFORMATION | | X |
| h. FOREIGN GOVERNMENT INFORMATION | | X |
| i. LIMITED DISSEMINATION INFORMATION | | X |
| j. FOR OFFICIAL USE ONLY INFORMATION | X | |
| k. OTHER *(Specify)* | | |

| 11. IN PERFORMING THIS CONTRACT, THE CONTRACTOR WILL: | YES | NO |
|---|---|---|
| a. HAVE ACCESS TO CLASSIFIED INFORMATION ONLY AT ANOTHER CONTRACTOR'S FACILITY OR A GOVERNMENT ACTIVITY | X | |
| b. RECEIVE CLASSIFIED DOCUMENTS ONLY | | X |
| c. RECEIVE AND GENERATE CLASSIFIED MATERIAL | X | |
| d. FABRICATE, MODIFY, OR STORE CLASSIFIED HARDWARE | | X |
| e. PERFORM SERVICES ONLY | | X |
| f. HAVE ACCESS TO U.S. CLASSIFIED INFORMATION OUTSIDE THE U.S., PUERTO RICO, U.S. POSSESSIONS AND TRUST TERRITORIES | X | |
| g. BE AUTHORIZED TO USE THE SERVICES OF DEFENSE TECHNICAL INFORMATION CENTER (DTIC) OR OTHER SECONDARY DISTRIBUTION CENTER | | X |
| h. REQUIRE A COMSEC ACCOUNT | X | |
| i. HAVE TEMPEST REQUIREMENTS | | X |
| j. HAVE OPERATIONS SECURITY (OPSEC) REQUIREMENTS | | X |
| k. BE AUTHORIZED TO USE THE DEFENSE COURIER SERVICE | | X |
| l. OTHER *(Specify)* | | |



Reset

12. PUBLIC RELEASE. Any information *(classified or unclassified)* pertaining to this contract shall not be released for public dissemination except as provided by the Industrial Security Manual or unless it has been approved for public release by appropriate U.S. Government authority. Proposed public releases shall be submitted for approval prior to release [ ] Direct [X] Through *(Specify)*

Military Sealift Command, Code N9, Washington Navy Yard, 914 Charles Morris Court, SE., Washington, DC 20398-5540

to the Directorate for Freedom of Information and Security Review, Office of the Assistant Secretary of Defense (Public Affairs)* for review.
*In the case of non-DoD User Agencies, requests for disclosure shall be submitted to that agency.

13. SECURITY GUIDANCE. The security classifiection guidance needed for this classified effort is identified below. If any difficulty is encountered in applying this guidance or if any other contributing factor indicates a need for changes in this guidance, the contractor is authorized and encouraged to provide recommended changes; to challenge the guidance or the classification assigned to any information or material furnished or generated under this contract; and to submit any questions for interpretation of this guidance to the official identified below. Pending final decision, the information involved shall be handled and protected at the highest level of classification assigned or recommended. *(Fill in as appropriate for the classified effort. Attach, or forward under separate correspondence, any documents/guides/extracts referenced herein. Add additional pages as needed to provide complete guidance.)*

All detachment personnel will have a need to know CLASSIFIED information in order to perform fleet logistics operations. Detachments will be deployed on board USNS T-AFS and T-AE ships as ships' company performing logistics operations for the fleet. Key personnel will need access to secret material in the performance of the contract. Other personnel will need access to confidential information in order to perform the missions related to this contract. Detachment will be a local user of the ships' CMS accounts in order to key Kit IC in the aircraft.

Key personnel positions are: Program Manager, Pilots and Air crewman (deployed), Chief Test Pilots, Maintenance Foreman, Project Officer (deployed) and Training Coordinator.

Contractor shall use DOD INST 5220.22M, SECNAVINST 5510.30A and SECNAVINST 5510.36 for guidance.

14. ADDITIONAL SECURITY REQUIREMENTS. Requirements, in addition to ISM requirements, are established for this contract. [ ] Yes [X] No
*(If Yes, identify the pertinent contractual clauses in the contract document itself, or provide an appropriate statement which identifies the additional requirements. Provide a copy of the requirements to the cognizant security office. Use Item 13 if additional space is needed.)*

15. INSPECTIONS. Elements of this contract are outside the inspection responsibility of the cognizant security office. [ ] Yes [X] No
*(If Yes, explain and identify specific areas or elements carved out and the activity responsible for inspections. Use Item 13 if additional space is needed.)*

16. CERTIFICATION AND SIGNATURE. Security requirements stated herein are complete and adequate for safeguarding the classified information to be released or generated under this classified effort. All questions shall be referred to the official named below.

| a. TYPED NAME OF CERTIFYING OFFICIAL | b. TITLE | c. TELEPHONE *(Include Area Code)* |
|---|---|---|
| Sean Carney | Asst. Security Manager | |

d. ADDRESS *(Include Zip Code)*
Military Sealift Command
Washington Navy Yard, 914 Charles Morris Court, SE
Washington, DC 20398-5540

e. SIGNATURE

17. REQUIRED DISTRIBUTION

- [X] a. CONTRACTOR
- [ ] b. SUBCONTRACTOR
- [X] c. COGNIZANT SECURITY OFFICE FOR PRIME AND SUBCONTRACTOR
- [ ] d. U.S. ACTIVITY RESPONSIBLE FOR OVERSEAS SECURITY ADMINISTRATION
- [X] e. ADMINISTRATIVE CONTRACTING OFFICER
- [ ] f. OTHERS AS NECESSARY

# DOD STATEMENT OF INTENT

*(To Provide Airlift Services to the Department of Defense)*

OMB NUMBER: 0701-0137
EXPIRES: 20060430

The public reporting burden for this collection of information is estimated to an average 20 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing the burden, to Department of Defense, Washington Headquarters Services (WHS), Directorate for Information Operations and Reports (DIOR), (0701-0137), 1215 Jefferson Davis Highway, Suite 1204, Arlington VA 22202-4302. Respondents should be aware that notwithstanding any other provisions of law, no person shall be subject to any penalty for failing to comply with a collection of information if it does not display a currently valid OMB. NOTE: Do not return your form to the above address. Return completed form to HQ AMC/DOB, 402 Scott Drive, Unit 3A1, Scott AFB IL 62225-5302.

## SECTION I. GENERAL INFORMATION

The general purpose of this form is to assist in the overall evaluation of commercial aircraft procured by the Department of Defense (DOD). This statement is a generic document, intended to aid in the evaluation of air carrier acceptability for many types of airlift contracts and agreements. This statement is not designed to be all inclusive, but rather to serve as a tool to be used by DOD procurement and safety activities in the early phases of the procurement process. We recognize that the kinds of statements will vary according to the complexity of the proposed operations and type of carrier. Before the DOD proceeds with any detailed analysis, contractual review, or capability survey of your company, the cognizant DOD contracting activity will usually notify you if any additional data/information is needed.

| CARRIER NAME | ADDRESS | DATE COMPLETED |
|---|---|---|
| | | |

## SECTION II. MANAGEMENT

a. Key Management Personnel *(Please attach a brief resume)*

| NAME | TITLE | TELEPHONE/FAX NUMBER | DATE OF EMPLOYMENT |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

b. Briefly describe company's internal audit program or other method capable of identifying in-house deficiencies, including operational and maintenance areas audited, personnel performing audits, and audit frequency. ***(Attach sample documentation to track accomplishment and discrepancy followup.)***

c. Briefly describe company's flight safety program, to include safety points of contact and lines of communication.

## SECTION III. FLIGHT OPERATIONS: *(Use an "A" if presently approved, "S" if you are seeking approval.)*

| | | | |
|---|---|---|---|
| | Part 135 | | Aerial surveillances or photography |
| | Part 121 | | Aeromedical services |
| | Part 133 | | General Services Administration city pairs |
| | Domestic carrier operations | | HAZMAT authorization |
| | Flag carrier operations | | On-demand air taxi services |
| | Supplemental carrier operations | | Category II instrument approach and landing operations |
| | Long-range international operations | | Category III instrument approach and landing operations |
| | Short-range international operations | | Single pilot-in-command operations |
| | Passengers only | | Individually ticketed DOD passengers |
| | Passengers and cargo | | Whole planeload DOD charter flights |
| | Cargo only | | |

**SECTION III. FLIGHT OPERATIONS:** *(Continued)*

| | | | |
|---|---|---|---|
| | Scheduled military channel operations | | Block seat sales to the DOD |
| | Operations into areas of magnetic unreliability | | Civil Reserve Air Fleet *(Check)* ☐ Stage I ☐ Stage II ☐ Stage III |
| | Extended Range Operations with Twin-Engined Airplanes *(ETOPS)* | | Other: |
| | North Pacific Operations *(NOPAC)* | | |
| | Central Pacific Operations *(CEPAC)* | | |
| | North Atlantic Operations *(NAT)* | | |
| | Operations with autopilot in lieu of second-in-command | | |

**SECTION IV. AIRCRAFT DATA.** *(If you fly large cargo aircraft, can they accommodate the 463L pallet (88 inches by 108 inches)*

Yes ☐ ☐ No *(If "Yes", how high can the pallets be built to fit in your aircraft?)* ______

a. Number and types of aircraft you operate and are presently on your operations specifications.

| MAKE, MODEL, SERIES | PAYLOAD: CARGO *(PAX)* / RANGE | OWNER | NUMBER OF AIRCRAFT TYPE |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

b. Number and types of aircraft you would like to operate for the DOD ( *Aircraft must be approved by the FAA FSDO, on your operations specifications, and available for DOD inspection at the time of airlift capability survey. For AMC Contracts, see solicitation for further clarification.)*

| MAKE, MODEL, SERIES | PAYLOAD: CARGO *(PAX)* / RANGE | OWNER | NUMBER OF AIRCRAFT TYPE |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

c. Provide performance data on aircraft offered for DOD service. Include basic aircraft operating weight, maximum ramp weight, maximum cargo weight, fuel burn rates, range, etc. *(Attach to the Statement of Intent.)*

**SECTION V. GEOGRAPHIC AND CLIMATOLOGICAL DATA** *(Check the geographic area of operations/climates in which you intend to operate for the DOD)*

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ☐ | Extended Overwater | ☐ | Continental US | ☐ | Asia | ☐ | Desert |
| ☐ | North Atlantic | ☐ | Europe, Africa, and Middle East | ☐ | Central and South America | ☐ | Arctic |
| ☐ | North Pacific | ☐ | Alaska | ☐ | Tropical | ☐ | Mountainous |

a. Have you performed service continuously for the past 12 months along a comparable route structure? *(If yes, please provide documentation to show 12 months of continuous service. Attach additional documentation as required.)* YES ☐ NO ☐

| ROUTE | TYPE AIRCRAFT | NUMBER MONTHS OF ROUTE OPERATION | APPROXIMATE NUMBER OF FLIGHTS PER MONTH |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

b. For international routes, how many hours of international operations have you flown during the preceding 12 months over routes similar to the service sought by the DOD? ______ Were these hours flown under your current certificate? YES ☐ NO ☐

**SECTION VI. CREW MEMBERS** *(Excluding management)*

| QUALIFICATION | TOTAL NUMBER | INTERNATIONALLY QUALIFIED | NUMBER WITH MILITARY RESERVE/NATIONAL GUARD |
|---|---|---|---|
| CAPTAINS | | | |
| FIRST OFFICERS | | | |
| SECOND OFFICERS | | | |
| FLIGHT ATTENDANTS | | | |

**SECTION VII. PRIMARY AIRCREW TRAINING FACILITIES AND VENDORS**

| TYPE OF TRAINING | LOCATION | VENDOR |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

a. Will the service you anticipate performing for the DOD require any additional aircrew training events or programs? If so, briefly explain.

**SECTION VIII. MAINTENANCE**

| QUALIFICATION | TOTAL NUMBER | NUMBER FULL-TIME | NUMBER PART-TIME |
|---|---|---|---|
| A & P | | | |
| RII / IA | | | |
| OTHER | | | |

a. Primary aircraft overhaul / engine maintenance vendors

| TYPE OF SERVICE | LOCATION | VENDOR |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

b. Location and description of maintenance facilities, including line stations. Include company-owned and/or major contracted maintenance.

c. Describe your documented quality assurance programs: (1) Internal audits. (2) Vendor audits. (3) Mechanical performance monitoring. (4) Tool/test equipment calibration tracking. NOTE: Please include copies of your internal/vendor audit schedules.

d. Describe your training program for: (1) Mechanic indoctrination to company policies and procedures, (2) Aircraft Systems, (3) Initial and recurrent engine run/taxi training, (4) Training for any contract personnel, (5) Inspector initial/recurrent training.

e. Describe your reliability program.

f. Type of maintenance program and inspection intervals.

g. Are you an FBO/repair station? If so, please describe authorization. If you use contracted fuel, please describe your fuel vendor audit process.

h. Will the service you anticipate performing for the DOD require an expansion of your aircraft maintenance capability? If so, briefly explain.

i. Describe your maintenance and company manuals revision and tracking processes *(e.g., computerized, manual, combination computerized/manual,etc.)*.

j. Describe your recordkeeping programs *(e.g. computerized, manual, combination computerized/manual, etc.)*

**SECTION IX. SUPPLY**

a. Number and types of line items. Please describe receiving, inspection and shelf life monitoring programs.

b. Number of spare engines.

c. Do you carry fly-away kits? *(If so, list type of items - pumps, tires, brakes, etc.)*

**SECTION X. FINANCIAL:** Failure to provide the requested financial information could result in the company not being approved as a DOD carrier.

a. Please provide financial statements, including balance sheets, income statements, and statements of change in financial position *(or statement of cash flow)* for the last two fiscal years and year-to-date information. What was the amount of your total revenues for your most recent fiscal year end? If any of that revenue was from DOD business, indicate amount and procuring activity.

b. Are there any bankruptcies, mergers, divestitures, or acquisitions planned?

c. Within the past 10 years, has the company ever declared bankruptcy? If so, briefly explain.

d. If your company is privately owned, please give names and percentage of ownership. If owned by another privately held company, please detail its ownership. You may be asked to provide financial statements *(i.e., balance sheet, profit and loss)* of the company owner*(s)* at a later date.

e. Is there any significant litigation against your company which could affect its overall financial or operational health?

f. Do you anticipate operating for the DOD as a joint venture with other carriers?

**SECTION XI. PAST PERFORMANCE**

a. Within the past 5 years, have any key company personnel been arrested, indicted, convicted, or had an FAA license suspended, surrendered, or revoked? If so, briefly explain circumstances.

b. Within the past 5 years, have you ever defaulted on a contract with the Federal Government? If so, please provide a brief explanation and point of contact.

c. Please list any other air transportation contracts you have with the Federal Government.

| AGENCY | TELEPHONE | CONTRACT | TYPE SERVICE |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

d. Please provide, as reference, a list of your principal commercial customers, especially those using the services you propose providing to the DOD.

| FIRM'S NAME | ADDRESS | PHONE | CONTACT |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

e. Provide the total number of departures for the last four calendar years, by certificate type.

| YEAR | PART 121 | 135 | OTHER OPERATIONS | TOTAL DEPARTURES |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**SECTION XII. AA SAFETY REGULATION**

a. When did you receive your operating certificate? What is your certificate number?

b. Has the operating certificate ever been suspended or revoked? If so, explain.

c. Are all of the authorizations in your "Ops Spec" active? If some have been inactive for more than 12 months, please explain.

d. What is the address of your FAA certificate holding office and the names and telephone numbers of your principal aviation safety inspectors?

| | |
|---|---|
| ADDRESS | |
| OPERATIONS | TELEPHONE |
| AIRWORTHINESS | TELEPHONE |
| AVIONICS | TELEPHONE |

e. List all aircraft accidents as defined by NTSB 830 in the last four years. Include date, location, type of aircraft, type of operation *(i.e., Part 121, Part 135, Part 91)*, number of fatalities, and extent of damage.

f. Do you have any open Enforcement Investigation Reports *(EIR)* with the FAA? If so, briefly explain their nature and your company's position.

g. Will the operations you plan on performing for the DOD require any changes to your FAA operating specifications?

ADDITIONAL COMMENTS: *(Comments you wish to make about your company or its health.)*

Attachment A

PRICING SHEETS

## FIRM PERIOD (FIRM DETACHMENT ALPHA)

### CLIN 1 DIT Testing

| CLIN | Description | Unit Price | Quantity | Unit | Total Price |
|---|---|---|---|---|---|
| 1 AA | DIT Detachment Per Diem | | 20 | Days | |
| 1 AB | DIT Aircraft #1 Flight Rate | | 25 | Hours | |
| 1 AC | DIT Aircraft #2 Flight Rate | | 25 | Hours | |
| | Aircraft Delivery/Redelivery Price for DIT Testing | | | | |
| 1 AD | Aircraft #1 Delivery/Redelivery | | 1 | Lumpsum | |
| 1 AE | Aircraft #2 Delivery/Redelivery | | 1 | Lumpsum | |
| 1 AF | Ground School | | 2 | Student | |

## OPTION ONE (First Deployment)
## (Estimated Deployment of 1 December 2005)

### CLIN 2 Detachment Prices

| CLIN | Description | Unit Price | Quantity | Unit | Total Price |
|---|---|---|---|---|---|
| 2 AA | Detachment Per Diem (Aboard Vessel) | | 299 | Days (est) | |
| 2 AB | Detachment Per Diem (Ashore) | | 5 | Days (est) | |
| 2 AC | Aircraft #1 Flight Rate | | 120 | Hours (est) | |
| 2 AD | Aircraft #2 Flight Rate | | 120 | Hours (est) | |
| 2 AE | Bi-Annual Inspections | | 2 | Inspection | |

## OPTION TWO (Second Deployment)

### CLIN 3 Detachment Prices

| CLIN | Description | Unit Price | Quantity | Unit | Total Price |
|---|---|---|---|---|---|
| 3 AA | Detachment Per Diem (Aboard Vessel) | | 360 | Days (est) | |
| 3 AB | Detachment Per Diem (Ashore) | | 5 | Days (est) | |
| 3 AC | Aircraft #1 Flight Rate | | 144 | Hours (est) | |
| 3 AD | Aircraft #2 Flight Rate | | 144 | Hours (est) | |
| 3 AE | Bi-Annual Inspections | | 2 | Inspection | |

## OPTION THREE (Third Deployment)

### CLIN 4 Detachment Prices

| CLIN | Description | Unit Price | Quantity | Unit | Total Price |
|---|---|---|---|---|---|
| 4 AA | Detachment Per Diem (Aboard Vessel) | | 361 | Days (est) | |
| 4 AB | Detachment Per Diem (Ashore) | | 5 | Days (est) | |
| 4 AC | Aircraft #1 Flight Rate | | 144 | Hours (est) | |
| 4 AD | Aircraft #2 Flight Rate | | 144 | Hours (est) | |
| 4 AE | Bi-Annual Inspections | | 2 | Inspection | |

## OPTION FOUR (Fourth Deployment)

### CLIN 5 Detachment Prices

| CLIN | Description | Unit Price | Quantity | Unit | Total Price |
|---|---|---|---|---|---|
| 5 AA | Detachment Per Diem (Aboard Vessel) | | 360 | Days (est) | |
| 5 AB | Detachment Per Diem (Ashore) | | 5 | Days (est) | |
| 5 AC | Aircraft #1 Flight Rate | | 144 | Hours (est) | |
| 5 AD | Aircraft #2 Flight Rate | | 144 | Hours (est) | |
| 5 AE | Bi-Annual Inspections | | 2 | Inspection | |

Attachment A
PRICING SHEETS

**OPTION FIVE (Fifth Deployment)**

**CLIN 6 Detachment Prices**

| | | | | |
|---|---|---|---|---|
| 6 AA Detachment Per Diem (Aboard Vessel) | | 360 | Days (est) | |
| 6 AB Detachment Per Diem (Ashore) | | 5 | Days (est) | |
| 6 AC Aircraft #1 Flight Rate | | 144 | Hours (est) | |
| 6 AD Aircraft #2 Flight Rate | | 144 | Hours (est) | |
| 6 AE Bi-Annual Inspections | | 2 | Inspection | |

**CLIN 7 Deployed Detachment Delivery/Redelivery Prices**

Aircraft Redelivery Price (*if options not exercised)*

| | | | | |
|---|---|---|---|---|
| 7 AC Aircraft #1 Redelivery Price | | 1 | Lumpsum | |
| 7 AD Aircraft #2 Redelivery Price | | 1 | Lumpsum | |

**CLIN 8 Reimbursables** $50,000.00 (Est)

8 AA Landing Ramp Fees
8 AB Misc.

**CLIN 9 Not Separately Priced Items**

9 AA Reports
9 AB Fuel
9 AC Travel

Attachment A
PRICING SHEETS

**DETACHMENT BRAVO (To be Deployed October 2007)**

**OPTION TWO-B (First Deployment)**

**CLIN 3 Detachment Prices**

| CLIN | Description | Unit Price | Quantity | Unit | Total Price |
|---|---|---|---|---|---|
| 3 AA | Detachment Per Diem (Aboard Vessel) | | 360 | Days (est) | |
| 3 AB | Detachment Per Diem (Ashore) | | 5 | Days (est) | |
| 3 AC | Aircraft #1 Flight Rate | | 144 | Hours (est) | |
| 3 AD | Aircraft #2 Flight Rate | | 144 | Hours (est) | |
| 3 AE | Bi-Annual Inspections | | 2 | Inspection | |

**OPTION THREE-B (Second Deployment)**

**CLIN 4 Detachment Prices**

| CLIN | Description | Unit Price | Quantity | Unit | Total Price |
|---|---|---|---|---|---|
| 4 AA | Detachment Per Diem (Aboard Vessel) | | 361 | Days (est) | |
| 4 AB | Detachment Per Diem (Ashore) | | 5 | Days (est) | |
| 4 AC | Aircraft #1 Flight Rate | | 144 | Hours (est) | |
| 4 AD | Aircraft #2 Flight Rate | | 144 | Hours (est) | |
| 4 AE | Bi-Annual Inspections | | 2 | Inspection | |

**OPTION FOUR-B (Third Deployment)**

**CLIN 5 Detachment Prices**

| CLIN | Description | Unit Price | Quantity | Unit | Total Price |
|---|---|---|---|---|---|
| 5 AA | Detachment Per Diem (Aboard Vessel) | | 360 | Days (est) | |
| 5 AB | Detachment Per Diem (Ashore) | | 5 | Days (est) | |
| 5 AC | Aircraft #1 Flight Rate | | 144 | Hours (est) | |
| 5 AD | Aircraft #2 Flight Rate | | 144 | Hours (est) | |
| 5 AE | Bi-Annual Inspections | | 2 | Inspection | |

**OPTION FIVE-B (Fourth Deployment)**

**CLIN 6 Detachment Prices**

| CLIN | Description | Unit Price | Quantity | Unit | Total Price |
|---|---|---|---|---|---|
| 6 AA | Detachment Per Diem (Aboard Vessel) | | 360 | Days (est) | |
| 6 AB | Detachment Per Diem (Ashore) | | 5 | Days (est) | |
| 6 AC | Aircraft #1 Flight Rate | | 144 | Hours (est) | |
| 6 AD | Aircraft #2 Flight Rate | | 144 | Hours (est) | |
| 6 AE | Bi-Annual Inspections | | 2 | Inspection | |

**CLIN 7 Deployed Detachment Delivery/Redelivery Prices**

7 Aircraft Delivery Price for Deployment

| CLIN | Description | Unit Price | Quantity | Unit | Total Price |
|---|---|---|---|---|---|
| 7 AA | Aircraft #1 Delivery | | 1 | Lumpsum | |
| 7 AB | Aircraft #2 Delivery | | 1 | Lumpsum | |

Aircraft Redelivery Price (*if options not exercised)*

| CLIN | Description | Unit Price | Quantity | Unit | Total Price |
|---|---|---|---|---|---|
| 7 AC | Aircraft #1 Redelivery Price | | 1 | Lumpsum | |
| 7 AD | Aircraft #2 Redelivery Price | | 1 | Lumpsum | |

**Attachment A**
**PRICING SHEETS**

**CLIN 8 Reimbursables** $50,000.00 (Est)

8 AA Landing Ramp Fees
8 AB Misc.

**CLIN 9 Not Separately Priced Items**

9 AA Reports
9 AB Fuel
9 AC Travel

Attachment A
PRICING SHEETS

**DETACHMENT CHARLIE (To be Deployed October 2008)**

**OPTION THREE-C (First Deployment)**

**CLIN 4 Detachment Prices**

| | | Unit Price | Quantity | Unit | Total Price |
|---|---|---|---|---|---|
| 4 AA | Detachment Per Diem (Aboard Vessel) | | 361 | Days (est) | |
| 4 AB | Detachment Per Diem (Ashore) | | 5 | Days (est) | |
| 4 AC | Aircraft #1 Flight Rate | | 144 | Hours (est) | |
| 4 AD | Aircraft #2 Flight Rate | | 144 | Hours (est) | |
| 4 AE | Bi-Annual Inspections | | 2 | Inspection | |

**OPTION FOUR-C (Second Deployment)**

**CLIN 5 Detachment Prices**

| | | | | | |
|---|---|---|---|---|---|
| 5 AA | Detachment Per Diem (Aboard Vessel) | | 360 | Days (est) | |
| 5 AB | Detachment Per Diem (Ashore) | | 5 | Days (est) | |
| 5 AC | Aircraft #1 Flight Rate | | 144 | Hours (est) | |
| 5 AD | Aircraft #2 Flight Rate | | 144 | Hours (est) | |
| 5 AE | Bi-Annual Inspections | | 2 | Inspection | |

**OPTION FIVE-C (Third Deployment)**

**CLIN 6 Detachment Prices**

| | | | | | |
|---|---|---|---|---|---|
| 6 AA | Detachment Per Diem (Aboard Vessel) | | 360 | Days (est) | |
| 6 AB | Detachment Per Diem (Ashore) | | 5 | Days (est) | |
| 6 AC | Aircraft #1 Flight Rate | | 144 | Hours (est) | |
| 6 AD | Aircraft #2 Flight Rate | | 144 | Hours (est) | |
| 6 AE | Bi-Annual Inspections | | 2 | Inspection | |

**CLIN 7 Deployed Detachment Delivery/Redelivery Prices**

7 Aircraft Delivery Price for Deployment

| | | | | | |
|---|---|---|---|---|---|
| 7 AA | Aircraft #1 Delivery | | 1 | Lumpsum | |
| 7 AB | Aircraft #2 Delivery | | 1 | Lumpsum | |

Aircraft Redelivery Price (*if options not exercised)*

| | | | | | |
|---|---|---|---|---|---|
| 7 AC | Aircraft #1 Redelivery Price | | 1 | Lumpsum | |
| 7 AD | Aircraft #2 Redelivery Price | | 1 | Lumpsum | |

**CLIN 8 Reimbursables** $50,000.00 (Est)

8 AA Landing Ramp Fees
8 AB Misc.

**CLIN 9 Not Separately Priced Items**

9 AA Reports
9 AB Fuel
9 AC Travel

PAST PERFORMANCE QUESTIONNAIRE
Procurement Sensitive
See FAR 3.104

**TO:** ______________________ **FACSIMILE:** ____________________

**PHONE:** ______________________ **EMAIL:** ____________________

# INFORMATION REQUEST
# PAST PERFORMANCE

Military Sealift Command (MSC) is currently in the process of soliciting proposals for RFP # N00033-05-C-1004 (Vertical Replenishment Services). **[CONTRACTOR NAME]** has provided your name and organization as a reference regarding **[CONTRACTOR'S NAME]** record of past performance under Contract No. **[CONTRACT NUMBER]**. Specifically, we are looking for past performance information in the following areas:

a.) Quality of Product or Service
b.) Timeliness or Scheduling of Service/Deliveries
c.) Business Relations/Customer Satisfaction
d.) Key Personnel and Staffing (Including Subcontractors)
e.) Cost Control (COST CONTRACTS ONLY)

In order for our team to compile its evaluation, we request that you complete the attached survey form, in addition to any other pertinent information and either fax, or email it to **Mr. Mike Vicory:**

**Email: michael.vicory@navy.mil**
**Fax: (202) 685-5966**

Any relevant information you have would be vital in our assessment of the aforementioned Contractor.

---

For your convenience, a cover sheet for use in faxing is provided below.

## *Military Sealift Command*
Attn: Mike Vicory, Contract Specialist

---

**From:** (Name and Address of Firm) ____________________
____________________
____________________

(Point of Contact Name) ____________________
(Facsimile/Phone Number) ____________________
(E-mail Address) ____________________

**To** (Point of Contact Name) Mike Vicory
(Facsimile/Phone Number) 202-685-5966
(E-mail Address) michael.vicory@navy.mil

**PAST PERFORMANCE QUESTIONNAIRE**
Procurement Sensitive
See FAR 3.104

# CONTRACTOR PERFORMANCE EVALUATION SURVEY

CONTRACTOR NAME:____________________ CONTRACT NUMBER: N00033-05-R-1004

EVALUATION PERIOD:____________________ DELIVERY ORDER NO.:________________

1. Please describe the service/supply provided by the Contractor for your firm.

2. Please provide ratings and comments regarding the Contractor's performance in each area below using the following ratings: Exceptional (E), Very Good (VG), Satisfactory(S), Marginal (M), or Unsatisfactory (U). See next page for definition of ratings. **For ratings of "Exceptional" or "Unsatisfactory," please provide a brief explanation.**

| | EXCEPTIONAL | VERY GOOD | SATISFACTORY | MARGINAL | UNSATISFACTORY |
|---|---|---|---|---|---|
| OVERALL PAST PERFORMANCE RATING<br>Please provide an overall rating of the contractor's past performance for the referenced contract/delivery order. | | | | | |
| a.) Quality of Product or Service: | | | | | |
| b.) Timeliness or Scheduling of Service/Deliveries: | | | | | |
| c.) Business Relations/Customer Satisfaction | | | | | |
| d.) Key Personnel and Staffing (Including Subcontractors) | | | | | |

3. Would you hire this contractor to provide services for your organization in the future? Please provide comments using additional pages if desired.

Signed:________________________

**PAST PERFORMANCE QUESTIONNAIRE**
Procurement Sensitive
See FAR 3.104

## CONTRACTOR PERFORMANCE EVALUATION SURVEY CONTINUED

DEFINITION OF RATINGS FOR PAST PERFORMANCE

**Exceptional**: Performance met and exceeded many contractual requirements to the customer's benefit. Performance being assessed was accomplished with few minor problems for which corrective actions taken by the contractor were highly effective. The Offeror's past performance record, considering past performance and relevance to the instant procurement, leads to an extremely strong expectation of successful performance.

**Very Good:** Performance met and exceeded some contractual requirements to the customer's benefit. Performance being assessed was accomplished with some minor problems for which corrective actions taken by the contractor were effective. Offeror's past performance record, considering past performance and relevance to the instant procurement, leads to a strong expectation of successful performance.

**Satisfactory:** Performance met contractual requirements. Performance being assessed contained some minor problems for which corrective actions taken by the contractor appeared to be or were satisfactory. Offeror's past performance record, considering past performance and relevance to the instant procurement, leads to an expectation of successful performance.

**Marginal:** Performance did not meet some contractual requirements. Performance being assessed reflected a serious problem for which the contractor did not identify corrective actions. The contractor's proposed actions were only marginally effective or were not fully implemented. Offeror's past performance record, considering past performance and relevance to the instant procurement, leads to an expectation that successful performance might be difficult to achieve or that it can occur only with increased levels of Government management/oversight.

**Unsatisfactory:** Performance did not meet most contractual requirements and recovery did not occur in a timely manner. Performance being assessed contained serious problem(s) for which the contractor's corrective actions appeared or were ineffective. Offeror's past performance record, considering past performance and relevance to the instant procurement, leads to an extremely strong expectation that successful performance will not be achieved.