22 March 2006

MEMORANDUM TO THE FILE

Subj: AMENDMENT 0009 FPR DUE DATE EXTENSION

Ref (a) MSC Solicitation: N00033-05-R-1004

1. Ref (a) solicitation provides three helicopter detachments (two aircraft per detachment) to provide ship-based and/or shore-based vertical replenishment services and other duties to meet 5th and 7th Fleet VERTREP requirements.

2. Solicitation was issued 20 May 2005. Amendment 0002 extended the closing date to 14 July 2005. Amendment 0008 set the closing date and time for Final Proposal Revisions (FPR's) to 22 March 2006 at 2:00 PM (Washington DC Time).

3. FPR packages from four out of the five contractors were received in a timely manner.

4. Presidential Airways, Inc. DBA Blackwater Aviation sent MSC an email dated 22 March 2006 at 12:16 PM stating "FedEx had weather delays in Memphis and the package arrive to DC after the driver was dispatched for the day. FedEx advises that it will be delivered today, just not sure when." The MSC Mailroom received the FPR package from Presidential Airways, Inc. on 22 March 2006 at 2:30 PM.

5. In order to obtain maximum competition for this unique requirement, it is determined that it is in the best interest of the Government to extend the closing date and time for submission of FPR's. This extension will not unduly delay the acquisition.

6. Amendment 0009 extends the due date and time for FPR's to 23 March 2006 at 11:00 AM.

Brian Kimm

BRIAN KIMM
Contract Specialist

Cathlene Jo Stangler

CATHLENE JO STANGLER
Contracting Officer

Exhibit 3