15 Aug 2006

**MEMORANDUM TO THE FILE**

Subject: N00033-05-R-1004-0012; Guam Helos

Amendment 0012 of solicitation N00033-05-R-1004 was issued on 15 August 2006. The subject amendment extended the time in which proposals were due until 4:00 pm Washington DC local time. This amendment was issued in order to promote greater competition.

This amendment was issued in order to allow for the maximum competition among all offerors who remain in the competitive range. Issuing this amendment is in the best interest of the Government.

Cathlene Jo Stangler

CATHLENE JO STANGLER
Contracting Officer, N1021

David Little

DAVID LITTLE
Contract Specialist

Exhibit 8