# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

1. CONTRACT ID CODE: J
PAGE OF PAGES: 1 | 3

2. AMENDMENT/MODIFICATION NO.: 0007
3. EFFECTIVE DATE: 03-Mar-2006
4. REQUISITION/PURCHASE REQ. NO.:
5. PROJECT NO.(If applicable):

6. ISSUED BY — CODE: N00033
RY SEALIFT COMMAND, N1021/ PM1
HARLES MORRIS COURT, SE
INGTON NAVY YARD DC 20398

7. ADMINISTERED BY (If other than item 6) — CODE:
See Item 6

8. NAME AND ADDRESS OF CONTRACTOR (No., Street, County, State and Zip Code)

CODE | FACILITY CODE

X 9A. AMENDMENT OF SOLICITATION NO.: N00033-05-R-1004
X 9B. DATED (SEE ITEM 11): 20-May-2005
10A. MOD. OF CONTRACT/ORDER NO.:
10B. DATED (SEE ITEM 13):

11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

[X] The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offer [ ] is extended, [ ] is not extended.

Offer must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended by one of the following methods:
(a) By completing Items 8 and 15, and returning ______ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)

13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS.
IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.

'HE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying ffice, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(B).

. HIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:

D. OTHER (Specify type of modification and authority)

E. IMPORTANT: Contractor [ ] is not, [ ] is required to sign this document and return ______ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

Please see attached.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

15A. NAME AND TITLE OF SIGNER (Type or print)

16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print)
TEL: EMAIL:

15B. CONTRACTOR/OFFEROR
______
(nature of person authorized to sign)

15C. DATE SIGNED

16B. UNITED STATES OF AMERICA
BY ______
(Signature of Contracting Officer)

16C. DATE SIGNED: 03-Mar-2006

A 'TION TO SF 30
APPROVED BY OIRM 11-84

30-105-04

STANDARD FORM 30 (Rev. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

Exhibit 9

ION SF 30 BLOCK 14 CONTINUATION PAGE

**The following items are applicable to this modification:**

AMENDMENT

SECTION SF 30 BLOCK 14 CONTINUATION PAGE

**The following items are applicable to this modification:**
AMENDMENT
The purpose of this amendment is to make changes to Solicitation N00033-05-R-1004:

**Changes:**

1) Add the following to Section C 4.3.1: The following clearances are encouraged for ease of level one certificated maintenance to be performed on shipboard hangared rotary wing aircraft and safety while stowing of aircraft:

Hangar Door clearances: 12" above, 24" each side.

Inside Hangar: 18" above, 27" around, and 54" between each aircraft.

2) Make the following change to Section C.4.4.1. Add:

(vi) 225 – 399.975 MHZ AM / FM, 7000 Channels

3) Make the following change to Section C.8.2:

C.8.2. The contractor warrants that prior to conducting operations, it shall obtain current Aviation Facility Licenses authorizing operations (as appropriate) at Naval Air Stations and Air Force Bases in the intended areas of operations. Responsibility for obtaining these licenses remains with the contractor.

4) Make the following change to F 4.0: BRAVO DETACHMENT Deployment Schedule: Within one year after deployment of ALPHA DETACHMENT. CHARLIE DETACHMENT Deployment Schedule: Within one year after deployment of BRAVO DETACHMENT.

5) Add the following to Section L of the RFP:

Section L6.3.2 SECTION 2: Support Concepts and Experience

(6) Quality Assurance Plan – This shall consist of a narrative description of the offeror's quality control system and how it will be applied to this contract, and a discussion of how the risk of non-performance will be minimized in this area.

6) Make the following change to Section L6.3.3 SECTION 3: Certifications/Documentation/Drawings:

AMC/CARB Certification – Provide copes of any relevant AMC/CARB certification for the carriage of Government personnel and/or cargo or plan for obtaining certification with relevant milestones and proposed dates.

7) Make the following changes to M 2.1.2 Technical Quality

(1) Last sentence of first paragraph - change to read "Technical sub-sub factors 1.1 and 1.2 are of equal importance, and technical sub-sub factors 2.1, 2.2, 2.3, 2.4, 2.5, 2.6 and 2.7 are of equal importance."

Under 2.0 Support Concept and Experience - add: "2.7 Current CARB Approval for Rotary Wing Aircraft or realistic plan to obtain CARB approval within 6 months after award."

23 February 2006

MEMORANDUM TO THE FILE

Subj: AMENDMENT 0007 CARB APPROVAL PREFERENCE

Ref (a) MSC Solicitation: N00033-05-R-1004
(b) DODD 4500.53, http://www.dtic.mil/whs/directives/corres/html2/d450053x.htm

1. Ref (a) solicitation provides three helicopter detachments (two aircraft per detachment) to provide ship-based and/or shore-based vertical replenishment services and other duties to meet 5th and 7th Fleet VERTREP requirements.

2. Per Section C 8.4, Contractor shall maintain a satisfactory Air Mobility Command (AMC) certification for carrying Government passengers and cargo. Per Section F 1.2, the Pre-Delivery/AMC Inspection Period is from date of award to the date of on-hire, estimated to be 6 months, but not to exceed 12 months. This period allows the awardee to obtain and outfit both aircraft and crews, and to under-go AMC inspections, if required.

3. The purpose of adding Commercial Airlift Review Board (CARB) approval as slight preference to this amendment is as follows:

   a. To deploy detachments sooner;

   b. To minimize risk of mission failure if successful awardee does not have CARB;

   c. To minimize risk of mission delay if successful awardee does not have CARB; and

   d. To assure aircraft safety.

4. Consideration shall be given to Contractors who demonstrate the least risk of being able to begin operations by the end of summer 2006. Customer is willing to pay a little more for a Contractor with CARB approval.

BRIAN KIMM
Contract Specialist

CATHLENE JO STANGLER
Contracting Officer