# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

1. CONTRACT ID CODE: J

PAGE OF PAGES: 1 | 2

AMENDMENT/MODIFICATION NO.: 0011

3. EFFECTIVE DATE: 11-Aug-2006

4. REQUISITION/PURCHASE REQ. NO.:

5. PROJECT NO.(If applicable):

6. ISSUED BY CODE N00033

MILITARY SEALIFT COMMAND, N1021/PM1
914 CHARLES MORRIS COURT, SE
WASHINGTON NAVY YARD DC 20398

7. ADMINISTERED BY (If other than item 6) CODE

**See Item 6**

8. NAME AND ADDRESS OF CONTRACTOR (No., Street, County, State and Zip Code)

CODE | FACILITY CODE

X 9A. AMENDMENT OF SOLICITATION NO.
N00033-05-R-1004

X 9B. DATED (SEE ITEM 11)
20-May-2005

10A. MOD. OF CONTRACT/ORDER NO.

10B. DATED (SEE ITEM 13)

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

[X] The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offer [ ] is extended, [X] is not extended.

Offer must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended by one of the following methods:
(a) By completing Items 8 and 15, and returning 1 copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS. IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.

B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(B).

C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:

D. OTHER (Specify type of modification and authority)

E. IMPORTANT: Contractor [ ] is not, [ ] is required to sign this document and return ______ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

Please see attached.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

15A. NAME AND TITLE OF SIGNER (Type or print)

16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print)

TEL: EMAIL:

15B. CONTRACTOR/OFFEROR

(Signature of person authorized to sign)

15C. DATE SIGNED

16B. UNITED STATES OF AMERICA

BY

(Signature of Contracting Officer)

16C. DATE SIGNED

11-Aug-2006

EXCEPTION TO SF 30
APPROVED BY OIRM 11-84

30-105-04

STANDARD FORM 30 (Rev. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

Exhibit 10

SECTION SF 30 BLOCK 14 CONTINUATION PAGE

**The following items are applicable to this modification:**

AMENDMENT

The purpose of this amendment is to make changes to Solicitation N00033-05-R-1004 and to provide further instructions to offerors:

**Changes:**

1) Make the following change to Section C 2.2.1:

C 2.2.1 Three Detachments:

(1) Alpha Detachment will be deployed October 2006 (est) for 12 months onboard ship each year.
(2) Bravo Detachment will be deployed October 2007 for 12 months onboard ship each year.
(3) Charlie Detachment will be deployed October 2008 for 12 months onboard ship each year.

2) Make the following change to Section F 1.1:

F 1.1 The contract is anticipated to be for one firm period with five optional periods as shown in F1.2, below. Total contract period shall not exceed six years from the date of award. **The anticipated start of performance is 1 October 2006.**

3) A revised Attachment A – Pricing Sheets is enclosed. Offerors may submit their revised Attachment A to fax 202-685-5989 or email cathy.stangler@navy.mil.

**Instructions to Offerors:**

Due date for Final Proposal Revisions (FPRs) has not changed. FPRs must include a complete offer with all changes/modifications made to date. Any changes/modifications made to your offer in response to the last round of discussions beginning 4 August 2006 should be highlighted/annotated as such.