Robert K. Stewart, Jr.
Davis Wright Tremaine LLP
701 West 8th Avenue, Suite 800
Anchorage, Alaska 99501
Phone: (907) 257-5300
Fax: (907) 257-5399

Attorneys for Plaintiff Geo-Seis Helicopters, Inc.

IN THE UNITED STATES COURT OF FEDERAL CLAIMS
Bid Protest

| | | |
|---|---|---|
| GEO-SEIS HELICOPTERS, INC., Plaintiff, vs. THE UNITED STATES, Defendant. | ) | Case No. 07-155 C (Judge Lettow) |

AFFIDAVIT OF RONALD BLACK

STATE OF COLORADO )
) ss.
COUNTY OF LARIMER )

Ronald Black, being first duly sworn on oath, deposes and says as follows:

1. I am the Director of Operations of Geo-Seis Helicopters, Inc. I am competent to make this affidavit, and do so on the basis of personal knowledge except as may be otherwise stated below.

2. Based upon information and belief, the two Presidential Airways, Inc.

Davis Wright Tremaine LLP
LAW OFFICES
Suite 800 · 701 West 8th Avenue
Anchorage, Alaska 99501
(907) 257-5300 · Fax: (907) 257-5399

helicopters which will comprise Alpha Detachment were mobilized from Ft. Collins, Colorado to San Diego, California commencing on March 5, 2007. Based further upon information and belief, those two helicopters are currently undergoing necessary maintenance in anticipation of deployment. Based further upon information and belief, those two helicopters may be scheduled to depart San Diego, California within the next week.

3. Replenishment at sea can take the form of either vertical replenishment, using helicopters, or conventional replenishment, using pulley lines between ships. Although vertical replenishment is the preferred method of moving cargo between ships, conventional replenishment is still a common practice. The Navy has approximately 1,300 rotor wing aircraft in its inventory, nearly all of which capable of external load missions. Navy vessels also have the option of replenishment ashore, which can be accomplished at any port facility.

Dated this 14th day of March, 2007.

Ronald Black

SUBSCRIBED AND SWORN TO before me this 14th day of March, 2007.

CHRISTINE BURCAW NOTARY PUBLIC STATE OF COLORADO

Notary Public in and For the State of Colorado
My commission expires: 5-31-08

Davis Wright Tremaine LLP
LAW OFFICES
Suite 800 · 701 West 8th Avenue
Anchorage, Alaska 99501
(907) 257-5300 · Fax: (907) 257-5399