IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 07-155C

(Filed: March 14, 2007)

GEO-SEIS HELICOPTERS, INC.

Plaintiff,

v.

UNITED STATES,

Defendant, and

PRESIDENTIAL AIRWAYS, INC.,

Intervening Defendant.

SCHEDULING ORDER

Pending before the court is the plaintiff's application, filed on this date, seeking a temporary restraining order. A hearing shall be held on March 16, 2007, at 3:00 p.m. EDT to address this application. The hearing shall take place by telephonic means. The court will initiate the call.

It is so **ORDERED**.

s/ Charles F. Lettow
Judge