# SOLICITATION, OFFER AND AWARD

1. THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 700) | RATING | PAGE 1 OF 84 PAGES

| 2. CONTRACT NO. | 3. SOLICITATION NO. | 4. TYPE OF SOLICITATION | 5. DATE ISSUED | 6. REQUISITION/PURCHASE NO. |
|---|---|---|---|---|
| N00033-07-C-1004 | N00033-05-R-1004 | [ ] SEALED BID (IFB) [X] NEGOTIATED (RFP) | 20 May 2005 | |

7. ISSUED BY CODE N00033
ARY SEALIFT COMMAND, N1021/ PM1
IARLES MORRIS COURT, SE
SHINGTON NAVY YARD DC 20398
TEL: 202.685.5952
FAX: 202.685.5966

8. ADDRESS OFFER TO (If other than Item 7) CODE
See Item 7
TEL:
FAX

NOTE: In sealed bid solicitations "offer" and "offeror" mean "bid" and "bidder".

## SOLICITATION

9. Sealed offers in original and ______ copies for furnishing the supplies or services in the Schedule will be received at the place specified in Item 8, or if handcarried, in the depository located in ______ until 12:00 PM (Hour) local time 11 Jul 2005 (Date)

CAUTION - LATE Submissions, Modifications, and Withdrawals: See Section L, Provision No. 52.214-7 or 52.215-1. All offers are subject to all terms and conditions contained in this solicitation.

| 10. FOR INFORMATION CALL: | A. NAME | B. TELEPHONE (Include area code) (NO COLLECT CALLS) | C. E-MAIL ADDRESS |
|---|---|---|---|
| | MICHAEL VICORY | 202-685-0510 | michael.vicory@navy.mil |

11. TABLE OF CONTENTS

| (X) | SEC. | DESCRIPTION | PAGE(S) | (X) | SEC. | DESCRIPTION | PAGE(S) |
|---|---|---|---|---|---|---|---|
| | | PART I - THE SCHEDULE | | | | PART II - CONTRACT CLAUSES | |
| X | A | SOLICITATION/ CONTRACT FORM | | X | I | CONTRACT CLAUSES | |
| X | B | SUPPLIES OR SERVICES AND PRICES/ COSTS | | | | PART III - LIST OF DOCUMENTS, EXHIBITS AND OTHER ATTACHMENTS | |
| X | C | DESCRIPTION/ SPECS./ WORK STATEMENT | | X | J | LIST OF ATTACHMENTS | |
| X | D | PACKAGING AND MARKING | | | | PART IV - REPRESENTATIONS AND INSTRUCTIONS | |
| X | E | INSPECTION AND ACCEPTANCE | | X | K | REPRESENTATIONS, CERTIFICATIONS AND OTHER STATEMENTS OF OFFERORS | |
| X | F | DELIVERIES OR PERFORMANCE | | | | | |
| X | G | CONTRACT ADMINISTRATION DATA | | X | L | INSTRS., CONDS., AND NOTICES TO OFFERORS | |
| X | H | SPECIAL CONTRACT REQUIREMENTS | | X | M | EVALUATION FACTORS FOR AWARD | |

## OFFER (Must be fully completed by offeror)

NOTE: Item 12 does not apply if the solicitation includes the provisions at 52.214-16, Minimum Bid Acceptance Period.

12. In compliance with the above, the undersigned agrees, if this offer is accepted within ______ calendar days (60 calendar days unless a different period serted by the offeror) from the date for receipt of offers specified above, to furnish any or all items upon which prices are offered at the price set opposite .i item, delivered at the designated point(s), within the time specified in the schedule.

13. DISCOUNT FOR PROMPT PAYMENT (See Section I, Clause No. 52.232-8)

14. ACKNOWLEDGMENT OF AMENDMENTS (The offeror acknowledges receipt of amendments to the SOLICITATION for offerors and related documents numbered and dated):

| AMENDMENT NO. | DATE | AMENDMENT NO. | DATE |
|---|---|---|---|
| | | | |

15A. NAME AND ADDRESS OF OFFEROR CODE ______ FACILITY 1WVA5
PRESIDENTIAL AIRWAYS, INC.
1371 GENERAL AVIATION DRIVE
MELBOURNE, FL 32935

16. NAME AND TITLE OF PERSON AUTHORIZED TO SIGN OFFER (Type or print)
Richard J. Pere, Sr.
PRESIDENT

15B. TELEPHONE NO (Include area code) (321) 253 1655

15C. CHECK IF REMITTANCE ADDRESS IS DIFFERENT FROM ABOVE - ENTER SUCH ADDRESS IN SCHEDULE. [ ]

17. SIGNATURE [signature]

18. OFFER DATE 3/21/2006

## AWARD (To be completed by Government)

19. ACCEPTED AS TO ITEMS NUMBERED Your offer as amended via 0001-0012 is hereby accepted.

20. AMOUNT $ -0-

21. ACCOUNTING AND APPROPRIATION

22. AUTHORITY FOR USING OTHER THAN FULL AND OPEN COMPETITION:
[ ] 10 U.S.C. 2304(c)( ) [ ] 41 U.S.C. 253(c)( )

23. SUBMIT INVOICES TO ADDRESS SHOWN IN (4 copies unless otherwise specified) ITEM

24. ADMINISTERED BY (If other than Item 7) CODE

25. PAYMENT WILL BE MADE BY CODE

26. NAME OF CONTRACTING OFFICER (Type or print)
[signature] Kristine R. Boyles
202-685-5957
EMAIL: Kristine.Boyles@navy.mil

27. UNITED STATES OF AMERICA
(Signature of Contracting Officer)

28. AWARD DATE 11/2/2006

IMPORTANT - Award will be made on this Form, or on Standard Form 26, or by other authorized official written notice.