U.S. Small Business Administration
SBA
America's Small Business Resource

# Fax Transmission Cover Sheet

1-800-U ASK SBA www.sba.gov answerdesk@sba.gov

To: ______

Organization: ______

Phone: ______ Fax: ______

Date: 12-8-2006 Time: ______

**From:** Pat Lee

Office: ONA

Phone: ______ Fax: ______

No. of pages (including this cover sheet) 6

**Message:** to:
Michael Hatcher-202-508-6699
Catty Strangler-202-685-5966
David Hammond-202-628-5116
Mitchell Morand-404-331-2956
William Leaky-623-935-4568
John Klein-202-205-6873
Stephen Kong-202-205-6846

## In fiscal 2002 the SBA --

backed more than $17.3 billion in financing to America's small businesses.

made nearly 22,000 disaster-recovery loans worth more than $1.3 billion.

responded to more than 258,000 telephone, e-mail and letter requests, usually within two business days.

## The SBA vision:

### Simplification

- 24/7 access
- Straightforward answers
- Streamlined forms and processes

### Dedication

- Knowledgeable national network
- Small business solutions are our priority
- Products and services designed specifically for your business

### Innovation

- Inspiring people and utilizing technology
- Leading change on behalf of hard-working customers
- Developing workable solutions to business changes

## Did you know that America's 22.4 million small businesses --

- employ more than 51 percent of the private work force?
- generate more than 52 percent of the nation's gross domestic product?
- are the principal source of new jobs?

*TE: Fax machines using thermal paper produce an unstable image which will deteriorate. Copy messages onto plain paper prior to ig as a record!*

NFIDENTIALITY NOTE: the information contained in this facsimile transmittal sheet and the document(s) that follow are for the exclusive use of the essee and may contain information protected by the Privacy Act, 5 U.S.C. 552a, or otherwise confidential, privileged, on non-disclosable mation. If the recipient of this facsimile is not the addressee or is not the person responsible for delivering this facsimile to the addressee, the ient may violate the law by reading, photocopying, distributing or otherwise using this facsimile transmission or its contents in any way. If the ient has received this facsimile transmission in error, call the sending office immediately.

Form 959 (03/03) Previous editions are obsolete.

SIZ-4826

UNITED STATES OF AMERICA
SMALL BUSINESS ADMINISTRATION
OFFICE OF HEARINGS AND APPEALS
WASHINGTON, D.C.

| | |
|---|---|
| SIZE APPEALS OF:<br><br>Geo-Seis Helicopters, Inc.<br><br>and<br><br>GCH Services, LLC. d/b/a Gold Coast Helicopters<br><br>Appellants<br><br>RE: Presidential Airways, Inc.<br><br>Solicitation No. N00033-05-R-1004<br>Department of the Navy<br>Military Sealift Command, N1021/PM1<br>Washington Navy Yard, D.C. | Docket Nos. SIZ-2006-11-06-64<br>SIZ-2006-11-07-67<br><br>Decided: December 7, 2006 |

## ORDER DISMISSING APPEAL[1]

HOLLEMAN, Administrative Judge:

## I. BACKGROUND

On May 20, 2005, the Department of Navy, Military Sealift Command, issued the subject solicitation for helicopter replenishment services. The Contracting Officer (CO) issued the solicitation as a 100% small business set-aside per Amendment 0005, and designated North American Industry Classification System (NAICS) code 481212, Nonscheduled Chartered Freight Air Transportation, with a corresponding 1,500 employee size standard, as the applicable NAICS code for this procurement. On June 30, 2005, the CO issued Amendment 0002, extending the due date for offers to July 14, 2005.

[1] This appeal is decided under the Small Business Act of 1958, 15 U.S.C. § 631 *et seq.*, and 13 C.F.R. Parts 121 and 134.

On October 4, 2006, the CO notified the unsuccessful offerors that Presidential Airways, Inc. (Presidential) was the apparent successful offeror. On October 7, 2006, Geo-Seis Helicopters, Inc. (Geo-Seis or Appellant) filed a size protest asserting that Presidential was other than small due to its affiliation with BlackwaterUSA. On October 8, 2006, GCH Services, LLC. d/b/a Gold Coast Helicopters (GCH or Appellant) also filed a protest, alleging that Presidential was other than small because it was affiliated with BlackwaterUSA.

On October 19, 2006, the Small Business Administration (SBA) Area III Office of Government Contracting in Atlanta, Georgia (Area Office) informed Presidential of the protests. On October 27, 2006, Presidential filed a response to the protests.

On November 2, 2006, the Area Office issued Size Determination No. 3-2007-3-4-5. The Size Determination relied upon the NAICS code and 1,500 employee size standard specified in the solicitation. The Size Determination found Presidential a small business for the above-captioned procurement, after finding that "Blackwater security contractors are not employees."

On November 6, 2006, Geo-Seis filed an Appeal Petition challenging the Size Determination. *See* 13 C.F.R. § 134.304. On November 7, 2006, GCH filed another Appeal Petition challenging the same Size Determination. Both Appellants filed their appeals *pro se*. Both appeals raise the same issue, challenging the NAICS code and size standard used in the Size Determination. Appellants assert that the appropriate size standard for this procurement is the size standard applicable under NAICS code 481212's except provision for Offshore Marine Air Transportation Service, which has a corresponding $25.5 million annual receipts size standard. Neither Appeal Petition addressed the issue of whether BlackwaterUSA's security contractors were independent contractors or employees who should have been counted under the employee size standard.

On November 15, 2006, this Office consolidated the appeals, and set November 30, 2006, as the date the Record would close. The November 15th Order provided that no extensions were to be granted absent a showing of good cause.

On November 29, 2006, counsel for Geo-Seis filed a Notice of Appearance. On November 30, 2006, Geo-Seis filed a Motion for Extension of Time; Presidential opposed this Motion as untimely filed pursuant to 13 C.F.R. § 134.211(f). On December 1, 2006, after a telephone conference, I denied the Motion and extended the close of the Record until December 1, 2006. I also determined that the issue of whether BlackwaterUSA's contractors were to be counted as employees was not an issue in this appeal, as Appellants had not raised it in their Appeal Petitions.

On December 1, 2006, I issued a Protective Order in this matter and Presidential filed an Opposition to the Appeal. Presidential asserts that the appeals should be dismissed as untimely NAICS code appeals. On December 4, 2006, I admitted counsel for Geo-Seis under the Protective Order.

## II. DISCUSSION

Appellants filed their appeals within 15 days of receiving the size determination, and were thus timely. 13 C.F.R. § 134.304(a)(1).

However, I must dismiss the appeals. Appellants assert that the NAICS code designation and the size standard the Area Office relied upon were incorrect. However, the Area Office relied upon the CO's designation. Thus, this is in fact a challenge to the NAICS code and size standard designated by the CO in the solicitation. This challenge to the size standard could have, and should have, been raised in a NAICS code appeal filed within 10 days after the issuance of the solicitation. 13 C.F.R. § 121.1103(b)(1). The instant appeal is, in essence, an untimely NAICS code appeal.

Here, the size standard issue is grossly untimely, as any such appeal should have been filed with this Office not later than 10 days after the issuance of the solicitation on May 20, 2005. Accordingly, Appellants should have filed their NAICS code appeals of the NAICS code and size standard no later than May 30, 2005. *See* 13 C.F.R. § 134.304(a)(3). Instead, Appellants waited to challenge this NAICS code designation and size standard in their appeals of the size determination, long after time had expired to file NAICS code appeals. This challenge to the size standard is a challenge to the NAICS code designation. To decide it, I would have to undertake the same analysis as required for a NAICS code appeal, that is, whether the solicitation supported the Nonscheduled Chartered Freight Air Transportation code and size standard or the Offshore Marine Air Transportation Service code and size standard. This would require comparing the requirements in the solicitation to the descriptions of the code, and determining which code and size standard best described the principal purpose of the goods and services being procured, in light of the industry description in the *NAICS Manual*[2] and SBA regulations, the description in the solicitation, and the relative weight of each element in the solicitation. *NAICS Appeal of Med-National, Inc.*, SBA No. NAICS-4762 (2006). This should have been done in a NAICS code appeal, which would have established the appropriate code and size standard at the commencement of the procurement and thus been of benefit to the CO and all potential offerors. To try to rewrite the solicitation now, after the selection of an apparent successful awardee, would be inappropriate and unfair to all other potential offerors.

This Office must dismiss, as an untimely NAICS code appeal, a size appeal that attempts to challenge the solicitation's NAICS code designation and size standard. *Size Appeal of DLT Solutions, Inc.*, SBA No. SIZ-4690 (2005). Accordingly, I must do so here.

---

[2] Executive Office of the President, Office of Management and Budget, *North American Industry Classification System Manual* (2002).

III. CONCLUSION

For the above reasons, I AFFIRM the Area Office's size determination and DISMISS the instant consolidated appeals.

This is the final decision of the Small Business Administration. *See* 13 C.F.R. § 134.316(b).

CHRISTOPHER HOLLEMAN
Administrative Judge

## CERTIFICATE OF SERVICE

I hereby certify that, on December 8, 2006, I served the foregoing, by facsimile upon the following:

Michael R. Hatcher, Esq.
Robert K. Stewart, Jr.
Counsels for Geo-Seis Helicopters, Inc.
Davis Wright Tremaine, LLP
1500 K Street, N.W., Suite 450
Washington, DC 20005-1272
Fax (202) 508-6699

Mitchell Morand, Area Director
U.S. Small Business Administration
Office of Government Contracting, Area 111
233 Peachtree Street, N.E., Suite 1508
Atlanta, GA 30303
Fax (404) 331-2956

Cathy Stangler, Contracting Officer
Dept of the Navy
Military Sealift Command, N1021/PMI
914 Charles Morris Court, S.E.
Washington Navy Yard, DC 20398
Washington, DC 20210
Fax (202) 685-5966

David C. Hammond, Jr., Esq.
John E. McCarthy, Jr., Esq.
Crowell & Moring LLP
Counsels for Presidential Airways, Inc.
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004-2595
Fax (202) 628-5116

Thomas Hauptman, Vice President
Pacific Helicopters, Inc.
Kahului Heiport Hanger #109
Kahului, HI 96732
Fax (808) 871-5806

William D. Tresky, President
GCH Services LLC d/b/a
Gold Coast Helicopters, Inc.
Glendale Airport, Suite 202A
6801 Glen Harbor Blvd.
Glendale, AZ 85307
Fax (623) 935-6568

John W. Klein, Esq.
*Assoc. General Counsel for Procurement Law*
U.S. Small Business Administration
409 Third Street, S.W.
Washington, DC 20416-0005
Fax (202) 205-6873

Stephen D. Kong
*Acting General Counsel*
U.S. Small Business Administration
409 Third Street, S.W.
Washington, DC 20416-0005
Fax (202) 205-6846

Patricia Lee (signature)
Patricia Lee
Office of Hearings and Appeals