**GEO-SEIS**
**Helicopters Inc.**

Corporate Offices
116 North Racquette Drive
Fort Collins, CO 80524-2757

Phone: (970) 484-3600
Fax: (970) 484-4919
Website: www.geoseis.com

November 3, 2006

Office of Hearings and Appeals
Small Business Administration
409 3rd Street, S.W.
Washington, DC 20416

Re: Appeal Petition of Size Determination Case # 3-2007-3, 3-2007-4, 3-2007-5
Date of receipt of the Size determination: 11/2/2006
Size Determination issued by OGC Area Office - III, Atlanta, Georgia
Protested Requirement Solicitation # N00033-05-R-1004
Contracting Officer: Cathy Stangler Military Sealift Command, N1021/PM1
914 Charles Morris Court, SE
Washington Navy Yard DC20398 ph: 202 685-5952

Appellant: Geo-Seis Helicopters, Inc. ph: 303 484-3600, fax: 970 484-4919
116 N. Racquette Dr. Fort Collins, CO 80524-2757

Per 13CFR Ch. 1 Subpart C sec. 134.304 (a)(2) this appeal is timely as the referenced size determination is from a procurement awarded yesterday November 2, 2006 and is being filed within 30 days from the receipt of the size determination.

Per 13CFR Ch.1 Subpart C sec.134.305 (a)(3) Appellant is providing a full and specific statement as to why the size determination is alleged to be in error as follows:

**Appellant's Full and Specific Statement**

1. Appellant originally protested the small business size of Presidential Airways, Inc. on October 7, 2006, directly to the contracting officer of Solicitation # N00033-05-R-1004. This protest was based on the Small business Size Standard of 1500 employees set forth in the solicitation under NAISC Code number 481212 that is the correct NAISC Code for this industry title. (re: attachment # 1)

2. Appellant however found on November 2, 2006 that in 13 CFR Ch.1 sec. 121.201 "Small Business Size Standards by NAICS Industry" Subsector 481-Air Transportation page 304, that reads "481212 Nonscheduled Chartered Freight Air Transportation" **"EXCEPT"** "Offshore Marine Air Transportation Services" "with a size standard in millions of dollars of **$23.5 million.**" (re: attachment # 2)

   This stated 'exception' clearly demonstrates that the solicitation contained the proper NAICS Code of 481212, but had improperly provided the wrong description of services to be performed. The proper description of services to be performed should have been "Offshore Marine Air Transportation Services" under the stated exception

3. Appellant believes that the 481212 description under "Except" "Offshore Marine Air Transportation Services" is applicable and essential to the solicitation and resulting contract based on the following information:

   a. The solicitation description "Nonscheduled Chartered Freight Air Transportation" limits the 'contractor' under the solicitation and contract requirements to fly "Air Freight" missions only.

   b. To fly 'freight' only would be in direct conflict with the Solicitation requirement and Contract performance under Section C2.4 Missions, specifically Subsection C2.4.1 that states, " Detachment will be required to conduct the following missions. (These are absolute requirements that each detachment must be capable of performing)" and Subsection C2.4.5 that states " Internal Passenger transfer for MEDEVAC reasons", and Subsection C2.4.6 that states " Internal Passenger transfer (minimum of five personnel in addition to aircrew)". (re: attachment # 3)

   c. The above stated absolute required mission are completely capable of being performed in accordance with the 481212 description under "Except" "Offshore Marine Air Transportation Services" as there is clearly no limitations for either passengers and or freight missions under this description.

   d. The requirement in the solicitation (see page 11 of 83, Section C2, 0 OBJECTIVES, MISSIONS, CONDITIONS, Subsection C.2.2.1) and during contract performance requires the contractor's Alpha Detachment to perform at sea for a minimum of 10 months of each contract year, it also requires the contractor's Bravo and Charlie Detachments to be at sea 12 months of each contract year and these "Air Transportation Services" requirements are clearly performed in a "Offshore Marine" environment. (re: attachment # 4)

   e. Based on all three Contractors Detachments performing the minimum time required at sea each year for each detachment that would equal a total of 34 months at sea out of a total of 36 available months during any actual one-contract performance year. This equates to a figure of 95 percent of each contract year for all three detachments performing their services at sea in a 'marine' environment.

4. Based on the Appellant's belief that the 481212 "Except" Description of " "Offshore Marine Air Transportation Services" "with a size standard in millions of dollars of **$23.5 million**" is in fact correct, it is also Appellant's belief that Presidential Airways, Inc. of 1371 General Aviation Drive, Melbourne, Florida 32935 with all it's affiliates could not have met prior to the award of the contract yesterday November 2, 2006 or after the contract award this date meet the proper Small Business Size Standard of $23.5 million dollars for the reasons alleged below:

5. In Presidential Airways, Inc. own response to the OGC area III in Atlanta, Georgia to Geo-Seis Helicopters, Inc. protest of October 6, 2006, and others who protested their numeric size of 1,500 or more employees they responded with a list of 29 different affiliates in which the SBA Area Director Mitchell Morand, states " Blackwater USA is not a separate legal entity, it is a name under which various Blackwater entities are doing business as (DBA)."

6. Based on information obtained by Appellant from different news sources, Blackwater's entities have earned hundreds of millions of dollars in the last few years. Appellant has attached various articles to this appeal. Please note below the various amounts reported:

- " The Nation" reports Blackwater was paid **$320,000,000.** between June 2004 and August 10, 2006. (re: attachment # 5)
- " The Nation" reports per the State Department Blackwater was paid **$321,715,794.** (re: attachment # 5)
- "Harpers" reports Blackwater reportedly has revenues of about **$100,000,000**. annually. (re: attachment # 6)
- The Virginia-Pilot reports Blackwater alone has won **$505,000,000**. in publicly identifiable contracts since 2000. . (re: attachment # 7)

**End of Appellant's Full and Specific Statement**

Thank You

William T. Browder
CEO/President
Geo-Seis Helicopters, Inc.

Attached: 7 each attachments, numbers 1 through 7
Attached: Certificate of Service

ATTACHMENT # 1.

Geo-Seis Helicopters Inc.
116 N. Raquette Drive
Ft. Collins, CO 80524-2757



antitrust statutes relating to the submission of offers; or commission of embezzlement, theft, forgery, bribery, falsification or destruction of records, making false statements, tax evasion, or receiving stolen property;

(C) Are ( ) are not ( ) presently indicted for, or otherwise criminally or civilly charged by a Governmental entity with, commission of any of the offenses enumerated in subdivision (a)(1)(i)(B) of this provision; and

(ii) The Offeror has ( ) has not ( ), within a three-year period preceding this offer, had one or more contracts terminated for default by any Federal agency.

(2) "Principals," for the purposes of this certification, means officers; directors; owners; partners; and, persons having primary management or supervisory responsibilities within a business entity (e.g., general manager; plant manager; head of a subsidiary, division, or business segment, and similar positions).

THIS CERTIFICATION CONCERNS A MATTER WITHIN THE JURISDICTION OF AN AGENCY OF THE UNITED STATES AND THE MAKING OF A FALSE, FICTITIOUS, OR FRAUDULENT CERTIFICATION MAY RENDER THE MAKER SUBJECT TO PROSECUTION UNDER SECTION 1001, TITLE 18, UNITED STATES CODE.

(b) The Offeror shall provide immediate written notice to the Contracting Officer if, at any time prior to contract award, the Offeror learns that its certification was erroneous when submitted or has become erroneous by reason of changed circumstances.

(c) A certification that any of the items in paragraph (a) of this provision exists will not necessarily result in withholding of an award under this solicitation. However, the certification will be considered in connection with a determination of the Offeror's responsibility. Failure of the Offeror to furnish a certification or provide such additional information as requested by the Contracting Officer may render the Offeror nonresponsible.

(d) Nothing contained in the foregoing shall be construed to require establishment of a system of records in order to render, in good faith, the certification required by paragraph (a) of this provision. The knowledge and information of an Offeror is not required to exceed that which is normally possessed by a prudent person in the ordinary course of business dealings.

(e) The certification in paragraph (a) of this provision is a material representation of fact upon which reliance was placed when making award. If it is later determined that the Offeror knowingly rendered an erroneous certification, in addition to other remedies available to the Government, the Contracting Officer may terminate the contract resulting from this solicitation for default.

(End of provision)

| FAR 52.219-1 | SMALL BUSINESS PROGRAM REPRESENTATIONS, ALTERNATE I (APR 2002) |
|---|---|

→ (a)(1) The North American Industry Classification System (NAICS) code for this acquisition is **481212**

→ (2) The small business size standard is **1,500 Employees**

ATTACHMENT # 1.

ATTACHMENT # 2.

Geo-Seis Helicopters Inc.
116 N. Raquette Drive
Ft. Collins, CO 80524-2757



SMALL BUSINESS SIZE STANDARDS BY NAICS INDUSTRY—Continued

| NAICS codes | NAICS U.S. industry title | Size standards in millions of dollars | Size standards in number of employees |
|---|---|---|---|
| 454390 | Other Direct Selling Establishments | $6.0 | |
| | **Sectors 48–49—Transportation** | | |
| | **Subsector 481—Air Transportation** | | |
| 481111 | Scheduled Passenger Air Transportation | | 1,500 |
| 481112 | Scheduled Freight Air Transportation | | 1,500 |
| 481211 | Nonscheduled Chartered Passenger Air Transportation | | 1,500 |
| *EXCEPT,* | Offshore Marine Air Transportation Services | $23.5 | |
| 481212 | Nonscheduled Chartered Freight Air Transportation | | 1,500 |
| *EXCEPT,* | Offshore Marine Air Transportation Services | $23.5 | |
| 481219 | Other Nonscheduled Air Transportation | $6.0 | |
| | **Subsector 482—Rail Transportation** | | |
| 482111 | Line-Haul Railroads | | 1,500 |
| 482112 | Short Line Railroads | | 500 |
| | **Subsector 483—Water Transportation** [15] | | |
| 483111 | Deep Sea Freight Transportation | | 500 |
| 483112 | Deep Sea Passenger Transportation | | 500 |
| 483113 | Coastal and Great Lakes Freight Transportation | | 500 |
| 483114 | Coastal and Great Lakes Passenger Transportation | | 500 |
| 483211 | Inland Water Freight Transportation | | 500 |
| 483212 | Inland Water Passenger Transportation | | 500 |
| | **Subsector 484—Truck Transportation** | | |
| 484110 | General Freight Trucking, Local | $21.5 | |
| 484121 | General Freight Trucking, Long-Distance, Truckload | $21.5 | |
| 484122 | General Freight Trucking, Long-Distance, Less Than Truckload | $21.5 | |
| 484210 | Used Household and Office Goods Moving | $21.5 | |
| 484220 | Specialized Freight (except Used Goods) Trucking, Local | $21.5 | |
| 484230 | Specialized Freight (except Used Goods) Trucking, Long-Distance | $21.5 | |
| | **Subsector 485—Transit and Ground Passenger Transportation** | | |
| 485111 | Mixed Mode Transit Systems | $6.0 | |
| 485112 | Commuter Rail Systems | $6.0 | |
| 485113 | Bus and Motor Vehicle Transit Systems | $6.0 | |
| 485119 | Other Urban Transit Systems | $6.0 | |
| 485210 | Interurban and Rural Bus Transportation | $6.0 | |
| 485310 | Taxi Service | $6.0 | |
| 485320 | Limousine Service | $6.0 | |
| 485410 | School and Employee Bus Transportation | $6.0 | |
| 485510 | Charter Bus Industry | $6.0 | |
| 485991 | Special Needs Transportation | $6.0 | |
| 485999 | All Other Transit and Ground Passenger Transportation | $6.0 | |
| | **Subsector 486—Pipeline Transportation** | | |
| 486110 | Pipeline Transportation of Crude Oil | | 1,500 |
| 486210 | Pipeline Transportation of Natural Gas | $6.0 | |
| 486910 | Pipeline Transportation of Refined Petroleum Products | | 1,500 |
| 486990 | All Other Pipeline Transportation | $29.0 | |
| | **Subsector 487—Scenic and Sightseeing Transportation** | | |
| 487110 | Scenic and Sightseeing Transportation, Land | $6.0 | |
| 487210 | Scenic and Sightseeing Transportation, Water | $6.0 | |
| 487990 | Scenic and Sightseeing Transportation, Other | $6.0 | |
| | **Subsector 488—Support Activities for Transportation** | | |
| 488111 | Air Traffic Control | $6.0 | |
| 488119 | Other Airport Operations | $6.0 | |
| 488190 | Other Support Activities for Air Transportation | $6.0 | |
| 488210 | Support Activities for Rail Transportation | $6.0 | |
| 488310 | Port and Harbor Operations | $21.5 | |

ATTACHMENT # 3.
ATTACHMENT # 3.

Geo-Seis Helicopters Inc.
116 N. Raquette Drive
Ft. Collins, CO 80524-2757



(2) *Detached Ashore* AIRLANT or AIRPAC, or other authority as delegated by the Contracting Officer or COR.

C 2.3 The Contractor shall perform all administrative and support functions as outlined herein.

C 2.4 Missions.

C 2.4.1 Detachment will be required to conduct the following missions. (These are absolute requirements that each detachment must be capable of performing.) Prices for these services are payable under the Per Diem rates, and hourly Flight Rates identified in Section B.

C 2.4.2 Day and night vertical replenishment services, to include movement of stores, ammunition, and other high value cargoes.

C 2.4.3 Visual Search and Rescue operations with non-swimmer assisted personnel recovery.

C 2.4.4 Performance and participation in Dynamic Interface Testing (DIT) and Wind over the Deck Testing, when directed by the Contracting Officer. This testing will be conducted in accordance with the Delivery and testing schedules outlined in Sections E and F. The Contractor will be required to present each aircraft as determined by the Government for this testing. For dual-piloted aircraft, the Second In Command (SIC) of the aircraft will be a U.S. Navy test pilot, in which case, the contractor's pilot shall retain ultimate control of the aircraft pursuant to Sections C9 and C18. In single pilot aircraft, the Pilot in Command (PIC) will be a Navy Test pilot. Any insurance costs associated with this shall be included in the daily rate. During this test period, the aircraft shall be configured as required under this contract. Once the test is completed, the aircraft and detachment will be released to the Contractor until they are subsequently delivered for acceptance and deployment in accordance with Section F, or for further testing. Rates associated with DIT testing are identified in Section B.

C 2.4.5 Internal Passenger transfer for MEDEVAC reasons (Minimum of patient and corpsman in addition to aircrew.)

C 2.4.6 Internal Passenger transfer (Minimum of five personnel in addition to aircrew.)

C 2.4.7 Internal cargo (Minimum capacity of one standard Navy pallet (40" x 48"); 2-ft high, totaling 2000 lbs.)

C 2.4.8 In performance of these missions, the detachment's aircraft may be required to work alone or in conjunction with other commercial, public, or military aircraft.

C 2.5 Meteorological and Flight Conditions

C 2.5.1 Detachment shall be capable of performing all required duties in both VMC and IMC.

C 2.5.2 Detachment shall be capable of performing all required duties in day and night conditions.

C 2.6 Operating Tempo

Geo-Seis Helicopters Inc.
116 N. Raquette Drive
Ft. Collins, CO 80524-2757

ATTACHMENT # 4.
ATTACHMENT # 4.



(7) Keep the bridge informed of the progress and status of the operation, including number of lifts remaining and the estimated completion time.

(8) The HCO may perform the duties of VERTREP control officer.

C 1.67 **"VERTREP Cargo Supervisor"** - Directs the cargo handling and is responsible for assembly, packaging, and placement of all loads, as well as accounting for returned handling equipment. This person is responsible for weighing and marking all loads and shall ensure load weights are within the limits dictated by the VERTREP control officer.

C 1.68 **"VERTREP Hookup Person"** - For VERTREP operations, the hookup person is on the flight deck near the helicopter while it is hovering to pick up cargo. His primary responsibility is to ensure that the load to be hooked up is rigged correctly and that the pendant end is placed on the helicopter cargo hook.

C 1.69 **"VERTREP Load Spotter"** - The receiving ship may provide a load spotter. The load spotter's responsibility is to indicate the desired drop location to the pilot and crew of the VERTREP helicopter.

## C 2.0 OBJECTIVES, MISSIONS, CONDITIONS

C 2.1 Statement of Work, Deployment and Control

C 2.2 The Contractor shall provide helicopter detachments to provide ship-based and/or shore-based vertical replenishment services and other duties as outlined in this contract including applicable attachments and exhibits. Such services shall be supplied at any time, day or night, on a 24-hour per day basis. The Contractor shall not anticipate use of Government supplied services or supplies, other than those explicitly stated herein. The required service schedule is as follows:

C 2.2.1 Three Detachments:

(1) Alpha Detachment will be deployed December 2005 (est) for 10 months onboard ship each year.

(2) Bravo Detachment will be deployed October 2006 for 12 months onboard ship each year.

(3) Charlie Detachment will be deployed October 2007 for 12 months onboard ship each year.

C 2.2.2 It is anticipated the detachments will be used to meet in-theater 5th and 7th Fleet requirements. (Anticipated primary ports are listed in Attachment J8.)

C 2.2.3 It is anticipated that detachments will be forward deployed in theater, and therefore may cross-deck to relieving vessels as required when aboard ship.

C 2.2.4 While deployed the Contractor's detachments shall be under the operational control as follows:

(1) *Aboard Ship* the ship's Master, or other authority as delegated by the Contracting Officer or COR.

ATTACHMENT 5 PAGE 1.



The Nation.



CATCH A FIRE
THE HIGHLY ACCLAIMED THRILLER FROM PHILLIP NOYCE
ACADEMY AWARD WINNER
10.27.06

COMMENT | *posted August 10, 2006 (August 28, 2006 issue)*

# Mercenary Jackpot

JEREMY SCAHILL

While the Bush Administration calls for the immediate disbanding of what it has labeled "private" and "illegal" militias in Lebanon and Iraq, it is pouring hundreds of millions of dollars into its own global private mercenary army tasked with protecting US officials and institutions overseas. The secretive program, which spans at least twenty-seven countries, has been an incredible jackpot for one heavily Republican-connected firm in particular: Blackwater USA. Government records recently obtained by *The Nation* reveal that the Bush Administration has paid Blackwater more than $320 million since June 2004 to provide "diplomatic security" services globally. The massive contract is the largest known to have been awarded to Blackwater to date and reveals how the Administration has elevated a once-fledgling security firm into a major profiteer in the "war on terror."

Blackwater's highly lucrative "diplomatic security" contract was officially awarded under the State Department's little-known Worldwide Personal Protective Service (WPPS)



Ads by Google
Advertise on this site

CO Private Investigations
Local PI. Affordable Services. Skips, Assets, Background + More
www.delphicinfo.com

Case management software
for government legal professionals. Expert team. GSA contract holder.
www.LegalFiles.com

Researcher Garrett Ordower contributed to this story.

*about*
JEREMY SCAHILL

Jeremy Scahill, an independent journalist who reports frequently for the national radio and TV program *Democracy Now!*, has spent extensive time reporting from Iraq and Yugoslavia. He is currently a Puffin Foundation writing fellow at The Nation Institute. He can be reached at jeremy@democracynow.org

*more...*

*also by*
JEREMY SCAHILL

**Blackwater Shot Down in Federal Court**
JEREMY SCAHILL | A federal appeals court has ruled a wrongful death lawsuit can proceed against Blackwater USA: Families claim the firm cut corners in pursuit of profit in Iraq, leading to the brutal deaths of four employees in Fallujah in 2004.
*09/11/2006 (web)*

**In the Black(water)**
JEREMY SCAHILL | Hurricane victims are still homeless in New Orleans, but thanks to the federal government's $30 million contract bonanza, Blackwater USA's profits are soaring.
*06/5/2006 issue*

**In the Black(water)**
JEREMY SCAHILL
*05/29/2006 (web)*

Geo-Seis Helicopters Inc.
116 N. Raquette Drive
Ft. Collins, CO 80524-2757

ATTACHMENT #5 Page 2.

program, described in State Department documents as a government initiative to protect US officials as well as "certain foreign government high level officials whenever the need arises."

A heavily redacted 2005 government audit of Blackwater's WPPS contract proposal, obtained by *The Nation*, reveals that Blackwater included profit in its overhead and its total costs, which would result "not only in a duplication of profit but a pyramiding of profit since in effect Blackwater is applying profit to profit." The audit also found that the company tried to inflate its profits by representing different Blackwater divisions as wholly separate companies.

CONTINUED




The WPPS contract awarded in 2004 was divided among a handful of companies, among them DynCorp and Triple Canopy. Blackwater was originally slated to be paid $229.5 million for five years, according to a State Department contract list. Yet as of June 30, just two years into the program, it had been paid a total of $321,715,794. When confronted with this apparent $100 million discrepancy, the State Department could not readily explain it. Blackwater's two years of WPPS earnings exceed many estimates of the company's total government contracts, which the *Virginian-Pilot* recently put at $290 million combined since 2000. Six years ago the government paid Blackwater less than $250,000.

"This underscores the need for Congress to exercise real oversight on the runaway use of secret companies that have strong connections to the Bush Administration, for clandestine services all over the world," says Illinois Democrat Jan Schakowsky, a leading Congressional critic of private military companies.

*related articles*
**STATE DEPARTMENT**

**Iraq After the Election**
**THE EDITORS** | In the wake of the Iraqi elections, Congress must make any future funding for American forces contingent on establishing a clear-cut deadline for withdrawal to quell the insurgency and the use of diplomacy to elicit international involvement in the rebuilding of Iraq.
*01/9/2006 issue*

**Freeze-Out of the Arabists**
**STEPHEN GLAIN** | Neocons isolate State Department experts, with disastrous results.
*11/1/2004 issue*

**No, Newt, the Ends Don't Justify the Means**
**ROBERT SCHEER** | Whatever happens in Iraq, lying to Americans and the world about the reasons for war is not acceptable.
*07/7/2003 (web)*

*more...*

*related articles*
**BLACKWATER**

**Blackwater Shot Down in Federal Court**
**JEREMY SCAHILL** | A federal appeals court has ruled a wrongful death lawsuit can proceed against Blackwater USA: Families claim the firm cut corners in pursuit of profit in Iraq, leading to the brutal deaths of four employees in Fallujah in 2004.
*09/11/2006 (web)*

**Pay To Be Saved**
**NAOMI KLEIN** | Unless something changes soon, New Orleans will prove to be a glimpse of a dystopic future, a future of disaster apartheid in which the wealthy are saved and everyone else is left behind.
*09/11/2006 (web)*

**In the Black(water)**

Geo-Seis Helicopters Inc.
116 N. Raquette Drive
Ft. Collins, CO 80524-2757

Geo-Seis Helicopters Inc.
116 N. Raquette Drive
Ft. Collins, CO 80524-2757

# REVOLVING DOOR TO BLACKWATER CAUSES ALARM AT CIA

**PLUS: MORE ON THE AGENCY'S "WEHRMACHT"**
*Posted on Tuesday, September 12, 2006. By Ken Silverstein.*

Blackwater USA, the private security contractor that has operated in places such as Iraq, Afghanistan, Azerbaijan, and New Orleans, has been booming the past few years. Founded in December of 1996, the company spent its early years "paying staff with an executive's credit card and begging for customers," according to the Virginian-Pilot. But today, Blackwater reportedly has revenues of about $100 million annually, almost all of it from government contracts, and maintains "a compound half the size of Manhattan and 450 permanent employees," according to the newspaper.

How did Blackwater rise so high, so fast? The "war on terrorism" got the ball rolling for the firm, but one suspects that political connections played a big part as well. Erik Prince, Blackwater's founder, is a former SEAL who is deeply involved in Republican Party politics. Since 1998, he has funneled roughly $200,000 to GOP committees and candidates, including President Bush. In 2004, Blackwater retained the Alexander Strategy Group, the PR and lobbying firm that closed down earlier this year due to its embarrassing ties to Jack Abramoff and Tom DeLay. (Paul Behrends, a former national security adviser to Congressman Dana Rohrabacher, handled the account for Alexander. After the firm shut down, Behrends moved on to a firm called C&M Capitolink, and took the Blackwater account with him.)

A number of senior CIA and Pentagon officials have taken top jobs at Blackwater, including firm vice chairman Cofer Black, who was the Bush Administration's top counterterrorism official at the time of the 9/11 attacks (and who famously said in 2002, "There was before 9/11 and after 9/11. After 9/11, the gloves came off.") Robert Young Pelton, author of the new book, *Licensed to Kill*, says that an early Blackwater contract—a secret no-bid $5.4 million deal with the CIA—came in 2002 after Prince placed a call to Buzzy Krongard, who was then the CIA's executive director.

A CIA source with whom I spoke said that Prince is very tight with top agency officials and has a "green badge," the security pass for contractors who have access to CIA installations. "He's over there [at CIA headquarters] regularly, probably once a month or so," this person told me. "He meets with senior people, especially in the D.O." (The D.O., or Directorate of Operations, runs covert operations; last year, it was absorbed by the newly created National Clandestine Service.)

Prince's visits are probably one reason that the revolving door to Blackwater keeps turning. Last fall, Rob Richer resigned from the post of Associate Deputy Director of Operations; he immediately took a job as Blackwater's Vice President of Intelligence. Richer is a former head of the CIA's Near East Division and long served in Amman, where, for a period beginning in 1999, he held the post of station chief. For years he was the agency's point man with Jordan's King Abdullah, with whom he developed an extraordinarily close relationship. "There have been some ups and downs in our relationship with Jordan, but the king has always been on good terms with the CIA," said a person familiar with the situation. "The king's primary relationship is always with the CIA, not the American ambassador."

The CIA has lavishly subsidized Jordan's intelligence service, and has sent millions of dollars in recent years for intelligence training. After Richer retired, sources say, he helped Blackwater land a lucrative deal with the Jordanian government to provide the same sort of training offered by the CIA. Millions of dollars that the CIA "invested" in Jordan walked out the door with Richer—if this were a movie, it would be a cross between *Jerry Maguire* and *Syriana*. "People [at the agency] are pissed off," said one

Geo-Seis Helicopters Inc.
116 N. Raquette Drive
Ft. Collins, CO 80524-2757

ATTACHMENT # 7.

ATTACHMENT # 7.

Saddam to Learn Fate in November

The Virginian-Pilot's ePilot LOG IN
See the complete Pilot, exactly as in print
- View stories, photos and ads
- E-mail clippings
- Print copies
Log in or learn more

the ratio of private contractors to troops was 1 to 60; in the current war, it's 1 to 3.

In fact, the private sector has put more boots on the ground in Iraq than all of the United States' coalition partners combined. One scholar, Peter Singer of the Brookings Institution, suggests that Bush's "coalition of the willing" would be more aptly described as the "coalition of the billing."

Those bills are in the billions and rising.

Blackwater alone has won $505 million in publicly identifiable federal contracts since 2000, according to an online government database. About two-thirds of that amount was in no-bid contracts.

The bulk of those are with the State Department, which has used the company to guard its ambassadors in Iraq since Bremer's provisional government was disbanded in mid-2004.

Federal regulations allow agencies to bypass competitive bidding in cases of "unusual and compelling urgency" - which just happens to be Blackwater's stock in trade.

"When there is a crisis," Jackson said, "they have a tendency to call us first."

Why does Blackwater get so much federal work? Company officials say it's because of their strong track record. The organization's high-level political connections certainly don't hurt.

Blackwater declined to discuss the particulars of its work in Iraq, but Brian Leventhal, a State Department spokesman, said the company's contracts were awarded under "emergency conditions." Competitive bids were sought in May and are now being reviewed, he said.

The mushrooming presence of private security contractors on the battlefield is uncharted territory, spawning a difficult set of questions about conflicting objectives, poor coordination and lack of accountability.

As the United States and the global community struggle for answers, Blackwater - once again - finds itself in the middle of the fray.

In Iraq, Blackwater's security teams stepped into a world that has been widely compared to the Wild West.

In defense-speak, it's a "complex battle space," shared by a dizzying array of

# Certificate of Service

I, certify that on November 4, 2006, I caused the foregoing document "Appeal Petition of Size Determination Case # 3-2007-3, 3-2007-4, 3-2007-5" to be served by giving a copy to a delivery service upon the following parties:

U.S. Small Business Administration
Office of Hearings and Appeals
409 3rd Street, SW
Washington, DC 20416
Telephone: 202 401-8200
Fax: 202 205-7059

Mitchell Morand, Area Director
U.S. Small Business Administration
Office of Government Contracting-Area III
233 Peachtree St. N.E., Suite 1508
Telephone: 404 331-7587
Fax: 404 331-2956

U.S. Small Business Administration
Office of General Counsel
Associate General Counsel for Procurement Law
409 3rd Street, SW
Washington, DC 20416
Telephone: 202 401-8200
Fax: 202 205-7059

Cathy Stangler, Contracting Officer
Military Sealift Command, N1021/PM1
914 Charles Morris Court, SE
Washington Navy Yard DC 20398
Telephone: 202 685-5952
Fax: 202 685-5966

Presidential Airways, Inc.
1371 General Aviation Drive
Melbourne, FL 32935
Telephone: 321 253-1655
Fax: 321 253-8814

Pacific Helicopters, Inc.
Kahului Heliport Hanger #109
Kahului, HI 96732
Telephone: 808 871-9771
Fax: 808 871-5806

Gold Coast Helicopters, Inc.
Glendale Airport Ste 202A
6801 Glen Harbor Blvd.
Glendale, AZ 85307
Telephone: 623 935-3388
Fax: 623 640-6673

**By:** William T. Browder
CEO/President
Geo-Seis Helicopters, Inc. (Appellant)
116 N. Racquette Drive
Fort Collins, CO 80524-2757
Telephone: 970 484-3600
Fax: 970 484-4919