**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**Bid Protest**

| | |
|---|---|
| GEO-SEIS HELICOPTERS, INC., Plaintiff, v. THE UNITED STATES, Defendant, and PRESIDENTIAL, AIRWAYS, INC. Defendant-Intervenor. | Civil Action No. 07-155 (Judge Lettow) |

**UNOPPOSED MOTION FOR PROTECTIVE ORDER**
**BY PRESIDENTIAL AIRWAYS, INC.**

Pursuant to Rule 26(c) of the Rules of the United States Court of Federal Claims ("RCFC"), Defendant-Intervener Presidential Airways, Inc. ("Presidential") respectfully requests that this Court enter a protective order in the form attached prohibiting the disclosure of secret, confidential, and other proprietary information in accordance with the terms and conditions set forth in the proposed protective order. This proposed order is identical to the order set forth at Form 8 of the RCFC, with the exception of an additional sentence in paragraph 2.d. that provides for the immediate admission of the counsel previously admitted at GAO without further action. Counsel for Presidential has communicated with counsel for Plaintiff and Defendant, neither of whom oppose this motion.

Respectfully submitted,

/s/
David Hammond, Esq.
Counsel of Record

John E. McCarthy, Jr., Esq.
Adelicia Cliffe Taylor
Of Counsel
CROWELL & MORING, LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2595
Tel. (202) 624-2500
Fax (202) 508-8989

Counsel for Presidential Airways, Inc.

Dated: March 15, 2007