IN THE UNITED STATES COURT OF FEDERAL CLAIMS
Bid Protest

| | |
|---|---|
| GEO SEIS HELICOPTER, INC., Plaintiff, v. UNITED STATES, Defendant, and PRESIDENTIAL AIRWAYS, INC., Defendant-Intervenor. | Civil Action No. 07-155 (Judge Lettow) |

**DECLARATION OF RICHARD J. PERE, SR.**

I, Richard J. Pere, Sr., hereby declare as follows:

1. I am the President of Presidential Airways, Inc. ("Presidential"), which provides aviation services to commercial and government customers worldwide. My duties at Presidential include the management of Presidential's day-to-day operations, including security issues, overseeing the preparation of Presidential's technical and cost proposals, and management of contracts once awarded. I am personally familiar with the competitive market for aviation services and with Presidential and the procurement and contract that is the subject of this litigation.

2. Since Presidential was awarded the contract on November 2, 2007, Presidential has been performing under the contract.

3. Presidential has entered into a long term lease for 2 Puma helicopters. These helicopter are currently onboard a freight ship headed toward Guam. The ship departed port in San Diego for Guam at approximately noon PST on March 14, 2007. Presidential had to ship the helicopters when they were shipped so that they would be in place and ready to deploy for performance as required under the contract.

4. Presidential has invested substantial sums of money, leased helicopters and hired staff in preparation for performance. To date, Presidential has invested almost $1 million in preparations for deployment of these helicopters.

5. In addition, Presidential has ongoing costs of performance that will continue to accrue even if Presidential's performance under the contract is stayed. Presidential has hired all of the pilots and maintenance staff and obtained the required certifications. Presidential is incurring hundreds of thousands of dollars in costs every month for payroll and benefits, supplies and aircraft associated costs.

6. Presidential would also miss out on the revenues that it would otherwise receive under the contract if there is a delay in performing the contract as a result of an injunction. Presidential has projected that these lost revenues will amount to hundreds of thousands of dollars per month.

7. Moreover, depending on the length of delay, it is entirely possible that the delay could cause Presidential to lose some of the key personnel that it hired to perform this contract.

8. Modifications 9 and 12 to the solicitation, which extended the deadline for the submission of proposal revisions, did not provide Presidential with an opportunity with extra time to revise its proposal as its proposal was already completed and sent at the time the Contracting Officer issued those modifications.

I declare, under penalty of perjury, that the foregoing is true and accurate to the best of my knowledge and belief.

Richard J. Pere, Sr. 16 MAR 2007

Richard J. Pere, Sr. | Date