IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 07-155C

(Filed: March 16, 2007)

GEO-SEIS HELICOPTERS, INC.

Plaintiff,

v.

UNITED STATES,

Defendant, and

PRESIDENTIAL AIRWAYS, INC.,

Intervening Defendant.

ORDER

On this date a hearing was held to address the plaintiff's application, filed on March 14, 2007, seeking a temporary restraining order. As stated on the record at the hearing, the court denied the application without prejudice to the consideration of injunctive relief when the matter is considered on the merits.

Also on the record at the hearing, the court directed the government to file the administrative record for this case on or before March 30, 2007, and requested that the parties to confer and thereafter file with the court, on or before March 30, 2007, a proposal for a plan and schedule for further proceedings in this matter.

It is so **ORDERED**.

s/ Charles F. Lettow
Judge