IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| GEO-SEIS HELICOPTERS, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 07-155C (Judge Lettow) |
| THE UNITED STATES, | ) | |
| Defendant, | ) | |
| and | ) | |
| PRESIDENTIAL AIRWAYS, INC., | ) | |
| Intervenor. | ) | |

NOTICE OF FILING ADMINISTRATIVE RECORD

Pursuant to the Court's order of March 16, 2007, defendant, The United States, respectfully notifies the Court that the administrative record is being filed concurrently in electronic form. Due to the volume of the documents, the administrative record is contained upon a single cd-rom with four pdf volumes and is being submitted in that form to the Court's chambers and to counsel by messenger or overnight delivery rather than being filed via the Court's ECF filing system.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Mark Melnick
MARK MELNICK
Assistant Director

s/Brian S. Smith
BRIAN S. SMITH
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attention: Classification Unit
1100 L. Street, NW
Washington, D.C. 20530
Tele: (202) 616-0391

Attorneys for Defendant

March 30, 2007

CERTIFICATE OF FILING

I hereby certify that on March 30, 2007, a copy of foregoing "NOTICE OF FILING OF ADMINISTRATIVE RECORD" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Brian S. Smith