Robert K. Stewart, Jr.
Davis Wright Tremaine LLP
701 West 8th Avenue, Suite 800
Anchorage, Alaska 99501
Phone: (907) 257-5300
Fax: (907) 257-5399

Attorneys for Plaintiff Geo-Seis Helicopters, Inc.

IN THE UNITED STATES COURT OF FEDERAL CLAIMS
Bid Protest

GEO-SEIS HELICOPTERS, INC., )
Plaintiff, )
vs. )
THE UNITED STATES, )
Defendant, and )
PRESIDENTIAL AIRWAYS, INC., )
Intervening Defendant. )

Case No. 07-155C
(Judge Lettow)

# AGREED BRIEFING AND HEARING SCHEDULE

Pursuant to the Court's order dated March 16, 2007, the parties propose the following briefing and hearing schedule:

April 20, 2007 - Plaintiff's motion for judgment on the administrative record.

May 4, 2007 - Defendant and Intervening Defendant's cross-motions for judgment on the administrative record and oppositions to Plaintiff's motion for judgment on the

Davis Wright Tremaine LLP
LAW OFFICES
Suite 800 · 701 West 8th Avenue
Anchorage, Alaska 99501
(907) 257-5300 · Fax: (907) 257-5399

administrative record.

May 14, 2007 - Plaintiff's opposition to Defendant and Intervening Defendant's cross-motions for judgment on the administrative record and reply to Defendant and Intervening Defendant's oppositions to Plaintiff's motion for judgment on the administrative record.

May 24, 2007 - Defendant and Intervening Defendant's reply to Plaintiff's opposition to Defendant and Intervening Defendant's cross-motions for judgment on the administrative record.

May 30 and/or 31, 2007 (or the earliest available dates on the Court's calendar after those dates) - Hearing on the cross-motions for judgment on the administrative record and trial, as necessary, on equitable issues.

Dated this 30th day of March, 2007.

Davis Wright Tremaine LLP
Attorneys for Plaintiff
Geo-Seis Helicopters, Inc.

By: /s/ Robert K. Stewart, Jr.

Robert K. Stewart, Jr.
701 W 8th Avenue, Suite 800
Anchorage, Alaska 99501
Phone: (907) 257-5300
Fax: (907) 257-5399
bobstewart@dwt.com
Alaska Bar No. 8506082

Davis Wright Tremaine LLP
LAW OFFICES
Suite 800 · 701 West 8th Avenue
Anchorage, Alaska 99501
(907) 257-5300 · Fax: (907) 257-5399

## CERTIFICATE OF FILING

I hereby certify that on March 30, 2007, a copy of the foregoing Agreed Briefing and Hearing Schedule on Same Date as Plaintiff Geo-Seis Helicopters, Inc. was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Robert K. Stewart, Jr.

**Davis Wright Tremaine LLP**
LAW OFFICES
Suite 800 · 701 West 8th Avenue
Anchorage, Alaska 99501
(907) 257-5300 · Fax: (907) 257-5399