Robert K. Stewart, Jr.
Davis Wright Tremaine LLP
701 West 8th Avenue, Suite 800
Anchorage, Alaska 99501
Phone: (907) 257-5300
Fax: (907) 257-5399

Attorneys for Plaintiff Geo-Seis Helicopters, Inc.

IN THE UNITED STATES COURT OF FEDERAL CLAIMS
Bid Protest

| | | |
|---|---|---|
| GEO-SEIS HELICOPTERS, INC., Plaintiff, vs. THE UNITED STATES, Defendant, and PRESIDENTIAL AIRWAYS, INC., Intervening Defendant. | ) | Case No. 07-155C (Judge Lettow) |

## APPLICATION FOR ACCESS TO INFORMATION UNDER PROTECTIVE ORDER BY OUTSIDE COUNSEL

1. I, Robert K. Stewart, Jr. hereby apply for access to protected material covered by the protective order issued in connection with this proceeding.

2. I am an attorney with the law firm of Davis Wright Tremaine LLP and have been retained to represent Geo-Seis Helicopters, Inc., a party to this proceeding.

Davis Wright Tremaine LLP
LAW OFFICES
Suite 800 · 701 West 8th Avenue
Anchorage, Alaska 99501
(907) 257-5300 · Fax: (907) 257-5399

3. I am a member of the bar of the United States Court of Federal Claims.

4. My professional relationship with the party I represent in this protest and its personnel is strictly one of legal counsel. I am not involved in competitive decisionmaking as discussed in U.S. Steel Corp. v. United States, 730 F.2d 1465 (Fed. Cir. 1984), for or on behalf of the party I represent, any entity that is an interested party to this proceeding, or any other firm that might gain a competitive advantage from access to the material disclosed under the Protective Order. I do not provide advice or participate in any decisions of such parties in matters involving similar or corresponding information about a competitor. This means that I do not, for example, provide advice concerning or participate in decisions about marketing or advertising strategies, product research and development, product design or competitive structuring and composition of bids, offers, or proposals with respect to which the use of protected materials could provide a competitive advantage.

5. I identify here (by writing "none" or listing names and relevant circumstances) those attorneys in my firm who, to the best of my knowledge, cannot make the representations set forth in the preceding paragraph: None.

6. I identify here (by writing "none" or listing names, position, and responsibilities) any member of my immediate family who is an officer or holds a management position with an interested party in the proceeding or with any other firm that might gain a competitive advantage from access to the material disclosed under the Protective Order:

Davis Wright Tremaine LLP
LAW OFFICES
Suite 800 · 701 West 8th Avenue
Anchorage, Alaska 99501
(907) 257-5300 · Fax: (907) 257-5399

None.

7. I identify here (writing "none" or identifying the name of the forum, case number, date, and circumstances) instances in which I have been denied admission to a protective order, had admission revoked, or been found to have violated a protective order issued by an administrative or judicial tribunal: None.

8. I have read the Protective Order issued by court in this proceeding. I will comply in all respects with that order and will abide by its terms and conditions in handling any protected information produced in connection with the proceeding.

9. I acknowledge that any violation of the terms of the Protective Order may result in the imposition of such sanctions as may be deemed appropriate by the court and in possible civil and criminal liability.

* * *

By my signature, I certify that, to the best of my knowledge, the representations set forth above (including any attached statements) are true and correct.

| | |
|---|---|
| /s/ Robert K. Stewart, Jr.<br>Signature | April 2, 2007<br>Date Executed |
| Robert K. Stewart, Jr., Partner<br>Typed Name and Title | 907-257-5336<br>Direct Dial Telephone Number |
| Davis Wright Tremaine LLP<br>701 W. 8th Avenue, Suite 800<br>Anchorage, Alaska 99501<br>Mailing Address | 907-257-5399<br>Facsimile Number<br><br>bobstewart@dwt.com<br>E-mail Address |

Davis Wright Tremaine LLP
LAW OFFICES
Suite 800 · 701 West 8th Avenue
Anchorage, Alaska 99501
(907) 257-5300 · Fax: (907) 257-5399

## CERTIFICATE OF FILING

I hereby certify that on April 2, 2007, a copy of the foregoing Application for Access to Information Under Protective Order Outside Counsel on Same Date as Plaintiff Geo-Seis Helicopters, Inc. was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Robert K. Stewart, Jr.

Davis Wright Tremaine LLP
LAW OFFICES
Suite 800 · 701 West 8th Avenue
Anchorage, Alaska 99501
(907) 257-5300 · Fax: (907) 257-5399