IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 07-155C

(Filed: April 12, 2007)

GEO-SEIS HELICOPTERS, INC.

Plaintiff,

v.

UNITED STATES,

Defendant, and

PRESIDENTIAL AIRWAYS, INC.,

Intervening Defendant.

ORDER

The court acknowledges the filing of the administrative record on compact disc by the government. The files for volumes 3 and 4 on the disc are corrupted, and the disc accordingly is not usable. The court requests that the government provide the court a paper courtesy copy of the entire administrative record in accord with Paragraph 5 of this court's General Order No. 42A.

It is so **ORDERED**.

s/ Charles F. Lettow
Judge