IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 07-155C

(Filed: April 12, 2007)

GEO-SEIS HELICOPTERS, INC.

Plaintiff,

v.

UNITED STATES,

Defendant, and

PRESIDENTIAL AIRWAYS, INC.,

Intervening Defendant.

## ORDER

The parties have filed a proposal for further proceedings in this matter. That proposal is generally acceptable and, with modification, is adopted by the court. Future proceedings in this case shall be conducted in accord with the following schedule:

| | Deadline |
|---|---|
| Plaintiff's filing of motion for judgment on the administrative record | April 20, 2007 |
| Defendant's and intervening defendant's filing of cross-motions for judgment | May 4, 2007 |
| Plaintiff's filing of opposition to defendant's and intervening defendant's cross-motions for judgment | May 14, 2007 |
| Defendant's and intervening defendant's filing of reply briefs | May 24, 2007 |

A hearing shall be held on May 30, 2007, at 3:00 p.m. EDT to address the cross-motions for judgment on the administrative record. The hearing shall take place by telephonic means. The court will initiate the call.

It is so **ORDERED**.

s/ Charles F. Lettow
Judge