Exhibit 2
Evaluation of Mountain Pacific's URAC Deficiencies

| URAC Core Standard | Mountain-Pacific |
|---|---|
| **Core 24 – Confidentiality of Individually-Identifiable Health Information**<br>The organization establishes and implements a policy and procedure to protect the confidentiality of individually-identifiable health information that: (a) Identifies how individually-identifiable health information will be used; (b) Specifies that individually-identifiable health information is used only for purposes necessary for conducting the business of the organization, including evaluation activities; (c) Addresses who will have access to individually-identifiable health information collected by the organization; (d) Addresses oral, written, or electronic communication and records that are transmitted or stored; (e) Address the responsibility of organization employees, committee members, and board members to preserve the confidentiality of individually-identifiable health information; and (f) Requires employees, committee members, and board members of the organization to sign a statement that they understand their responsibility to preserve confidentiality. | Mountain Pacific **DOES NOT** meet this standard because it did not describe how it implements any of these requirements in the manner and with the level of detail that URAC requires.<br><br>Mountain Pacific did not specifically state what is in the "policies and procedures for the protection of all personal health information" bullet on their proposal page 20, there is no confirmation that their policies and procedures meet the URAC specific Confidentiality standards. |
| **Core 26 – Access to and Monitoring of Services**<br>The organization: (a) Establishes standards to assure that consumers or clients have access to services: and (b) Defines and monitors its performance with respect to the access standards. | Mountain Pacific **DOES NOT** meet this standard because it did not address this topic in its proposal |
| **Core 27 – Complaint and Appeal System**<br>The organization maintains a system to receive and respond in a timely manner to complaints and, when appropriate, inform consumers of their rights to submit an appeal. | Mountain Pacific **DOES NOT** meet this standard because it did not address this topic in its proposal |
| **Core 28 – Appeal Process**<br>The organization maintains a formal appeal resolution process that includes: (a) Written notice of final determination with an explanation of the reason for the determination; (b) Notification of the process for seeking further review, if available; and (c) A reasonable, specified time frame for resolution and response. | Mountain Pacific **DOES NOT** meet this standard because it did not address this topic in its proposal |
| **Core 29 – Complaint and Appeal Reporting**<br>The organization reports analysis of the complaints and appeals to the quality management committee (see Core 33). | Mountain Pacific **DOES NOT** meet this standard because it did not address this topic in its proposal |
| **Core 30 – Quality Management Program**<br>The organization maintains a quality management program that promotes objective and systematic measurement, monitoring, and evaluation of services and implements quality improvement activities based upon the findings. | The program that Mountain Pacific proposed **DOES NOT** meet this standard because it fails to describe several required aspects of a quality management program such as how they systematically measure, monitor, and evaluate the program. Mountain Pacific also fails to mention quality improvement activities based upon the findings |
| **Core 32 – Quality Management Program Requirements**<br>The organization has a written description for its quality management program that: (a) Is approved by the organization's governing body; (b) Defines the scope, objectives, activities, and structure of the quality management program; (c) Is reviewed and updated by the quality | The program that Mountain Pacific proposed **DOES NOT** meet this standard because:<br>• 32.a – Mountain Pacific does not describe how the governing body approves the program |



EXHIBIT 1
Page 26 of ____

Exhibit 2
Evaluation of Mountain Pacific's URAC Deficiencies

| URAC Core Standard | Mountain-Pacific |
|---|---|
| management committee at least annually; (d) Defines the roles and responsibilities of the quality management committee; and (e) Designates a member of senior management with the authority and responsibility for the overall operation of the quality management program and who serves on the quality management committee. | • 32.c – Mountain Pacific does not describe that the program is updated at least annually |
| **Core 33 – Quality Management Committee**<br>The organization has a quality management committee that: (a) Is granted authority for quality management by the organization's governing body; (b) Provides on-going reporting to the organization's governing body; (c) Meets at least quarterly; (d) Maintains approved minutes of all committee meetings; (e) If applicable, includes at least one participating provider or receives input from a participating provider committee (such as a Physician Advisory Group); (f) Provides guidance to staff on quality management priorities and projects; (g) Approves the quality improvement projects to undertake; (h) Monitors progress in meeting quality improvement goals; and (i) Evaluates the effectiveness of the quality management program at least annually. | The program that Mountain Pacific proposed **DOES NOT** meet this standard because:<br>• 33.c – Mountain Pacific does not describe that the quality management committee meets at least quarterly<br>• 33.d – Mountain Pacific does not describe that it maintains approved minutes of all committee meetings<br>• 33.g – Mountain Pacific does not describe that the quality management committee approves the quality improvement projects to undertake<br>• 33.i – Mountain Pacific does not describe that it evaluates the effectiveness of the quality management program at least annually |
| **Core 34 – Quality Management Documentation**<br>The organization, as part of its quality management program, provides written documentation of: (a) Ongoing monitoring for compliance with URAC Standards; (b) Objectives and approaches utilized in the monitoring and evaluation of activities; (c) Identification and tracking and trending of key indicators relevant to the scope of the entire organization and related to: (i) Consumer and health care services; or (ii) For organizations who do not interact with consumers, client services; (d) The implementation of action plans to improve or correct identified problems; (e) The mechanisms to communicate the results of such activities to staff; and (f) The mechanisms to communicate the results of such activities to the quality management committee. | The program that Mountain Pacific proposed **DOES NOT** meet this standard because:<br>• 34.a – Mountain Pacific does not conduct ongoing monitoring for compliance with URAC standards<br>• 34.b – Mountain Pacific does not discuss objectives and approaches utilized in the monitoring and evaluation of activities<br>• 34.c – Mountain Pacific does discuss Identification and tracking and trending of key indicators relevant to the scope of the entire organization and related to: (i) Consumer and health care services; or (ii) For organizations who do not interact with consumers, client services<br>• 34.e – Mountain Pacific does not discuss the mechanisms to communicate the results of such activities to staff |
| **Core 35 – Quality Improvement Project Requirements**<br>For each quality improvement project, the organization utilizes valid techniques comparable over time to: (a) Develop quantifiable measures; (b) Measure baseline level of performance; and re-measure level of performance at least annually; and (c) Establish measurable goals for quality | The program that Mountain Pacific proposed **DOES NOT** meet this standard because:<br>• 35.b – Mountain Pacific does not indicate that it measures baseline level of performance; and re- |



EXHIBIT 1
Page 27 of

Exhibit 2
Evaluation of Mountain Pacific's URAC Deficiencies

| URAC Core Standard | Mountain-Pacific |
|---|---|
| improvement. | measures level of performance at least annually<br>• 35.c - Mountain Pacific does not indicate that it establishes measurable goals for quality improvement |
| **Core 36 – Quality Improvement Project Goals and Measurement**<br>For each quality improvement project, the organization: (a) Designs and implements strategies to improve performance; (b) Establishes projected time frames for meeting goals for quality improvement; (c) Documents changes or improvements relative to the baseline measurement; (d) Conducts at least one re-measurement prior to re-accreditation; and (e) Conducts a barrier analysis, if the performance goals are not met. | The program that Mountain Pacific proposed **DOES NOT** meet this standard because:<br>• 36.a – Mountain Pacific does indicate that it designs and implements strategies to improve performance for each quality improvement project<br>• 36.b – Mountain Pacific does not indicate that it establishes projected time frames for meeting goals for quality improvement for each quality improvement project<br>• 36.c – Mountain Pacific does not indicate that it documents changes or improvements relative to the baseline measurement for each quality improvement project<br>• 36.d – Mountain Pacific does not indicate that it conducts at least one re-measurement prior to re-accreditation for each quality improvement project<br>• 36.e – Mountain Pacific does not indicate that it conducts a barrier analysis, if the performance goals are not met for each quality improvement project |
| **Core 37 – Clinical, Error Reduction, and Consumer Safety Requirements**<br>At any given time, the organization maintains no less than two quality improvement projects. (a) At least one quality improvement project that: (i) Focuses on consumers; or for organizations who do not interact with consumers, client services; (ii) Relates to key indicators of quality as described in 34(c); and (iii) Involves a senior clinical staff person in judgments about clinical aspects of performance, if the quality improvement project is clinical in nature; and (b) At least one quality improvement project focuses on error reduction and/or consumer safety. (i) Consumer safety QIPs are required of the following programs: HUM, WCUM, HCC, HP, DM, IRO, and CM. (ii) Error reduction QIPs are required of all accreditation programs that do not conduct consumer safety QIPs. | The program that Mountain Pacific proposed **DOES NOT** meet this standard because:<br>• 37.a – Mountain Pacific does not indicate that there is at least one quality improvement project that focuses on consumers and relates to key indicators of quality as described in 34(c) and involves a senior clinical staff person in judgments about clinical aspects of performance, if the quality improvement project is clinical in nature<br>• 37.b – Mountain Pacific does not indicate that at least one quality improvement project focuses on error reduction and/or consumer safety which is required for organizations providing utilization management and case |



EXHIBIT 1
Page 28 of

Exhibit 2
Evaluation of Mountain Pacific's URAC Deficiencies

| URAC Core Standard | Mountain-Pacific |
|---|---|
| | management services |



EXHIBIT 1
Page 29 of

Exhibit 2
Evaluation of Mountain Pacific's URAC Deficiencies

**URAC Health Utilization Management (UM) Standards – Version 5.0**

| URAC UM Standard | Mountain-Pacific |
|---|---|
| **UM 3 – Review Service Communication and Timeframes**<br>The *organization* maintains processes to:<br>(a) Receive communications from *providers* and *patients* during the business day and<br>after business hours;<br>(b) Respond to communications within one business day; and<br>(c) Conduct its outgoing communications related to *utilization management* during *providers*' reasonable and normal business hours, unless otherwise mutually agreed. | Mountain Pacific DOES NOT meet this standard because there is no description that it will respond to provider inquiries within one business day |
| **UM 4 – Review Service Disclosures**<br>The *organization*:<br>(a) Requires *utilization management* staff to identify themselves by name, title, and<br>*organization* name; and<br>(b) Upon request, verbally informs *patients;* facility personnel; the *attending physician* and other *ordering providers*; and *health professionals* of specific *utilization management* requirements and procedures. | Mountain Pacific **DOES NOT** meet this standard because there is no description of how staff will identify themselves or how they will inform stakeholders of the UM requirements and procedures |
| **UM 15 – Peer-to-Peer Conversation Availability**<br>*Health professionals* that conduct *peer clinical review* are available to discuss determinations with *attending physicians* or other *ordering providers.* | Mountain Pacific **DOES NOT** meet this standard because the peer-to-peer is only offered after the denial has been issued. URAC standards specify the peer-to-peer must be offered before the denial is issued |
| **UM 16 – Peer-to-Peer Conversation Alternate**<br>When a determination is made to issue a *non-certification* and no *peer-to-peer conversation* has occurred:<br>(a) The *organization* provides, within one business day of a request by the *attending physician* or *ordering provider*, the opportunity to discuss the *non-certification* decision:<br>(i) With the *clinical peer* reviewer making the initial determination; or<br>(ii) With a different *clinical peer*, if the original *clinical peer* reviewer cannot be available within one business day); and<br>(b) If a *peer-to-peer conversation* or review of additional information does not result in a certification, the *organization* informs the *provider* and *consumer* of the right to initiate an *appeal* and the procedure to do so. | Same comments as to UM 15. In addition, Mountain Pacific **DOES NOT** specify timeframes for completion of reviews in its proposal |
| **UM 17 – Prospective Review Timeframes**<br>For *prospective review*, the *organization* issues a determination:<br>(a) As soon as possible based on the clinical situation, but in no case later than 72 hours of the receipt of request for a *utilization management* determination, if it is a *case involving urgent care*; or<br>(b) Within 15 calendar days of the receipt of request for a *utilization management* determination, if it is a non-urgent case.<br>(c) For non-urgent cases this period may be extended one time by the *organization* for up to 15 calendar days:<br>(i) Provided that the *organization* determines that an extension is necessary because of matters beyond the control of the *organization*; and<br>(ii) Notifies the *patient*, prior to the expiration of the initial 15 calendar | Mountain Pacific **DOES NOT** meet this standard because timeframes for completion are lacking in its proposal |



EXHIBIT 1
Page 30 of