**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**Bid Protest**

| | | |
|---|---|---|
| GEO-SEIS HELICOPTERS, INC., Plaintiff, vs. THE UNITED STATES, Defendant. and PRESIDENTIAL AIRWAYS, INC., Defendant-Intervenor. | ) | Civil Action No. 07-155 C (Judge Lettow) |

**NOTICE OF SUBSTITUTION**

Plaintiff Geo-Seis Helicopters, Inc. hereby gives notice that it substitutes the version of the Memorandum In Opposition to Defendant's Motion to Dismiss the Plaintiff's Small Business Size Claims or in The Alternative, Motion for Partial Summary Judgment filed herewith for that filed at Docket No. 23. The version filed at Docket No. 23 inadvertently had attached to it exhibits that are not relevant to this lawsuit.

Dated this 16th day of April, 2007.

Davis Wright Tremaine LLP
Attorneys for Plaintiff
Geo-Seis Helicopters, Inc.

By:___/s/ Robert K. Stewart, Jr._______

Robert K. Stewart, Jr.
701 W 8th Avenue, Suite 800
Anchorage, Alaska 99501
Phone: (907) 257-5300
Fax: (907) 257-5399
bobstewart@dwt.com
Alaska Bar No. 8506082

**CERTIFICATE OF FILING**

I hereby certify that on April 16, 2007, a copy of the foregoing Notice of Substitution and attached Memorandum in Opposition to Defendant's Motion to Dismiss the Plaintiff's Small Business Size Claims or in the Alternative, Motion for Partial Summary Judgment was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Robert K. Stewart, Jr.