IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| GEO-SEIS HELICOPTERS, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 07-155C |
| | ) | (Judge Lettow) |
| THE UNITED STATES, | ) | |
| Defendant, | ) | |
| and | ) | |
| PRESIDENTIAL AIRWAYS, INC., | ) | |
| Intervenor. | ) | |

NOTICE OF SUBMISSION OF PAPER ADMINISTRATIVE RECORD MATERIALS

Pursuant to the Court’s order of April 12, 2007, defendant, The United States, is respectfully providing the Court with a paper copy of the administrative record. We note that the paper copy is paginated exactly the same as the electronic volume although the paper copy is contained in six binders instead of the four “volumes” for the electronic copy of the administrative record previously filed.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Mark Melnick
MARK MELNICK
Assistant Director

s/Brian S. Smith
BRIAN S. SMITH
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attention: Classification Unit
1100 L. Street, NW
Washington, D.C. 20530
Tele: (202) 616-0391

Attorneys for Defendant

April 25, 2007

CERTIFICATE OF FILING

I hereby certify that on April 25, 2007, a copy of foregoing “NOTICE OF SUBMISSION OF PAPER ADMINISTRATIVE RECORD MATERIALS” was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Brian S. Smith