**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**Bid Protest**

| | | |
|---|---|---|
| GEO-SEIS HELICOPTERS, INC., Plaintiff, vs. THE UNITED STATES, Defendant. and PRESIDENTIAL AIRWAYS, INC., Defendant-Intervenor. | ) | Civil Action No. 07-155 C (Judge Lettow) |

## MOTION TO SUPPLEMENT THE RECORD

Plaintiff Geo-Seis Helicopters, Inc. ("Geo-Seis") respectfully to supplement the administrative record in this matter with the attached e-mail from Michael Vicory to potential proposers dated July 13, 2005. The undersigned has searched the administrative record submitted by the United States and cannot locate a copy of this communication contained therein. As discussed at oral argument, Geo-Seis believes this document is relevant to MSC's understanding as to its authority, or lack thereof, to accept late proposals.

Dated this 30th day of May, 2007.

Davis Wright Tremaine LLP
Attorneys for Plaintiff
Geo-Seis Helicopters, Inc.

By: /s/ Robert K. Stewart, Jr. .
Robert K. Stewart, Jr.
701 W 8Avenue, Suite 800
Anchorage, Alaska 99501
Phone: (907) 257-5300
Fax: (907) 257-5399
bobstewart@dwt.com
Alaska Bar No. 8506082

**CERTIFICATE OF FILING**

I hereby certify that on May 30, 2007, a copy of the foregoing Motion to Supplement the Record was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Robert K. Stewart, Jr.

----- Original Message -----
**From:** Vicory, Michael J CIV MSCHQ
**To:** Vicory, Michael J CIV MSCHQ
**Sent:** Wednesday, July 13, 2005 6:04 AM
**Subject:** N00033-05-R-1004 (PROPOSALS DUE TOMORROW)

Hello:

I am contacting you because you have expressed interest in MSC N00033-05-R-1004 (Vertical Replenishment Services). As a reminder, proposals are due tomorrow, 14 July 2005 at 2:00 PM, Washington DC Local Time.

If you are planning on submitting a proposal, please ensure that your method of delivery will get that proposal to me in a timely manner. You should ensure that couriers (Fed Ex, UPS, etc) will be able to access the Washington Navy and get the package to MSCHQ. If you are intending on delivering in person, you should coordinate with me to ensure you will have access to the Navy Yard.

I recommend you confirm with me that the package has been received prior to 2:00 on 14 July. **I will not be able to receive late proposals under any circumstances.**

I look forward to working with you.

Regards,

*Mike Vicory*
*Contracts and Business Management (PM2 / N1021)*
*Military Sealift Command, Headquarters*
*914 Charles Morris Court, SE*
*Washington Navy Yard, DC 20398*
*(202) 685-0510 (Tel)*
*(202) 685-5966 (Fax)*