IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| GEO-SEIS HELICOPTERS, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 07-155 (Judge Lettow) |
| THE UNITED STATES, | ) | |
| Defendant, | ) | |
| and | ) | |
| PRESIDENTIAL AIRWAYS, INC., | ) | |
| Defendant-Intervenor. | ) | |

DEFENDANT'S RESPONSE TO PLAINTIFF'S AND DEFENDANT-INTERVENOR'S
MOTIONS TO SUPPLEMENT THE ADMINISTRATIVE RECORD

Defendant, the United States, does not oppose plaintiff's motion to supplement the administrative record, filed on May 30, 2007, or defendant-intervenor's motion to supplement the administrative record, filed on June 11, 2007.

Respectfully Submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Mark Melnick
MARK MELNICK
Assistant Director

s/Brian S. Smith
BRIAN S. SMITH
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attention: Classification Unit
1100 L. Street, NW
Washington, D.C. 20530
Tele: (202) 616-0391
Attorneys for Defendant

June 14, 2007

# CERTIFICATE OF FILING

I hereby certify that on June 14, 2007, a copy of foregoing "DEFENDANT'S RESPONSE TO PLAINTIFF'S AND DEFENDANT-INTERVENOR'S MOTIONS TO SUPPLEMENT THE ADMINISTRATIVE RECORD" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Brian S. Smith