IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 07-155C

(Filed: June 14, 2007)

| | |
|---|---|
| GEO-SEIS HELICOPTERS, INC., | ) |
| Plaintiff, | ) |
| v. | ) |
| UNITED STATES, | ) |
| Defendant, and | ) |
| PRESIDENTIAL AIRWAYS, INC., | ) |
| Intervening Defendant. | ) |

ORDER

Pending before the court are two motions for leave to supplement the administrative record – one filed by plaintiff on May 30, 2007, another filed by intervenor on June 11, 2007. Plaintiff's motion seeks to supplement the administrative record with an e-mail sent from a Military Sealift Command official to potential bidders, and intervenor's motion seeks to supplement the record with a second declaration of intervenor's chief financial officer. The government filed a response on June 14, 2007, indicating that it does not oppose either motion.

Plaintiff's motion and intervenor's motion are GRANTED.

It is so ORDERED.

s/ Charles F. Lettow
Judge