IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 07-155C

(Filed: July 31, 2007)

GEO-SEIS HELICOPTERS, INC.,

Plaintiff,

v.

UNITED STATES,

Defendant, and

PRESIDENTIAL AIRWAYS, INC.,

Intervening Defendant.

ORDER

Pending before the court is a motion by plaintiff Geo-Seis Helicopters, Inc. for reconsideration of Part E (misidentified in the motion as Part F) of the court's opinion and order issued under seal on July 13, 2007, along with the judgment entered that same day under Rule 54(b) of the Rules of the Court of Federal Claims. Part E of the decision addresses equitable relief, and Geo-Seis's motion requests that the court review the balancing of equities that engendered the calibrated injunctive relief that was awarded.

Plaintiff's motion raises factual issues that the court considered and addressed in the decision rendered on July 13, 2007. The court concludes that plaintiff has not shown any basis for granting reconsideration, and accordingly, plaintiff's motion is DENIED.

It is so ORDERED.

s/ Charles F. Lettow
Judge