**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**Bid Protest**

| | | |
|---|---|---|
| GEO-SEIS HELICOPTERS, INC., | ) | |
| Plaintiff, | ) | |
| vs. | ) | |
| THE UNITED STATES, | ) | Civil Action No. 07-155 C |
| Defendant. | ) | (Judge Lettow) |
| and | ) | |
| PRESIDENTIAL AIRWAYS, INC., | ) | |
| Defendant-Intervenor. | ) | |

## UNOPPOSED MOTION FOR EXTENSION OF TIME

Plaintiff Geo-Seis Helicopters, Inc. ("Geo-Seis") respectfully moves the Court for an extension of time in which to file its application for bid preparation and proposal costs from August 22, 2007, until September 7, 2007, with a commensurate extension of time for the United States and Presidential Airways, Inc. ("Presidential") to respond to Geo-Seis' submission from September 17, 2007, until September 28, 2007.

The basis for this motion is that the undersigned counsel is getting married on August 18, 2007, and is currently planning to be out of the office to prepare for and celebrate that event from August 10 through 27, 2007.

I have discussed this request with Brian Smith, attorney for the United States, and John McCarthy, attorney for Presidential, and neither oppose this motion.

Dated this 2nd day of August, 2007.

Davis Wright Tremaine LLP
Attorneys for Plaintiff
Geo-Seis Helicopters, Inc.

By: /s/ Robert K. Stewart, Jr. .
Robert K. Stewart, Jr.
701 W 8th. Avenue, Suite 800
Anchorage, Alaska 99501
Phone: (907) 257-5300
Fax: (907) 257-5399
bobstewart@dwt.com
Alaska Bar No. 8506082

## CERTIFICATE OF FILING

I hereby certify that on August 2, 2007, a copy of the foregoing Unopposed Motion for Extension of Time was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Robert K. Stewart, Jr.