IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 07-155C

(Filed: August 3, 2007)

GEO-SEIS HELICOPTERS, INC.,

Plaintiff,

v.

UNITED STATES,

Defendant, and

PRESIDENTIAL AIRWAYS, INC.,

Intervening Defendant.

## ORDER

Pending before the court is a motion, filed by plaintiff Geo-Seis Helicopters, Inc. ("Geo-Seis") on August 2, 2007, requesting an extension of time from August 22, 2007 to September 7, 2007, to file its application for bid preparation and proposal costs, with a corresponding extension of time for the government to respond to the application.

For good cause shown, Geo-Seis's motion is GRANTED. Geo-Seis shall file its application for bid preparation and proposal costs on or before September 7, 2007. The government shall file its response to Geo-Seis's submission on or before September 28, 2007.

It is so ORDERED.

s/ Charles F. Lettow
Judge