IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 07-155C

(Filed: September 28, 2007)

GEO-SEIS HELICOPTERS, INC.,

Plaintiff,

v.

UNITED STATES,

Defendant, and

PRESIDENTIAL AIRWAYS, INC.,

Intervening Defendant.

ORDER

Pending before the court is the government's unopposed Motion for Leave to File an Amended Exhibit B, filed September 27, 2007. The government seeks permission to electronically file a replacement to the incomplete Exhibit B originally appended to its Opposition to Plaintiff's Application for Award of Proposal Costs.

For good cause shown, the government's motion is GRANTED. The corrected Exhibit B supplied as an attachment to the Motion for Leave shall be deemed filed as of today's date.

It is so ORDERED.

s/ Charles F. Lettow
Judge