# In the United States Court of Federal Claims

**No. 07-155 C**

**GEO-SEIS HELICOPTERS, INC.,**
**Plaintiff,**

**JUDGMENT**

**v.**

**THE UNITED STATES,**
**Defendant,**
**and**

**PRESIDENTIAL AIRWAYS, INC.,**
**Intervening-Defendant.**

Pursuant to the court's Opinion and Order, filed October 25, 2007,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that judgment is in favor of plaintiff in the total amount of $101,915.26. This award includes $39,960.80 in attorneys' fees under EAJA, and $56,526.66 for bid preparation and proposal costs, and $5,427.80 for direct costs.

Brian Bishop
Clerk of Court

**October 25, 2007** By: s/Lisa L. Reyes

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.