**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**Bid Protest**

| | | |
|---|---|---|
| GEO-SEIS HELICOPTERS, INC., Plaintiff, | ) | |
| vs. | ) | |
| THE UNITED STATES, Defendant. | ) | Civil Action No. 07-155 C (Judge Lettow) |
| and | ) | |
| PRESIDENTIAL AIRWAYS, INC., Defendant-Intervenor. | ) | |

## NOTICE REGARDING REDACTIONS TO OPINION AND ORDER REGARDING ATTORNEYS' FEES AND PROPOSAL COSTS

Plaintiff Geo-Seis Helicopters, Inc. ("Geo-Seis") advises the Court that it does not believe any redactions are necessary to the Opinion and Order issued October 25, 2007, regarding attorneys' fees and proposal costs.

Dated this 30th day of October, 2007.

Davis Wright Tremaine LLP
Attorneys for Plaintiff
Geo-Seis Helicopters, Inc.

By: /s/ Robert K. Stewart, Jr. .
Robert K. Stewart, Jr.
701 W. 8th Avenue, Suite 800
Anchorage, Alaska 99501
Phone: (907) 257-5300
Fax: (907) 257-5399

**CERTIFICATE OF FILING**

I hereby certify that on October 30, 2007, a copy of the foregoing Notice Regarding Redactions to Opinion and Order Regarding Attorneys' Fees and Proposal Costs was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Robert K. Stewart, Jr.