United States Court of Federal Claims
717 MADISON PLACE, N.W.
WASHINGTON, DC 20005

COPY

December 11, 2007

Robert Kierle Stewart, Jr., Esq.

Davis, Wright Tremaine LLP

701 West 8th Avenue

Suite 800

Anchorage, AK 99501

In re: Geo-Seis Helicopters, Inc., v. United States, No. 07-155 C

Dear Mr.Stewart:

I am enclosing the 28 U.S.C. §2517 certified transcript of judgment, dated October 29, 2007, in favor of plaintiff, in the case listed above.

As to the procedure for obtaining payment of judgment, see the enclosed Instruction Sheet.

Yours truly,

Lisa L. Reyes

Lisa L. Reyes

Chief Deputy Clerk of Operations

Enclosures

cc: Carrie Anna Dunsmore, Esq., Dept. Of Justice

David C. Hammond, Esq., Crowell & Moring LLP